Exhibit 1 – Part 1







# Drug Facts

| Active ingredients | Purpose |
|---|---|
| Avobenzone, 3.0% ....................................... | Sunscreen |
| Octocrylene, 10.0% .................................... | Sunscreen |

## Uses
• helps prevent sunburn
• If used as directed with other sun protection measures (see *Directions*), decreases the risk of skin cancer and early skin aging caused by the sun

## Warnings

**For external use only.**

**Do not use on** • damaged or broken skin.

**When using this product** • keep out of eyes. Rinse with water to remove.

**Stop use and ask a doctor** • if rash occurs.

**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

## Directions
• Apply liberally 15 minutes before sun exposure.
• Reapply at least every 2 hours
• Use water resistant sunscreen if swimming or sweating
• Children under 6 months of age: ask a doctor
• **Sun Protection Measures:** Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a Broad Spectrum SPF value of 15 or higher and other sun protection measures including:
   • limit time in the sun, especially from 10 a.m. – 2 p.m.
   • wear long-sleeved shirts, pants, hats and sunglasses

## Other Information
• protect the product in this container from excessive heat and direct sun

## Inactive Ingredients
Water, C12-15 Alkyl Benzoate, Glycerin, Cyclopentasiloxane, Cetyl Alcohol, Polyglyceryl-10 Pentastearate, Behenyl Alcohol, Sodium Steroyl Lactylate, Cetearyl Alcohol, Cetearyl Glucoside, Butylene Glycol, Titanium Dioxide, Alumina, Simethicone, Potassium Cetyl Phosphate, Propylene Glycol, Diazolidinyl Urea, Methylparaben, Propylparaben, Tocopheryl Acetate (Vitamin E), Panthenol (Pro-Vitamin B5), Xanthan Gum, Dimethicone, Chamomilla Recutita (Matricaria) Flower Extract, Retinyl Palmitate, Disodium EDTA, Triethanolamine, BHT.

**Questions and Comments?** 1-888-287-1915

**Anti-Wrinkle Cream
Broad Spectrum
SPF15 Sunscreen** is:

- Oil-free
- Hypoallergenic
- Fragrance-free
- Alcohol-free (contains
  no drying alcohol)

Satisfaction guaranteed –
Or we'll replace it or
give you your money
back. For questions or
comments or to report an
undesired reaction or side
effect, please call
1-888-287-1915.

Distributed by:
Wal-Mart Stores, Inc.,
Bentonville, AR 72716
© Wal-Mart Stores, Inc.
Manufactured in USA

BX301EQU1.4OZ-3







**Kills 99.99% of germs.**
Our thick and durable towelettes clean up the toughest messes without leaving a soapy or sticky residue. Enriched with Aloe and Vitamin E, our hypoallergenic wipes are great to use anywhere, anytime.

## Drug Facts

| Active ingredient | Purpose |
|---|---|
| Benzalkonium Chloride 0.115%. . . . . . . . . . . . . . . . . . . . . . . | Antibacterial |

**Uses**
For hand washing to decrease bacteria on the skin.

**Warnings**
For external use only.

Do not use:
• in the eyes.
• if you are allergic to any of the ingredients.

When using this product if eye contact occurs, rinse eyes thoroughly with water.

Stop use and ask a doctor if irritation and redness develop and persist for more than 72 hours.

Keep out of the reach of children. If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
• Storage. Store at room temperature.
• Dispensing. Remove seal band. Lift tab at front of lid. Pull up corner of center sheet and thread through dispenser slit in lid. Close lid to retain moisture.
• Use. Apply wipe thoroughly to hands as desired. Allow to dry without wiping.
• Disposal. Dispose of used wipes in trash receptacle after use. Do not flush.

Inactive ingredients Water, Aloe Barbadensis Leaf Extract, Disodium Cocoamphodiacetate, SD Alcohol 40-B, Methylchloroisothiazolinone, Methylisothiazolinone, Tocopheryl Acetate, Disodium EDTA, Citric Acid, Fragrance.

