# Exhibit 1 – Part 2







**INGREDIENTS\*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, CAMELLIA SINENSIS LEAF EXTRACT, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEPS PRODUCT FRESH AND PURE), FRAGRANCE (PLEASANT SCENT). \*INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.













**Parent's CHOICE™**

*refreshing*

**cucumber**

wipes infused with
vitamin E

DO NOT FLUSH

Made in the USA
with 90% or more US Parts
Factory Certified

| BENEFITS | INGREDIENTS |
|---|---|
| GENTLY CLEANSES | PURIFIED WATER, DECYL GLUCOSIDE |
| BALANCES pH | SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE |
| SOFTENS AND SOOTHES | GLYCERIN, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE |
| PLEASANT SCENT | FRAGRANCE |
| MAINTAINS PRODUCT PURITY AND FRESHNESS | GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE |

**WARNING:** TO AVOID RISK OF CHOKING AND SUFFOCATION, KEEP WIPES, PLASTIC BAGS AND PLASTIC CONTAINERS AWAY FROM BABIES, CHILDREN AND PETS. **FOR EXTERNAL USE ONLY.**
**DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE.**
**KEEP LID CLOSED WHEN NOT IN USE.**

 You'll love this Parent's Choice product. In fact, we guarantee it. **DISTRIBUTED BY:** Walmart Inc.,
If you (or your baby) aren't completely happy, please return the Bentonville, AR 72716
product to us and we'll replace it or refund your money.
**Your opinion means a lot to us so if**
you'd like to talk, call us at 1-877-307-2192.


PAPER BOX   PLASTIC POUCH


249557
6 81131 10448 7

**INGREDIENTS**

PURIFIED WATER, DECYL GLUCOSIDE

SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE

GLYCERIN, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE

FRAGRANCE

GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE









**Parent's CHOICE**™

*Refreshing*

**cucumber**

wipes infused with vitamin E

DO NOT FLUSH

249557

6 81131 18537 0

Made in the USA
with 90% or more US Parts
Factory Certified

| BENEFITS | INGREDIENTS |
|----------|-------------|
| GENTLY CLEANSES | PURIFIED WATER, DECYL GLUCOSIDE |
| BALANCES pH | SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE |
| SOFTENS AND SOOTHES | GLYCERIN, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE |
| PLEASANT SCENT | FRAGRANCE |
| MAINTAINS PRODUCT PURITY AND FRESHNESS | GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE |

WARNING: TO AVOID RISK OF CHOKING AND SUFFOCATION, KEEP WIPES, PLASTIC BAGS AND PLASTIC CONTAINERS AWAY FROM BABIES, CHILDREN AND PETS. FOR EXTERNAL USE ONLY.
DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE.
KEEP LID CLOSED WHEN NOT IN USE.

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk,** call us at 1-877-307-2192.
DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716

PAPER BOX   PLASTIC POUCH







INGREDIENTS*: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTENS AND SOOTHES), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEPS PRODUCT FRESH AND PURE). *INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.

INGREDIENTES*: AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIAMONIO (LIMPIA SUAVEMENTE), GLICERINA, EXTRACTO DE FLOR DE MANZANILLA (CHAMOMILLA RECUTITA (MATRICARIA)), EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFEROL (SUAVIZA Y ALISA), FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, ACIDO CITRICO (MANTIENE EL PRODUCTO FRESCO Y PURO). *LOS INGREDIENTES CON MÁS DE 1 % SE INDICAN EN ORDEN DESCENDENTE.

DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.
NO LO ECHE AL INODORO. GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE. TIRE LAS TOALLITAS USADAS EN UN BASURERO.
CIERRA LA TAPA CUANDO NO USE EL PRODUCTO.
WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.
ADVERTENCIA: PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.

67739-710A

PLASTIC POUCH

DO NOT FLUSH
NO LAS TIRE EN
EL INODORO

Las toallitas Parent's Choice son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé. El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.

