# Exhibit 1 – Part 3







**INGREDIENTS\*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEPS PRODUCT FRESH AND PURE), FRAGRANCE (PLEASANT SCENT). \*INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.





DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.
NO LO ECHE AL INODORO. GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE. TIRE LAS TOALLITAS USADAS EN UN BASURERO. CIERRA LA TAPA CUANDO NO USE EL PRODUCTO.

**INGREDIENTS:** PURIFIED WATER, PHENOXYETHANOL, DECYL GLUCOSIDE, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE, SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE, GLYCERIN, FRAGRANCE, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT.

**INGREDIENTES:** AGUA PURIFICADA, FENOXIETANOL, DECIL GLUCÓSIDO, DIACETATO GLUTAMATO TETRASÓDICO, BENZOATO DE SODIO, CITRATO DE SODIO, ÁCIDO CÍTRICO, BICARBONATO DE SODIO, GLICERINA, FRAGANCIA, ACETATO DE TOCOFEROL, EXTRACTO DE FRUTA DE CUCUMIS SATIVUS (PEPINO), EXTRACTO DE FLOR DE CALENDULA OFFICINALIS, EXTRACTO DE LA RAÍZ DE GLYCYRRHIZA GLABRA (REGALIZ), EXTRACTO DE FLOR DE MATRICARIA RECUTITA (MANZANILLA), JUGO DE HOJA DE ALOE DE BARBADOS.

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.
**Parent's Choice Fresh Scent Soft & Thick Wipes** are made with 99% water and other naturally derived ingredients including chamomile and calendula. Suitable for hands, face and bottoms, Parent's Choice wipes are hypoallergenic and do not contain chlorine, alcohol, dyes or phthalates.

**ADVERTENCIA:** PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.
**Las Toallitas Suaves y Gruesas de Aroma Fresco Parent's Choice** están elaboradas con el 99% de agua y otros ingredientes derivados naturalmente, incluidas la manzanilla y caléndula. Adecuadas para las manos, el rostro y el trasero, las toallitas Parent's Choice son hipoalergénicas y no contienen cloro, alcohol, tintes ni ftalatos.



You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll happily replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

A usted le encantará este producto de Parent's Choice. De hecho, se lo garantizamos. Si usted (o su bebé) no está completamente satisfecho, devuélvanos el producto y estaremos complacidos de reemplazarlo o devolverle su dinero.
**Su opinión es muy importante para nosotros, así que si quiere llamarnos, hágalo al 1-877-307-2192.**

DISTRIBUTED BY:/DISTRIBUIDO POR: Wal-Mart Stores, Inc., Bentonville, AR 72716




DO NOT FLUSH
NO DESECHARLAS
EN EL INODORO


Made in the
USA
WITH
90% OR MORE US PARTS
Factory Certified

how2recycle.info

PAPER
BOX
PLASTIC
POUCH


249557
6  81131 09909  7





















*DO NOT FLUSH.* STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.
NO LO ECHE AL INODORO. GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE. TIRE LAS TOALLITAS USADAS EN UN BASURERO. CIERRA LA TAPA CUANDO NO USE EL PRODUCTO.

**INGREDIENTS*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, PEG-50 SHEA BUTTER, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEPS PRODUCT FRESH AND PURE), FRAGRANCE (PLEASANT SCENT). *INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.

**INGREDIENTES*:** AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIAMONIO (LIMPIA SUAVEMENTE), GLICERINA, MANTECA DE KARITE PEG-50, EXTRACTO DE FLOR DE MANZANILLA (CHAMOMILLA RECUTITA [MATRICARIA]), EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFEROL (SUAVIZA Y ALIVIA), FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, ACIDO CITRICO (MANTIENE EL PRODUCTO FRESCO Y PURO), FRAGANCIA (AGRADABLE AROMA). *LOS INGREDIENTES CON MAS DE 1% SE INDICAN EN ORDEN DESCENDENTE.

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.
**ADVERTENCIA:** PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.

PLASTIC POUCH

DO NOT FLUSH
NO LAS TIRE EN
EL INODORO

60701-710

285254

0  78742 00691  8

**Parent's Choice Wipes** are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This container design ensures that each wipe comes out open and ready to use on any part of a baby's delicate skin.

**Las toallitas Parent's Choice** son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé. El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.