**Questions?** Call toll free: **1-888-287-1915**

This product is neither made nor distributed by Playtex Products, Inc., the owner of the Wet Ones® registered trademark.

Do Not Flush



About This Item

We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Equate Antibacterial Hand Wipes have a refreshing citrus scent and kill 99.9% of germs that may cause illness. Our wipes are non-sticky, thick and durable ensuring you with a reliable clean anytime, anywhere when no soap or water is available. Our wipes are tough on many harmful germs and bacteria but are gentle on your hands as they are hypoallergenic and infused with vitamin E and aloe. The 3-inch thick container fits perfectly in most car cup holders for your convenience. Our wipes are made without the use of harmful chemical such as paraben. Enjoy quick clean up anywhere you go with Equate Antibacterial Hand Wipes.

With a wide range of health and beauty products, Equate provides their customers with a healthy and effective way to improve the quality of their daily lives. At Equate, we believe that taking care of your family doesn't have to come at a high price. Every product we make is the result of innovation, rigorous standards and high quality ingredients, and that has helped us become one of the most trusted brands across the country.

Equate Antibacterial Hand Wipes, Citrus Scent, 40 Count
- Kills 99.9% of germs
- Hypoallergenic, with vitamin E and aloe
- Non-sticky, thick and durable
- Fits 3 inch car cup holder
- Paraben free

⚠ WARNING:

For external use only. Do not use: in the eyes, if you are allergic to any of the ingredients. When using this product, if eye contact occurs, rinse eyes thoroughly with water. Stop use And ask a doctor if irritation And redness develop And persist for more than 72 hours. Keep out of reach of children. If swallowed, get medical help or contact a Poison Control Center right away.

Ingredients:

**Inactive Ingredients:** Water, Aloe Barbadensis Leaf Extract Disodium Cocoamphodiacetate, SD Alcohol 40-B, methylchloroisothiazolinone, methylisothiazolinone, Tocopheryl Acetate, Disodium EDTA, citric Acid, Fragrance.
**Ingredients:** Inactive Ingredients: Water, Aloe Barbadensis Leaf Extract, Disodium Cocoamphodiacetate, SD Alcohol 40-B, Methylchloroisothiazolinone, Methylisothiazolinone, Tocopheryl Acetate, Disodium EDTA, Citric Acid, Fragrance
**Active Ingredients:** Benzalkonium Chloride 0.12





## Drug Facts

| Active ingredient | Purpose |
|---|---|
| Benzalkonium Chloride 0.115%. . . . . . . . . . . . . . | Antibacterial |

**Uses**
For hand washing to decrease bacteria on the skin.

**Warnings**
For external use only.

Do not use:
• in the eyes.
• if you are allergic to any of the ingredients.

When using this product if eye contact occurs, rinse eyes thoroughly with water.

Stop use and ask a doctor if irritation and redness develop and persist for more than 72 hours.

Keep out of the reach of children. If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
• **Storage.** Store at room temperature.
• **Dispensing.** Remove seal band. Lift tab at front of lid. Pull up corner of center sheet and thread through dispenser slit in lid. Close lid to retain moisture.
• **Use.** Apply wipe thoroughly to hands as desired. Allow to dry without wiping.
• **Disposal.** Dispose of used wipes in trash receptacle after use. Do not flush.

**Inactive ingredients** Water, Aloe Barbadensis Leaf Extract, Disodium Cocoamphodiacetate, SD Alcohol 40-B, Methylchloroisothiazolinone, Methylisothiazolinone, Tocopheryl Acetate, Disodium EDTA, Citric Acid, Fragrance.

*Kills 99.9% of germs that may cause illness.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report a serious adverse reaction or side effect, please call **1-888-287-1915**.

**DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716**
This product is neither made nor distributed by Lifewell Personal Care Brands, the owner of the Wet Ones® registered trademark.