DISTRIBUTED BY:/DISTRIBUIDO POR: Wal-Mart Stores, Inc., Bentonville, AR 72716
Ensamblado en EE.UU.

product to us and we'll happily replace it or refund your money.
Your opinion means a lot to us so if
you'd like to talk, call us at
1-877-307-2192.

USA
Factory Certified

**INGREDIENTS\*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTENS AND SOOTHES), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEPS PRODUCT FRESH AND PURE). \*INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.

**INGREDIENTES\*:** AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIAMONIO (LIMPIA SUAVEMENTE), GLICERINA, EXTRACTO DE FLOR DE MANZANILLA (CHAMOMILLA RECUTITA [MATRICARIA]), EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFEROL (SUAVIZA Y ALIVIA), FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, ACIDO CITRICO (MANTIENE EL PRODUCTO FRESCO Y PURO). \*LOS INGREDIENTES CON MÁS DE 1% SE INDICAN EN ORDEN DESCENDENTE.

**DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.**
**NO LO ECHE AL INODORO. GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE. TIRE LAS TOALLITAS USADAS EN UN BASURERO.**
**CIERRA LA TAPA CUANDO NO USE EL PRODUCTO.**

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.
**ADVERTENCIA:** PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.          67739-710A













**DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.**
**NO LO ECHE AL INODORO. GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE. TIRE LAS TOALLITAS USADAS EN UN BASURERO. CIERRA LA TAPA CUANDO NO USE EL PRODUCTO.**

**INGREDIENTS\*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEP PRODUCT FRESH AND PURE). \*INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.

**INGREDIENTES\*:** AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIMONIO (LIMPIA SUAVEMENTE), GLICERINA, EXTRACTO DE FLOR DE MANZANILLA (CHAMOMILLA RECUTITA (MATRICARIA)), EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFEROL (SUAVIZA Y ALIVIA), FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, ÁCIDO CÍTRICO (MANTIENE EL PRODUCTO FRESCO Y PURO). \*LOS INGREDIENTES CON MAS DE 1 % SE INDICAN EN ORDEN DESCENDENTE.

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

**ADVERTENCIA:** PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.

PLASTIC POUCH

DO NOT FLUSH
NO LAS TIRE EN
EL INODORO

68340-710

285254

0 78742 07717 6

**Parent's Choice Wipes** are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This container design ensures that each wipe comes out open and ready to use on any part of a baby's delicate skin.

**Las toallitas Parent's Choice** son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé. El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.

**DISTRIBUTED BY:/DISTRIBUIDO POR: Wal-Mart Stores, Inc., Bentonville, AR 72716**
Ensamblado en EE.UU.

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll happily replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

A usted le encantará este producto de Parent's Choice. De hecho, se lo garantizamos. Si usted (o su bebé) no está completamente satisfecho, devuélvanos el producto y estaremos complacidos de reemplazarlo o devolverle su dinero.
Su opinión es muy importante para nosotros, así que si quiere llamarnos, hágalo al 1-877-307-2192.

Assembled in USA
Factory Certified







**Parent's Choice Wipes** are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This container design ensures that each wipe comes out open and ready to use on any part of a baby's delicate skin.

**Las toallitas Parent's Choice** son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicado como para usarse en la cara y las manitas del bebé. El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.

**INGREDIENTS\*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (HELPS PRODUCT FRESH AND PURE). \*INGREDIENTS GREATER THAN 1% USED IN DESCENDING ORDER.

**INGREDIENTES\*:** AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIMONIO (LIMPIA SUAVEMENTE), GLICERINA, EXTRACTO DE FLOR DE MANZANILLA (CHAMOMILLA RECUTITA (MATRICARIA)), EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFERILO (SUAVIZA Y ALISA), FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, ACIDO CITRICO (MANTIENE EL PRODUCTO FRESCO Y PURO). \*LOS INGREDIENTES COMUNES DE 1% SE INDICAN EN ORDEN DESCENDENTE.