**DISTRIBUTED BY:/DISTRIBUIDO POR:** Wal-Mart Stores, Inc., Bentonville, AR 72716
Ensamblado en EE.UU.

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll happily replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**
A usted le encantará este producto de Parent's Choice. De hecho, se lo garantizamos. Si usted (o su bebé) no está completamente satisfecho, devuélvanos el producto y estaremos complacidos de reemplazarlo o devolverle su dinero.
Su opinión es muy importante para nosotros, así que si quiere llamarnos, hágalo al **1-877-307-2192.**

Assembled in the
USA
Factory Certified

LOT 17 126 A 2307037

TOALLITAS USADAS EN UN BASURERO. CIERRA LA TAPA SUAVE...

**INGREDIENTS\*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, PEG-50 SHEA BUTTER, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEPS PRODUCT FRESH AND PURE), FRAGRANCE (PLEASANT SCENT). \*INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.









**Parent's CHOICE™**

**soothing**

**shea butter**

wipes infused with shea butter

**DO NOT FLUSH**

**Made in the ☆ USA**
with 90%+ or more US Parts
Factory Certified

| BENEFITS | INGREDIENTS |
|---|---|
| GENTLY CLEANSES | PURIFIED WATER, DECYL GLUCOSIDE |
| BALANCES pH | SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE |
| SOFTENS AND SOOTHES | GLYCERIN, PEG-50 SHEA BUTTER, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICIANLIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE |
| PLEASANT SCENT | FRAGRANCE |
| MAINTAINS PRODUCT PURITY AND FRESHNESS | GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE |

**WARNING:** TO AVOID RISK OF CHOKING AND SUFFOCATION, KEEP WIPES, PLASTIC BAGS AND PLASTIC CONTAINERS AWAY FROM BABIES, CHILDREN AND PETS. **FOR EXTERNAL USE ONLY. DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.**

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll replace it or refund your money.

**DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716**

**Your opinion means a lot to us so if** you'd like to talk, call us at 1-877-307-2192.



PAPER BOX   PLASTIC POUCH



249557

6 81131 15743 8

Factory Se

## INGREDIENTS

PURIFIED WATER, DECYL GLUCOSIDE

SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE

GLYCERIN, PEG-50 SHEA BUTTER, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICIANLIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE

FRAGRANCE

GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE

CATION, KEEP WIPES, PLASTIC BAGS AND PLASTIC CONTAINERS AWAY FROM BABIES, CHILDREN AND PETS. FOR EXTERNAL USE ONLY.
OM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE.
IN USE

249557

Pickup & delivery     Walmart.com

Search Walmart.com 🔍    Account    My Items    0

NEW! Free shipping with no order min. Restrictions apply.
Learn more

Baby / Diapering / Baby Wipes

ONLY AT WALMART



Parent's Choice

# Parent's Choice Shea Butter Baby Wipes, 8 packs of 100 (800 count)

★★★★½ (4.7)   1750 ratings    589 comments
Walmart # 565591708

## $12.88   (1.6 ¢/ea)

**Count:** 800 ct

| 80 ct | 240 ct | Best value |
|-------|--------|-----------|
| **$1.48** | **$4.22** | 800 ct **$12.88** |
| $ 0.02 / each | $ 0.02 / each | $ 0.02 / each |

2-day delivery

Qty: 1 ▼    Add to cart

Report incorrect product information

W✦ **Get free shipping, no order minimum.** Sign up

🚚 **Free 2-day delivery** on $35+ orders
Arrives by Thu, Jan 28

🏠 **Free pickup today**
**In stock** at Washington, 99 H Street Nw

Feedback

More delivery & pickup options

✦ Sold & shipped by Walmart  |  Return policy

≔ Add to list     🎁 Add to registry



   





**Parent's CHOICE**

**soothing**

**shea butter**

wipes infused with shea butter

**DO NOT FLUSH**

249557

6  81131 18538  7

**Made in the USA**
with 90%* or more US Parts
Factory Certified

| BENEFITS | INGREDIENTS |
|---|---|
| GENTLY CLEANSES | PURIFIED WATER, DECYL GLUCOSIDE |
| BALANCES pH | SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE |
| SOFTENS AND SOOTHES | GLYCERIN, PEG-50 SHEA BUTTER, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICINALIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE |
| PLEASANT SCENT | FRAGRANCE |
| MAINTAINS PRODUCT PURITY AND FRESHNESS | GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE |

**WARNING:** TO AVOID RISK OF CHOKING AND SUFFOCATION, KEEP WIPES, PLASTIC BAGS AND PLASTIC CONTAINERS AWAY FROM BABIES, CHILDREN AND PETS. FOR EXTERNAL USE ONLY.
DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE.
KEEP LID CLOSED WHEN NOT IN USE.