Do Not Flush







Walmart+ New! Free shipping with no order min. Restrictions apply. Learn more

Embrace life's messes. Shop now

Household Essentials / Cleaning Supplies / Surface Care & Protection

Equate

## Equate Antibacterial Hand Wipes, Fresh Scent, 40 Ct

★★★★½ (4.8) 104 ratings

**Pack Size:** Choose an option

Qty: 1

Get in-stock alert

Prep for storm season with fans, pumps & more.

Shop now

Report incorrect product information

### Customers also viewed these products

(Pack of 5) Nice 'n Clean Antibacterial Wipes, 20 Ct
★★★★½ 116
**$4.58** (4.6 ¢/ea)
2-day delivery

Reduced Price

Wet-Nap Hands & Face Cleansing Wipes, 110 Count
★★★★★ 3
**$9.15** List ~~$10.49~~
2-day delivery

Wet Ones Antibacterial Hand Wipes Travel Pack, 20 Count...
★★★★½ 442
**$14.70**
2-day delivery

Low in Stock

WET ONES Antibacterial Hands Wipes, Citrus 40 ea...
**$16.83**

WET ONES Antibacterial Hands Wipes, Citrus 40 ea...
**$11.81**

Wet Ones Big Ones Antibacterial Hand Wipes...
★★★★½ 14
**$14.99**

### Customers also bought these products

Lysol Disinfecting Wipes, Lemon & Lime Blossom, 240c...
★★★★½ 3372
**$9.97** (4.2 ¢/ea)
*NextDay eligible*

Equate-WipesFreshScent-240CT
★★★★½ 5425
**$6.42**
2-day delivery

Kleenex On-The-Go Packs Facial Tissues, 8 Packs (80 Tot...
★★★★½ 1142
**$2.28** (22.8 ¢/ea)
2-day delivery

Pledge Multisurface Wipes, Fresh Citrus, 25 Ct
★★★★½ 224
**$3.93** (15.7 ¢/ea)
*NextDay eligible*

Sponsored
Weiman Stainless Steel Cleaner Wipes - 30 Count
★★★★½ 525
**$3.74** (12.5 ¢/ea)
2-day delivery

Sponsored
Weiman Leather Cleaner and Conditioner - 16 Ounce - For...
★★★★½ 137
**$4.12** (25.8 ¢/oz)

Advertisement

### About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Equate Antibacterial Hand Wipes have a pleasant fresh scent and kill 99.9% of germs that may cause illness. Our wipes are non-sticky, thick and durable ensuring you with a reliable clean anytime, anywhere when no soap or water is available. Our wipes are tough on many harmful germs and bacteria but are gentle on your hands as they are hypoallergenic and infused with vitamin E and aloe. The 3-inch thick container fits perfectly in most car cup holders for your convenience. Our wipes are made without the use of harmful chemical such as paraben. Enjoy quick clean ups anywhere you go with Equate Antibacterial Hand Wipes.

With a wide range of health and beauty products, Equate provides their customers with a healthy and effective way to improve the quality of their daily lives. At Equate, we believe that taking care of your family doesn't have to come at a high price. Every product we make is the result of innovation, rigorous standards and high quality ingredients, and that has helped us become one of the most trusted brands across the country.

**Equate Antibacterial Hand Wipes, Fresh Scent, 40 Count:**

- Kills 99.9% of germs
- Hypoallergenic, with vitamin E and aloe
- Non-sticky, thick and durable
- Fits 3 inch car cup holder
- Paraben free

Ingredients:

**Inactive Ingredients:** Water, Aloe Barbadensis Leaf Extract Dissodium Cocoamphodiacetate, SD Alcohol 40-B, methylchloroisothiazolinone, methylisothiazolinone, Tocopheryl Acetate, Disodium EDTA, citric Acid, Fragrance.
**Ingredients:** N-Alkyldimethylbenzyl Ammonium Chloride, Water, Non-Hazardous Fragrance, Citric Acid, Disodium Edta, Sd Alcohol 40, Imidazolium Compounds 1-[2-(Carboxymethoxy)Ethyl]-1-Carboxymethyl)-45-Dihydro-2-Norcoco Alkyl Hydroxides Sodium Salts, Methylchloroisothiazolinone, Methylisothiazolinone, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate.
**Active Ingredients:** Benzalkonium Chloride 0.12