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

**ADVERTENCIA:** PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.



**INGREDIENTS\*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEPS PRODUCT FRESH AND PURE). \*INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.











wipes suitable for sensitive skin







| BENEFITS | INGREDIENTS |
|---|---|
| GENTLY CLEANSES | PURIFIED WATER, DECYL GLUCOSIDE |
| BALANCES pH | SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE |
| SOFTENS AND SOOTHES | GLYCERIN, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE, ROSA CENTIFOLIA FLOWER EXTRACT |
| MAINTAINS PRODUCT PURITY AND FRESHNESS | GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE |

**WARNING:** TO AVOID RISK OF CHOKING AND SUFFOCATION, KEEP WIPES, PLASTIC BAGS AND PLASTIC CONTAINERS AWAY FROM BABIES, CHILDREN AND PETS. **FOR EXTERNAL USE ONLY.**
**DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.**



You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll replace it or refund your money. **Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716



**INGREDIENTS**

PURIFIED WATER, DECYL GLUCOSIDE

SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE

GLYCERIN, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE, ROSA CENTIFOLIA FLOWER EXTRACT

GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE







**DO NOT FLUSH**

## Parent's CHOICE™

gentle clean

**fragrance-free**

wipes suitable for sensitive skin



Made in the **USA**
with **90%** or more US Parts
Factory Certified

| BENEFITS | INGREDIENTS |
|---|---|
| GENTLY CLEANSES | PURIFIED WATER, DECYL GLUCOSIDE |
| BALANCES pH | SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE |
| SOFTENS AND SOOTHES | GLYCERIN, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE, ROSA CENTIFOLIA FLOWER EXTRACT |
| MAINTAINS PRODUCT PURITY AND FRESHNESS | GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE |

**WARNING:** TO AVOID RISK OF CHOKING AND SUFFOCATION, KEEP WIPES, PLASTIC BAGS AND PLASTIC CONTAINERS AWAY FROM BABIES, CHILDREN AND PETS. **FOR EXTERNAL USE ONLY. DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.**

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll replace it or refund your money. **Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

**DISTRIBUTED BY: Walmart Inc.,** Bentonville, AR 72716

PAPER BOX | PLASTIC POUCH

249557

6   81131 09908   0

**INGREDIENTS**

PURIFIED WATER, DECYL GLUCOSIDE

SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE

GLYCERIN, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE, ROSA CENTIFOLIA FLOWER EXTRACT

GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE



## Customers also considered



## Customers also bought these products

## About This Item

We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Parent's Choice Fragrance Free Baby Wipes are unique, ultra-thick, cloth-like wipes that are as gentle as water, yet extremely strong. Our baby wipes are specially designed to be gentle on your little one's delicate skin, but effective in wiping away the toughest messes. Each wipe is moistened with a mild cleaning solution with soothing aloe extract that is gentle enough for use on baby's face and hands. You can feel comfortable knowing that these wipes are fragrance free, pH balanced, and hypoallergenic, so you can confidently provide your child with the closest care. The flip top container design ensures that each wipe remains moist and fresh when the resealable lid is closed and allows each wipe to come out ready to use on any part of your baby's delicate skin. Pamper and clean your sweet little one with Parent's Choice Fragrance Free Baby Wipes.

Since 1998, Walmart's Parent's Choice has been trusted by parents across the country to provide quality, affordable baby products. We offer a wide range of products including diapers, wipes, toiletries, baby food, formula and baby feeding products. With a quality guarantee to back up all its baby, toddler, infant and newborn products, Parent's Choice takes care of your little one's needs for less.

**Parent's Choice Fragrance Free Baby Wipes, 12 Flip-Top Packs (1200 Count):**

- Hypoallergenic
- Fragrance and alcohol free
- No harsh irritants
- Great for hands and face
- Suitable for sensitive skin
- pH balanced
- 99% water and plant-based ingredients
- Flip top lid to keep in moisture

**Ingredients:**

Ingredients Water, Glycerin Acid, Sodium Benzoate, Citric Acid, Sodium Citrate, Tetrasodium Glutamate Diacetate, Glycerin, Decyl Glucoside, Rosa Centifolia Flower Extract, Sodium Bicarbonate, Tocopherol Acetate, Cucumis Sativus (Cucumber) Fruit Extract, Calendula Officinalis Flower Oil, Glycyrrhiza Glabra (Licorice) Root Extract, Chamomilla Recutita (Matricaria) Flower Extract, Aloe barbadensis Leaf Extract.