You'll love this Parent's Choice product. In fact, we guarantee it...If you (or your baby) aren't completely happy, please return the product to us and we'll replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716

PAPER BOX   PLASTIC POUCH

how2recycle.info

**INGREDIENTS**

PURIFIED WATER, DECYL GLUCOSIDE

SODIUM CITRATE, CITRIC ACID, SODIUM BICARBONATE

GLYCERIN, PEG-50 SHEA BUTTER, TOCOPHERYL ACETATE, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CALENDULA OFFICIANLIS FLOWER EXTRACT, GLYCYRRHIZA GLABRA (LICORICE) ROOT EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF JUICE

FRAGRANCE

GLUCONIC ACID, TETRASODIUM GLUTAMATE DIACETATE, SODIUM BENZOATE

AND SUFFOCATION, KEEP WIPES, PLASTIC BAGS AND PLASTIC CONTAINERS AWAY FROM





## Drug Facts

**Active ingredient** — **Purpose**

Zinc oxide 13% .................................Skin protectant

### Uses

- helps treat and prevent diaper rash
- protects chafed skin due to diaper rash and helps seal out wetness

### Warnings

**For external use only**

**When using this product** ■ do not get into eyes

**Stop use and ask a doctor if** ■ condition worsens ▶

## Drug Facts (continued)

- symptoms last more than 7 days or clear up and occur again within a few days

**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

### Directions

- change wet and soiled diapers promptly
- cleanse the diaper area
- allow to dry
- apply ointment liberally as often as necessary, with each diaper change, especially at bedtime or anytime when exposure to wet diapers may be prolonged ▶

## Drug Facts (continued)

**Other information** store between 20° and 25°C (68° and 77°F)

**Inactive ingredients** water, mineral oil, petrolatum, beeswax, dimethicone, sorbitan sesquioleate, microcrystalline wax, PEG-30 dipolyhydroxystearate, Aloe barbadensis leaf juice, glycerin, tropolone, tocopheryl acetate, 1,2-hexanediol, caprylyl glycol, magnesium sulfate, potassium hydroxide, phenoxyethanol

**Questions?** 1-888-287-1915













**Parent's CHOICE**

Daily Moisturizing Lotion

♥ Dimethicone Skin Protectant
with Natural Colloidal Oatmeal

### Drug Facts

| Active ingredient | Purpose |
|---|---|
| Dimethicone 1.2% | Skin Protectant |

**Uses** temporarily protects and helps relieve chapped or cracked skin, and helps protect from the drying effects of wind and cold.

**Warnings**
For external use only.

**When using this product** avoid contact with eyes. If contact occurs, rinse thoroughly with water.

**Stop use and ask a doctor if** condition worsens, or if irritation or redness develops and lasts more than 7 days, or clears up and recurs within a few days.

**Keep out of reach of children.** In case of accidental ingestion, get medical help or contact a Poison Control Center immediately.

**Directions** apply as needed.

**Other information** store at room temperature.

**Inactive ingredients** Water (Aqua), Glycerin, Petrolatum, Isopropyl Palmitate, Distearyldimonium Chloride, Cetyl Alcohol, Avena Sativa (Oat) Kernel Flour, Sodium Chloride, Sodium Hydroxide, Ethylhexylglycerin, Phenoxyethanol.

**Questions or comments?** 1-877-307-2192

DISTRIBUTED BY: Wal-Mart Stores, Inc.,           456080
Bentonville, AR 72716
PRODUCT OF CANADA
*This product is not
manufactured or distributed
by Johnson & Johnson
Consumer Products Company,
distributor of Aveeno® Baby
Daily Moisturizing Lotion.

## Drug Facts

### Active ingredient
### Purpose
Dimethicone 1.2%..………………...............……Skin Protectant

**Uses** temporarily protects and helps relieve chapped or cracked skin, and helps protect from the drying effects of wind and cold.

### Warnings
**For external use only.**

**When using this product** avoid contact with eyes. If contact occurs, rinse thoroughly with water.

**Stop use and ask a doctor if** condition worsens, or if irritation or redness develops and lasts more than 7 days, or clears up and recurs within a few days.

**Keep out of reach of children.** In case of accidental ingestion, get medical help or contact a Poison Control Center immediately.

**Directions** apply as needed.

**Other information** store at room temperature.

**Inactive ingredients** Water (Aqua), Glycerin, Petrolatum, Isopropyl Palmitate, Distearyldimonium Chloride, Cetyl Alcohol, Avena Sativa (Oat) Kernel Flour, Sodium Chloride, Sodium Hydroxide, Ethylhexylglycerin, Phenoxyethanol.