Advertisement

**Kills 99.99% of germs.**
Our thick and durable towelettes clean up the toughest messes without leaving a soapy or sticky residue. Enriched with Aloe and Vitamin E, our hypoallergenic wipes are great to use anywhere, anytime.

## Drug Facts

**Active ingredient**                                    Purpose
Benzalkonium Chloride 0.115%........................ Antibacterial

**Uses**
For hand washing to decrease bacteria on the skin.

**Warnings**
**For external use only.**

**Do not use:**
• in the eyes.
• if you are allergic to any of the ingredients.

**When using this product** if eye contact occurs, rinse eyes thoroughly with water.

**Stop use and ask a doctor** if irritation and redness develop and persist for more than 72 hours.

**Keep out of the reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
• **Storage.** Store at room temperature.
• **Dispensing.** Remove seal band. Lift tab at front of lid. Pull up corner of center wipe and thread through dispenser slit in lid. Close lid to retain moisture.
• **Use.** Apply wipe thoroughly to hands as desired. Allow to dry without wiping.
• **Disposal.** Dispose of used wipes in trash receptacle after use. Do not flush.

**Inactive ingredients** Water, Aloe Barbadensis Leaf Extract, Disodium Cocoamphodiacetate, SD Alcohol 40-B, Methylchloroisothiazolinone, Methylisothiazolinone, Tocopheryl Acetate, Disodium EDTA, Citric Acid, Fragrance.

**Questions?** Call toll free: 1-888-287-1915

*This product is neither made nor distributed by Playtex Products, Inc., the owner of the Wet Ones® registered trademark.

satisfaction guaranteed –
we'll replace it or give
you your money back.

...ions or
...ms or to report
...pected reaction
...ffect, please
...88-287-1915.

...Wal-Mart Stores, Inc.,
...72716.

...ore, Inc.

TREE-184

0   7 8742 02660 2



g 99.99% of germs.
thick and durable towelettes clean up the toughest
es without leaving a soapy or sticky residue. Enriched
Aloe and Vitamin E, our hypoallergenic wipes are great
e anywhere, anytime.

## g Facts

| e ingredient | Purpose |
| --- | --- |
| onium Chloride 0.115%. . . . . . . . . . . . . . . . . . . . . . . | Antibacterial |

nd washing to decrease bacteria on the skin.

ings
ernal use only.

t use
e eyes.
n or broken skin.
are allergic to any of the ingredients.

n using this product if eye contact occurs, rinse eyes thoroughly with water.

se and ask a doctor if irritation and redness develop and persist for more than 72

out of the reach of children. If swallowed, get medical help or contact a Poison
enter right away.

ctions
rage. Store at room temperature.
pensing. Remove seal band. Lift tab at front of lid. Pull up corner of center sheet
hread through dispenser slit in lid. Close lid to retain moisture.
g. Apply wipe thoroughly to hands as desired. Allow to dry without wiping.
posal. Dispose of used wipes in trash receptacle after use. Do not flush.

other ingredients Water, Aloe Barbadensis Leaf Extract, Disodium
ominodiacetate, SD Alcohol 40-B, Methylchloroisothiazolinone.
hylisothiazolinone, Tocopheryl Acetate, Disodium EDTA, Citric Acid, Fragrance.

stions? Call toll free: 1-888-287-1915

roduct is neither made nor distributed
orax Products, Inc., the owner of the
a®, its registered trademark.

Do Not Flush





0340

**Parent's Choice**

Giving your baby a warm bath and a gentle massage every night before bed will help soothe and relax your baby. Using Parent's Choice™ Baby Bath for Nighttime will release pleasing and relaxing aromas for you and your baby.