**Parent's CHOICE™**

gentle clean

**fragrance-free**

wipes suitable for sensitive skin



DO NOT FLUSH



Made in the USA
with 90% or more US Parts
Factory Certified

| BENEFITS | INGREDIENTS |
|---|---|
| GENTLY CLEANSES | PURIFIED WATER, DECYL GLUCOSIDE |
| BALANCES pH | SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE |
| SOFTENS AND SOOTHES | GLYCERIN, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE, ROSA CENTIFOLIA FLOWER EXTRACT |
| MAINTAINS PRODUCT PURITY AND FRESHNESS | GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE |

**WARNING:** TO AVOID RISK OF CHOKING AND SUFFOCATION, KEEP WIPES, PLASTIC BAGS AND PLASTIC CONTAINERS AWAY FROM BABIES, CHILDREN AND PETS. **FOR EXTERNAL USE ONLY. DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.**

 You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

DISTRIBUTED BY: Walmart Inc.,
Bentonville, AR 72716


PAPER BOX   PLASTIC POUCH


249557
6  81131 09908  0

**INGREDIENTS**

PURIFIED WATER, DECYL GLUCOSIDE

SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE

GLYCERIN, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE, ROSA CENTIFOLIA FLOWER EXTRACT

GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE









DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH
RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.
NO LO ECHE AL INODORO. GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE. TIRE LAS
TOALLITAS USADAS EN UN BASURERO. CIERRA LA TAPA CUANDO NO USE EL PRODUCTO.
INGREDIENTS*: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA)
FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE,
CITRIC ACID (KEEPS PRODUCT FRESH AND PURE), FRAGRANCE (PLEASANT SCENT). *INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.
INGREDIENTES*: AGUA, (CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIAMONIO (LIMPIA SUAVEMENTE), GLICERINA, EXTRACTO DE FLOR DE
MANZANILLA (CHAMOMILLA RECUTITA (MATRICARIA), EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFEROL (SUAVIZA Y ALIVIA), FENOXIETANOL,
BUTILCARBAMATO DE IODOPROPINILO, ACIDO CITRICO (MANTIENE EL PRODUCTO FRESCO Y PURO), FRAGANCIA (AGRADABLE AROMA). *LOS INGREDIENTES CON
MÁS DE 1% SE INDICAN EN ORDEN DESCENDENTE.
WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS        ADVERTENCIA: PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS
AWAY FROM CHILDREN AND PETS.                            BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.

PLASTIC POUCH

DO NOT FLUSH
NO LAS TIRE EN
EL INODORO

60111-710

8 11131 15277 6

Parent's Choice Wipes are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild
cleansing solution that is even gentle enough for use on baby's face and hands. This container design ensures that each wipe comes out
open and ready to use on any part of a baby's delicate skin.

Las toallitas Parent's Choice son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela.
Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé.
El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.

You'll love this Parent's Choice product. In fact, we guarantee it.
If you (or your baby) aren't completely happy, please return the product
to us and we'll happily replace it or refund your money.
Your opinion means a lot to us so if you'd
like to talk, call us at 1-877-307-2192.
Si usted (o su bebé) no está completamente satisfecho, devuélvanos el producto y
estaremos complacidos de reemplazarlo o devolverle su dinero.
Su opinión es muy importante para nosotros, así
que si quiere llamarnos, hágalo al 1-877-307-2192.

DISTRIBUTED BY:/DISTRIBUIDO POR: Wal-Mart Stores, Inc., Bentonville, AR 72716
Ensamblado en EE.UU.

Assembled in the USA
Factory Certified



**INGREDIENTS\*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEPS PRODUCT FRESH AND PURE), FRAGRANCE (PLEASANT SCENT). \*INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.