**Questions or comments?** 1-877-307-2192





**Drug Facts**

**Active ingredient**
Zinc oxide 40% .......................Skin protectant

**Purpose**

**Uses**
■ helps treat and prevent diaper rash
■ protects chafed skin due to diaper rash and helps seal out wetness

**Warnings**
**For external use only**
**When using this product**

**Drug Facts** (continued)
■ do not get into eyes
**Stop use and ask a doctor if**
■ condition worsens
■ symptoms last more than 7 days or clear up and occur again within a few days
**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
■ change wet and soiled diapers promptly
■ cleanse the diaper area

**Drug Facts** (continued)
■ allow to dry
■ apply ointment liberally as often as necessary, with each diaper change, especially at bedtime or anytime when exposure to wet diapers may be prolonged

**Other information** store between 20° and 25°C (68° and 77° F)

**Inactive ingredients** petrolatum, cod liver oil, lanolin, Zea mays (corn) starch, glycerin, sorbitan sesquioleate, beeswax, tocopheryl acetate, fragrance

**Questions?** 1-888-287-1915

Satisfaction guaranteed – For questions or comments please call **1-888-287-1915.**
**DISTRIBUTED BY:** Wal-Mart Stores, Inc., Bentonville, AR 72716

PAPER BOX   PLASTIC TUBE

*This product is not manufactured or distributed by Johnson & Johnson Consumer Products Company, distributor of Desitin® Maximum Strength 40% Zinc Oxide Diaper Rash Paste.







**Drug Facts**

**Active ingredient**          **Purpose**
Zinc oxide 40%.........................Skin protectant

**Uses** ■ helps treat and prevent diaper rash
■ protects chafed skin due to diaper rash and helps
seal out wetness

**Warnings**
For external use only
**When using this product** ■ do not get into eyes   ►

**Drug Facts (continued)**

**Stop use and ask a doctor if** ■ condition worsens
■ symptoms last more than 7 days or clear up and
occur again within a few days

**Keep out of reach of children.** If swallowed, get medical
help or contact a Poison Control Center right away.

**Directions**
■ change wet and soiled diapers promptly
■ cleanse the diaper area
■ allow to dry                        ►

**Drug Facts (continued)**

■ apply ointment liberally as often as necessary, with
each diaper change, especially at bedtime or anytime
when exposure to wet diapers may be prolonged

**Other information**
■ store between 20° and 25°C (68° and 77° F)

**Inactive ingredients** BHA, cod liver oil,
fragrance, lanolin, petrolatum, phenoxyethanol, talc, water

**Questions?** Call 1-888-287-1915

GN 287A.52762

6  81131 05232  0

L0011057CC





## Drug Facts

### Active ingredient

### Purpose

Zinc oxide 40% ...................................Skin protectant

**Inactive ingredients** petrolatum, cod liver oil, lanolin, Zea mays (corn) starch, glycerin, sorbitan sesquioleate, beeswax, tocopheryl acetate, fragrance







Equate® Zinc Oxide Diaper Rash Relief Ointment is specially formulated for effective diaper rash care in a creamy formula.

**Drug Facts**

**Active ingredient**
Zinc Oxide 13%......................................................................................

**Purpose**
Skin protectant

**Uses** ● helps treat and prevent diaper rash ● protects chafed skin due to diaper rash and helps seal out wetness

**Warnings** For external use only

When using this product ● do not get into eyes

Stop use and ask a doctor if ● condition worsens ● symptoms last more than 7 days or clear up and occur again within a few days

Keep out of reach of children. If swallowed, get medical help or contact a Poison Control Center right away. ▼



**Drug Facts** (continued)

**Directions** ● change wet and soiled diapers promptly ● cleanse the diaper area ● allow to dry ● apply ointment liberally as often as necessary, with each diaper change, especially at bedtime or anytime when exposure to wet diapers may be prolonged

**Other information** ● store between 20° and 25°C (68° and 77°F)

**Inactive ingredients** aloe barbadensis leaf juice, beeswax, dimethicone, ethylhexylglycerin, fragrance, magnesium sulfate, microcrystalline wax, mineral oil, PEG-30 dipolyhydroxystearate, petrolatum, phenoxyethanol, potassium hydroxide, sorbitan sesquioleate, tocopheryl acetate, water

**Questions?** Call: 1-888-287-1915

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915**.

Distributed by: Wal-Mart Stores, Inc.,
Bentonville, AR 72716

© Wal-Mart Stores, Inc.

*This product is not manufactured or distributed by Johnson & Johnson Consumer Products Company, distributor of Desitin® Rapid Relief.

Made in the USA with US and foreign components

6  81131 05233  7

L0011441CC