**DIRECTIONS:** Infant tubs use 1 capful, full size tubs use 3 capfuls poured into warm water.

**SAFETY TIP:** KEEP THIS PRODUCT OUT OF REACH OF CHILDREN.

**INGREDIENTS:** WATER, PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, SODIUM LAUROAMPHOACETATE, POLYSORBATE 20, PEG-150 DISTEARATE, SODIUM BENZOATE, FRAGRANCE, CITRIC ACID

You'll love this Parent's Choice™ product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us with the receipt, and we'll happily replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

DISTRIBUTED BY:
Wal-Mart Stores, Inc., Bentonville, AR 72716

539627

6  81131 05153  8

L0014158888





♥ **Hypoallergenic**
♥ **Helps remove food stains for Active Baby**

**Baby Laundry Detergent**
**DIRECTIONS:**
See garment care label or hangtag for washing instructions.
To pretreat, check inside seam for colorfastness. Rub a small amount directly into the stain before washing.
**For best results use as directed.**
Use dosing cap to measure. Fill cap to 2nd line (1.56 oz) for regular loads. Use more for large or heavily soiled loads.

**CAUTION:** Avoid contact with eyes. Do not ingest. Contains anionic and/or nonionic surfactants, enzymes. FIRST AID: In case of eye contact, flush with water. If swallowed, drink a glass of water. Call a physician.

**KEEP OUT OF REACH OF CHILDREN.**

As always, contains no phosphates.

Do not reuse this container for storing beverages or other liquids.

*This package contains 48 uses as measured to 2nd line on the cap.

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

**DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716**
*This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademark Dreft® Stage 2.

**Made in the**
★ **USA**
with 90° or more US Parts
Factory Certified

♻ PLASTIC BOTTLE

2477879







**INGREDIENTS:** WATER, MINERAL OIL, GLYCERIN, CARBOMER, PHENOXYETHANOL, CETEARETH-6, FRAGRANCE, SODIUM CITRATE, STEARYL ALCOHOL, ETHYLHEXYLGLYCERIN, CITRIC ACID, SODIUM HYDROXIDE.







**Baby Lotion**

♥ Paraben, Phthalate
& Quaternium-15 Free

**DIRECTIONS:** Apply gently to baby's skin.
**CAUTION:** For external use only. Avoid contact with eyes.
If contact occurs, rinse thoroughly with water. Keep out of reach of children.
**INGREDIENTS:** WATER (AQUA), ISOPROPYL PALMITATE, GLYCERIN,
GLYCERYL STEARATE, CETYL ALCOHOL, STEARIC ACID, CETEARYL ALCOHOL, DIMETHICONE,
MINERAL OIL, OLEIC ACID, POLYSORBATE 20, BENZYL ALCOHOL, MAGNESIUM ALUMINUM
SILICATE, CARBOMER, XANTHAN GUM, PENTAERYTHRITYL TETRA-DI-T-BUTYL
HYDROXYHYDROCINNAMATE, SODIUM HYDROXIDE, FRAGRANCE (PARFUM),
PHENOXYETHANOL, ETHYLHEXYLGLYCERIN, RED 33 (CI 17200).

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby)
aren't completely happy, please return the product to us and we'll replace it or refund
your money. **Your opinion means a lot to us so if you'd
like to talk, call us at 1-877-307-2192.**
**DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716**
PRODUCT OF CANADA

*This product is not manufactured or distributed by Johnson & Johnson Inc.,
distributor of Johnson's® Baby Lotion.

456080

**INGREDIENTS:** WATER (AQUA), ISOPROPYL PALMITATE, GLYCERIN, GLYCERYL STEARATE, CETYL ALCOHOL, STEARIC ACID, CETEARYL ALCOHOL, DIMETHICONE, MINERAL OIL, OLEIC ACID, POLYSORBATE 20, BENZYL ALCOHOL, MAGNESIUM ALUMINUM SILICATE, CARBOMER, XANTHAN GUM, PENTAERYTHRITYL TETRA-DI-T-BUTYL HYDROXYHYDROCINNAMATE, SODIUM HYDROXIDE, FRAGRANCE (PARFUM), PHENOXYETHANOL, ETHYLHEXYLGLYCERIN, RED 33 (CI 17200).







## Baby Lotion

Pediatrician Tested; Dermatologist Tested; Allergy Tested; Hypoallergenic. This product has a unique formula with gentle emollients and moisturizers to help protect baby's skin from dryness. Hypoallergenic and dermatologist tested, it leaves skin feeling soft, smooth and non-greasy. It is mild enough for even delicate skin. Use it yourself to leave your skin feeling baby soft.

**Directions:**

Smooth daily over entire body to moisturize and soften skin.

**Ingredients:** water, isopropyl palmitate, glycerin, glyceryl stearate, cetyl alcohol, stearic acid, cetearyl alcohol, dimethicone, mineral oil, oleic acid, polysorbate 20, magnesium aluminum silicate, phenoxyethanol, fragrance, carbomer, caprylyl glycol, xanthan gum, sodium hydroxide, pentaerythrityl tetra-di-t-butyl hydroxyhydrocinnamate, red 33.

**Safety Tip:** Keep this product out of reach of children.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
© Wal-Mart Stores, Inc.

*This product is not manufactured or distributed by Johnson & Johnson Consumer Products Company, distributor of Johnson's® Baby Lotion.

6  81131 05236  8

L0011053BC





**INGREDIENTS:** WATER, ISOPROPYL PALMITATE, GLYCERIN, GLYCERYL STEARATE, CETYL ALCOHOL, STEARIC ACID, CETEARYL ALCOHOL, DIMETHICONE, MINERAL OIL, OLEIC ACID, POLYSORBATE 20, MAGNESIUM ALUMINUM SILICATE, PHENOXYETHANOL, FRAGRANCE, CARBOMER, CAPRYLYL GLYCOL, XANTHAN GUM, SODIUM HYDROXIDE, PENTAERYTHRITYL TETRA-DI-T-BUTYL HYDROXYHYDROCINNAMATE, RED 33





This lightweight, non-greasy product provides moisturization. With a luxurious feel and pleasant scent, this product will soothe & comfort baby's sensitive skin.

**To Use:**
Apply to baby's skin once daily.

**Warning:**
For external use only. Avoid contact with eyes. Keep out of reach of children.

**INGREDIENTS:** WATER, CETYL ALCOHOL, GLYCERIN, COCOGLYCERIDES, GLYCINE SOJA (SOYBEAN) OIL, DIMETHICONE, ZEA MAYS (CORN) STARCH, CARBOMER, POTASSIUM CETYL PHOSPHATE, HYDROGENATED PALM GLYCERIDES, FRAGRANCE, MINERAL OIL, TETRASODIUM EDTA, BUTYROSPERMUM PARKII (SHEA) BUTTER EXTRACT, THEOBROMA CACAO (COCOA) SEED BUTTER, GOSSYPIUM HERBACEUM (COTTON) SEED OIL, GLYCERYL OLEATE, TOCOPHERYL ACETATE, ALOE BARBADENSIS LEAF JUICE, PHENOXYETHANOL, CAPRYLYL GLYCOL, SODIUM HYDROXIDE, TITANIUM DIOXIDE, MICA.

Satisfaction guaranteed – For questions or comments please call **1-888-287-1915**

**DISTRIBUTED BY:**
Wal-Mart Stores, Inc.,
Bentonville, AR 72716
*This product is not manufactured or distributed by Johnson & Johnson Consumer Products Company, distributor of Johnson's Baby Creamy Oil Aloe Vera & Vitamin E.

Made in the
USA
60% OR MORE
US MATERIALS
Factory Certified

PLASTIC
TUBE

L001680ITB







Parent's Choice

DIRECTIONS: Wet hair, apply shampoo,
lather, and rinse. Repeat.

SAFETY TIP: KEEP OUT OF REACH OF CHILDREN.

INGREDIENTS: WATER, PEG-80 SORBITAN LAURATE,
COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150
DISTEARATE, PEG-175 DISCOSTEARATE, FRAGRANCE,
POLYQUATERNIUM-10, TETRASODIUM EDTA, PHENOXYETHANOL,
CAPRYLYL GLYCOL, SODIUM CHLORIDE, SODIUM HYDROXIDE, VIOLET 2

You'll love this Parent's Choice® product. In fact, we guarantee it.
If you (or your baby) aren't completely happy, please return the
product to us with the receipt, and we'll happily replace it or
refund your money.

Your opinion means a lot to us so if you'd
like to talk, call us at 1-877-307-2192.

DISTRIBUTED BY:
Wal-Mart Stores, Inc., Bentonville, AR 72716

539827

6   81131 05170   5

L00141118BB

INGREDIENTS: WATER, PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, PEG-175 DIISOSTEARATE, FRAGRANCE, POLYQUATERNIUM-10, TETRASODIUM EDTA, PHENOXYETHANOL, CAPRYLYL GLYCOL, SODIUM CHLORIDE, SODIUM HYDROXIDE, VIOLET 2





**INGREDIENTS:** WATER, PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, FRAGRANCE, TETRASODIUM EDTA, POLYQUATERNIUM-10, PEG-175 DIISOSTEARATE, PHENOXYETHANOL, CAPRYLYL GLYCOL, SODIUM HYDROXIDE, SODIUM CHLORIDE, YELLOW 10, ORANGE 4







**Drug Facts**

**Active ingredients**                             **Purpose**

Avobenzone 3.0%
Homosalate 13.0%
Octisalate 5.0%                                  Sunscreen
Octocrylene 7.0%
Oxybenzone 4.0%

## Inactive ingredients

water, sorbitol, aluminum starch octenylsuccinate, VP/eicosene copolymer, stearic acid, triethanolamine, sorbitan isostearate, benzyl alcohol, dimethicone, tocopherol (vitamin e), polyglyceryl-3 distearate, fragrance, methylparaben, carbomer, propylparaben, disodium EDTA





**Tear Free**

# Baby Wash & Shampoo

This product is an ultra mild cleanser designed for use on baby's entire body. The rich lather effectively cleanses baby's hair and skin and rinses easily and completely without irritating eyes or skin. Unlike baby soaps, this product cleans without drying because it's 100% soap free, dye-free, and pH-balanced. In fact, it is milder than any baby soap. The tear-free formula is clinically tested hypoallergenic and is dermatologist and allergy tested, so it's gentle enough even for newborns.

## Directions:

Pump onto a wet washcloth or your hand. Apply to skin and hair. Lather and rinse.

**Ingredients:** water, PEG-80 sorbitan laurate, cocamidopropyl betaine, sodium laureth sulfate, PEG-150 distearate, tetrasodium EDTA, sodium chloride, polyquaternium-10, fragrance, PEG-175 diisostearate, phenoxyethanol, caprylyl glycol, sodium hydroxide.

**Caution**: To maintain product integrity, do not store this container in a location where water may enter bottle.

**Safety Tip: Keep this product out of reach of young children.**

Satisfaction guaranteed – for questions or comments please call **1-888-287-1915**.

Distributed by: Wal-Mart Stores, Inc.,
Bentonville, AR 72716
© Wal-Mart Stores, Inc.

Made in the USA with US and foreign components.

*Johnson's® is a registered trademark of Johnson & Johnson. Equate® Baby Wash & Shampoo is not manufactured or distributed by Johnson & Johnson Corporation, distributor of Head-to-Toe® Baby Wash.

GN 2874.67756



6  81131 05242  9

L0011051BC