# Exhibit 1 – Part 4





**INGREDIENTS**\*\*:
WATER, COCAMIDOPROPYL
PG-DIMONIUM CHLORIDE PHOSPHATE,
GLYCERIN, CHAMOMILLA RECUTITA
(MATRICARIA) FLOWER EXTRACT, ALOE
BARBADENSIS LEAF EXTRACT,
TOCOPHERYL ACETATE,
PHENOXYETHANOL, IODOPROPYNYL
BUTYLCARBAMATE, CITRIC ACID
\*\*Ingredients greater than 1% listed in descending order

**BENEFIT:**
GENTLY CLEANS

HELPS TO MOISTURIZE AND
SOOTHE SKIN

KEEPS PRODUCT FRESH AND PURE

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM
CHILDREN AND PETS.

• STORE AT ROOM TEMPERATURE.
• KEEP TIGHTLY CLOSED WHEN NOT IN USE.
• DISPOSE OF PROPERLY.

Satisfaction guaranteed – Or we'll replace it or
give you your money back. For questions or
comments or to report an undesired reaction
or side effect, please call **1-888-287-1915**.

**DISTRIBUTED BY:** Wal-Mart Stores, Inc., Bentonville, AR 72716

\*This product is not manufactured or distributed by Kimberly-Clark Corporation,
owner of the registered trademark Huggies®.

DO NOT FLUSH

0   78742 05920 5

Each Everyday Clean Baby Wipe is thick, cushiony-soft, and alcohol-free so it is
gentle on baby's delicate skin. Our mild, cleansing lotion contains Aloe and Vitamin E
to help moisturize. Great for many uses beyond cleaning your baby's bottom.

Assembled in the
USA
Factory Certified

PLASTIC
POUCH

| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | HELPS TO MOISTURIZE AND SOOTHE SKIN |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |

**Ingredients greater than 1% listed in descending order

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

- STORE AT ROOM TEMPERATURE.
- KEEP TIGHTLY CLOSED WHEN NOT IN USE.
- DISPOSE OF PROPERLY.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915**.



**DO NOT FLUSH**

**DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716**

*This product is not manufactured or distributed by Kimberly-Clark Corporation, owner of the registered trademark Huggies®.







**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID

· STORE AT ROOM TEMPERATURE
· KEEP TIGHTLY CLOSED WHEN NOT IN USE
· DISPOSE OF PROPERLY, DO NOT FLUSH
**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

**DO NOT FLUSH**

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

DISTRIBUTED BY: WAL-MART STORES, INC. BENTONVILLE, AR 72716.
*This product is not manufactured or distributed by Kimberly-Clark Corporation, owner of the registered trademark Huggies®.

0  78742 02656  5

67719-384K

...wipes for gentle cleansing. They also contain a hypoallergenic, alcohol-free lotion with natural aloe & vitamin E to help soothe skin.

**Wipes for Babies, Kids & Adults to Use On Hands, Faces & Bottoms**



## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Ingredients** - Benefit
Water, Cocamidopropyl PG-Dimonium Chloride Phosphate - Gently cleans
Glycerin, Chamomilla Recutita (Matricaria) Flower Extract, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate - Helps to moisturize and soothe skin
Phenoxyethanol, Iodopropynyl Butylcarbamate, Citric Acid - Keeps product fresh and pure
**Ingredients greater than 1% listed in descending order

Each Everyday Clean Baby Wipe is thick, cushiony-soft, and alcohol-free so it is gentle on baby's delicate skin. Our mild, cleansing lotion contains aloe and vitamin E to help moisturize. Great for many uses beyond cleaning your baby's bottom.

Equate Baby Fragrance Free Everyday Clean Wipes are ultra-moisturizing, cloth-like wipes that make the perfect addition to your baby bag and gently clean and cleanse your baby's delicate skin. Our wipes are thick, feature a cushiony quilted fabric, are hypoallergenic, and contain no alcohol or parabens. Change those tears into smiles by providing soothing relief at your little one's diaper time with our gentle cleansing formula. The mild liquid infused in each wipe is enriched with aloe extract, vitamin E, and shea butter to help moisturize, soothe, and gently clean your little one's skin. Use on your baby's face, hands, and bottom for quick cleanups and diaper changes. These wipes come inside an easy dispensing package that tightly seals shut, keeping your wipes fresh and moist between changes. Make sure your bundle of joy is fresh and clean with Equate Baby Fragrance Free Everyday Clean Wipes.

- Cushiony soft and thick wipes
- Hypoallergenic
- Fragrance-free
- Infused with aloe and vitamin E
- Helps to moisturize and soothe skin
- 40 wipes
- Paraben and alcohol-free

### Ingredients:

**Ingredients:** Water, Glycerin, Polysorbate 20, Sodium Cocoamphodciacetate, Aloe Barbadensis Leaf Extract, Tocopherylacetate, Chamomilla Recutita (Matricaria) Flower Extract, Disodium Edta, Phenoxyethanol, Dmdm Hydantoin, Iodopropynyl Butylcarbamate, Citric Acid.





**everyday clean**

Fragrance Free Wipes

*Equate™ Everyday Clean Wipes* provide you with a thick, super strong, extra-soft wipe for gentle cleansing. They also contain a hypoallergenic, alcohol-free lotion with natural aloe & vitamin E to help soothe skin.

**For Babies, Kids & Adults To Use On Hands, Faces & Bottoms**

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID

**Directions:**
Thread wipe through opening. Pull wipe out at an angle. The next wipe pops up automatically. Keep lid tightly closed.

• STORE AT ROOM TEMPERATURE
• KEEP TIGHTLY CLOSED WHEN NOT IN USE
• DISPOSE OF PROPERLY, DO NOT FLUSH

DO NOT FLUSH

84911-184J

28254

Satisfaction guaranteed – for questions or comments please call 1-888-287-1915.

DISTRIBUTED BY: WAL-MART STORES, INC. BENTONVILLE, AR 72716.
Made under one or more of the following US Patents: 5,497,903; 6,942,118; 7,188,746
*This product is not manufactured or distributed by Kimberly-Clark Corporation, owner of the registered trademark Huggies®.

6  81131 02941  4

LOT 16 238  D22150  17 41







INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID

• STORE AT ROOM TEMPERATURE
• KEEP TIGHTLY CLOSED WHEN NOT IN USE
• DISPOSE OF PROPERLY, DO NOT FLUSH

WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

DO NOT FLUSH

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915.**

DISTRIBUTED BY: WAL-MART STORES, INC. BENTONVILLE, AR 72716

*This product is not manufactured or distributed by Kimberly-Clark Corporation, owner of the registered trademark Huggies®.

0  78742 02653  4

67733-184K

*Equate™ Everyday Clean Wipes* provide you with a thick, super strong, extra-soft wipe for gentle cleansing. They also contain a hypoallergenic, alcohol-free lotion with natural aloe & vitamin E to help soothe skin.

**Wipes for Babies, Kids & Adults To Use On Hands, Faces & Bottoms**

GREAT TO TAKE WITH YOU!





| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | HELPS TO MOISTURIZE AND SOOTHE SKIN |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |

**Ingredients greater than 1% listed in descending order

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.









NEW! Free shipping with no order min. Restrictions apply.
Learn more

always Help #KeepHerPlaying Each view helps. Watch now

Health / Equate / Equate Wipes

Report incorrect product information

Equate

## Equate Baby Everyday Clean Fragrance Free Wipes, 80 count

★★★★½ (4.5) 110 ratings 6 comments Walmart # 552247951

**$1.84** (2.3 cents/EA)

Qty: 1

Add to cart

**Free pickup today**
**In stock** at Washington, 99 H Street Nw

Delivery not available

More delivery & pickup options

Sold & shipped by Walmart | Return policy

Add to list Add to registry

Reach your health goals.
Shop now

### Customers also viewed these products

Parent's Choice Cotton Baby Wipes, 12 packs of 72 (864 count)
★★★★½ 230
**$15.16** (1.8 ¢/ea)
*NextDay eligible*

Parent's Choice Cucumber Scent Baby Wipes, 8 packs of 100 (800 count)
★★★★½ 1256
**$12.88** (1.6 ¢/ea)
*NextDay eligible*

Parent's Choice Fragrance Free Baby Wipes (Choose Your Count)
★★★★½ 6222
**$4.22 - $18.48**
*NextDay eligible*

Huggies Natural Care Sensitive Baby Wipes, Unscented, 1 Nursery Tub (64...
★★★★½ 5254
**$7.92**
2-day delivery

### Customers also bought these products

all Liquid Laundry Detergent with OXI Stain Removers and Whiteners, Free...
★★★★½ 54
**$9.46** (12.0 ¢/ea)
*NextDay eligible*

Parent's Choice Gentle Dreams Overnight Diapers, Size 4
★★★★ 71
**$13.16** (16.9 ¢/ea)
*NextDay eligible*

Parent's Choice Dry and Gentle Baby Diapers, Size 5, 27 Count
★★★★½ 96
**$4.42** (16.4 ¢/ea)
*NextDay eligible*

Parent's Choice Dry and Gentle Baby Diapers, Size 4, 31 Count
★★★★½ 146
**$4.42** (14.3 ¢/ea)
*NextDay eligible*

always Help #KeepHerPlaying
Each view helps girls stay in sports.
Watch now
*$250,000 max donation. Valid 12/28/2020 - 1/31/2021. For details, click here.
1 Video View Walmart.com/always = $1 Donation* Women's Sports Foundation
Advertisement

## About This Item

**WARNING - CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items marbles; small ball; or small parts.

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Each Everyday Clean Baby Wipe is thick, cushiony-soft, and alcohol-free so it is gentle on baby's delicate skin. Our mild, cleansing lotion contains aloe and vitamin E to help moisturize. Great for many uses beyond cleaning your baby's bottom.

Equate Baby Fragrance-Free Everyday Clean Wipes are ultra-moisturizing, cloth-like wipes that make the perfect addition to your baby bag and gently clean and cleanse your baby's delicate skin. Our wipes are thick, feature a cushiony quilted fabric, are hypoallergenic, and contain no alcohol or parabens. Change those tears into smiles by providing soothing relief at your little one's diaper time with our gentle cleansing formula. The mild liquid infused in each wipe is enriched with aloe extract, vitamin E, and shea butter to help moisturize, soothe, and gently clean your little one's skin. Use on your baby's face, hands, and bottom for quick cleanups and diaper changes. These wipes come loaded inside an easy dispensing package that tightly seals shut, keeping your wipes fresh and moist between changes. Make sure your bundle of joy is fresh and clean with Equate Baby Fragrance-Free Everyday Clean Wipes.

- Cushiony soft and thick wipes
- Hypoallergenic
- Fragrance-free
- Infused with aloe and vitamin E
- Helps to moisturize and soothe skin
- 80 wipes
- Paraben and alcohol-free

### Ingredients:

**Ingredients:** Ingredients: Water [Eau/Agua], Glycerin, Cocamidopropyl PG-Dimonium Chloride Phosphate, Sodium Benzoate, Tocopheryl Acetate, Aloe Barbadensis Leaf Extract, Chamomilla Recutita (Matricaria) Flower Extract, Citric Acid

Help #KeepHerPlaying
Each view helps girls stay in sports.
always
Watch now
$250,000 max donation. Valid 12/28/2020 - 1/31/2021. For details, click here.
Advertisement

INGREDIENTS: WATER, COCAMIDOPROPYL, PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID

DO NOT FLUSH

LOT 16286 B23410 1539

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect please call 1-888-287-1915

DISTRIBUTED BY: WAL-MART STORES, INC.
BENTONVILLE, AR 72716.

*This product is not manufactured or distributed by Kimberly-Clark Corporation, owner of the registered trademark Huggies®.

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID



DO NOT FLUSH





| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | HELPS TO MOISTURIZE AND SOOTHE SKIN |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |

**Ingredients greater than 1% listed in descending order



















Walmart+ New! Free shipping with no order min. Restrictions apply.
Learn more

Baby / Diapering / Baby Wipes

ONLY AT WALMART

Report incorrect product information

Equate

# Equate Baby Everyday Clean Fragrance Free Wipes, 240 Count

(4.6) 1147 ratings 112 comments Walmart # 575829124

**$4.74** (2.0 ¢/ea)

**Count:** 240 ct

| 240 ct $4.74 $ 0.02 / each | 720 Count $35.00 | 1440 Count $65.00 |
|---|---|---|

NextDay delivery

Qty: 1

Add to cart

Get free shipping, no order minimum. Sign up

**Free NextDay delivery** on $35+ orders of **only** NextDay items.

**Free 2-day delivery** on $35+ orders
Arrives by Sat, Feb 13

Pickup not available

More delivery & pickup options

Sold & shipped by Walmart | Return policy

Add to list    Add to registry

Huggies Nourish & Care Scented Baby Wipes, 6 Flip-Top Packs (336 Wipes Total)
453
**$7.34**
2-day delivery
Shop Now

Advertisement

## Customers also considered

| Product | Rating count | Price | Delivery |
|---|---|---|---|
| Huggies Natural Care Refreshing Baby Wipes,... | 1994 | $5.38 - $130.00 | *NextDay eligible* |
| Sponsored Johnson's Hand & Face Wipes | 238 | $2.99 - $164.42 | *NextDay eligible* |
| Johnson's Hand & Face Baby Cleansing Wipes, 2 Travel Pac... | 91 | $16.06 | |
| Pampers Baby Wipes Complete Clean Scented | 4697 | $5.94 - $14.94 | *NextDay eligible* |
| Sponsored Fisher-Price Cucumber Wipes (Choose Count) | 244 | $19.87 - $29.13 | *NextDay eligible* |
| Huggies Simply Clean Baby Wipes, Fresh Scent (Choose... | 1527 | $5.38 - $130.00 | *NextDay eligible* |

## Customers also bought these products

| Product | Rating count | Price | Delivery |
|---|---|---|---|
| Dawn Ultra Dishwashing Liquid Dish Soap, Original Scent, 28 ... | 1774 | $3.74 (13.4 ¢/fl oz) | 2-day delivery |
| Equate Overnight Maxi Pads with Flexi-Wings, Size 4, 26... | 79 | $3.76 (14.5 ¢/ea) | *NextDay eligible* |
| Always Ultra Thin Pads, Unscented, Size 2, 40 count | 568 | $5.28 - $16.48 | |
| New Olay Ultra Moisture Body Wash with Shea Butter, 22 fl oz | 100250 | $5.97 (27.1 ¢/fl oz) | 2-day delivery |
| Great Value Ultra Strong Toilet Paper | 212 | $10.72 - $20.97 | *NextDay eligible* |
| Sponsored Arm & Hammer Sensitive Skin Plus Fresh Scent, 107 Loads... | 1613 | $7.97 (5.0 ¢/fl oz) | 2-day delivery |

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.
See our disclaimer

Each Equate Everyday Clean Baby Wipe is thick, cushiony-soft, and alcohol-free so it is gentle on baby's delicate skin. Our mild, cleansing lotion contains aloe and vitamin E to help moisturize. Great for many uses beyond cleaning your baby's bottom.

Equate Baby Fragrance-Free Everyday Clean Wipes are ultra-moisturizing, cloth-like wipes that make the perfect addition to your nursery and gently clean and cleanse your baby's delicate skin. Our wipes are thick, feature a cushiony quilted fabric, are hypoallergenic, and contain no alcohol or parabens. Change those tears into smiles by providing soothing relief during your little one's diaper time with our gentle cleansing formula. The mild liquid infused in each wipe is enriched with aloe extract, vitamin E, and shea butter to help moisturize, soothe, and gently clean your little one's skin. Use on your baby's face, hands, and bottom for quick cleanups and diaper changes. These wipes come inside an easy dispensing package that can be resealed, keeping your wipes fresh and moist between refills. Make sure your bundle of joy is fresh and clean with Equate Baby Fragrance-Free Everyday Clean Wipes.

Making the right health decisions can be challenging. With a complete range of products and simple solutions, Equate allows you to take care of your family with confidence.

**Equate Baby Everyday Clean Fragrance Free Wipes, 240 Count:**

- Fragrance Free
- 99% water and plant-based ingredients
- Free from Phenoxyethanol, Parabens, Dyes, Phthalates and Alcohol
- Hypoallergenic & pH Balanced
- No harsh irritants
- Suitable for sensitive skin
- Soft & Thick
- Great for hands and face
- Flip top lid to keep in moisture"

Ingredients:

**Ingredients:** Ingredients: Water [Eau/Agua], Glycerin, Cocamidopropyl PG-Dimonium Chloride Phosphate, Sodium Benzoate, Tocopheryl Acetate, Aloe Barbadensis Leaf Extract, Chamomilla Recutita (Matricaria) Flower Extract, Citric Acid

Directions:

**Instructions:** Store at Room Temperature. Keep Tightly Closed When not in Use. Dispose of Properly.

Specifications

| | |
|---|---|
| Features | Infused with aloe and vitamin E, Fragrance-free, Paraben and alcohol-free, Hypoallergenic, Cushiony soft and thick wipes, 240 wipes refill pack, Helps to moisturize and soothe skin |
| Brand | Equate |
| Is Hypoallergenic | Y |
| Assembled Product Weight | 4.38 lbs |
| Assembled Product Dimensions (L x W x H) | 6.90 x 4.38 x 7.50 Inches |

Sensitive
skin formula
Gently washes away odor
causing bacteria from the
external vaginal area
Soap-free

The intimate cleansing needs
of today's woman demand a
gentle, yet effective alternative
to traditional soap and water.
This product for sensitive skin is
a non-soap cleanser, specially
formulated to be hypoallergenic.
This product gently removes
odor-causing bacteria leaving you
fresh, clean and confident. Use it in
the bath or shower everyday or just
when you feel the need for cleansing.

**DIRECTIONS:** For external use only.
Wet area. Pour small amount onto
hand or washcloth, and apply.
Rinse thoroughly.

**Ingredients:** Water, Ammonium Laureth
Sulfate, Ammonium Lauryl Sulfate, Decyl
Glucoside, Cocamidopropyl Betaine,
Disodium Cocoamphodiacetate, Sodium
Chloride, Ammonium Chloride, Citric
Acid, Disodium EDTA, Coco-Glucoside,
Glyceryl Oleate, Fragrance, Magnesium
Chloride, Magnesium Nitrate,
Methylchloroisothiazolinone,
Methylisothiazolinone,
Red 33, Blue 1

**Questions or comments?**
**1-888-287-1915**

Distributed by: Wal-Mart Stores, Inc.,
Bentonville, AR 72716
© Wal-Mart Stores, Inc.

*This product is not manufactured
or distributed by Fleet
Laboratories, the marketer of
Summer's Eve® Simply Sensitive
Cleansing Wash.

GN 2874.66993

F1421500

: 4A449 2E B4



## Feminine Wash

### Light & Clean Scent
### Odor Block protection

This product has odor block protection to help
stop odor from happening.

Safe and gentle enough to use everyday.

**Directions:** For external use only. Pour into hand
or washcloth and apply. Rinse thoroughly.

**WARNINGS:** Avoid contact with eyes.
If contact occurs, rinse eyes with water.
Keep out of reach of children.

**Ingredients:** Water, Sodium Laureth Sulfate,
Lauryl Glucoside, Cocamidopropyl Betaine,
Glycerin, Sodium Chloride, PEG-150
Pentaerythrityl Tetrastearate, Lactic Acid, Aloe
Barbadensis Leaf Juice, PEG-6 Caprylic/Capric
Glycerides, Polyquaternium-10, Butylene Glycol,
Tocopheryl Acetate, Anthemis Nobilis Flower
Extract, Iodopropynyl Butylcarbamate,
Fragrance, DMDM Hydantoin, Benzethonium
Chloride, Red 33

**Questions or comments? 1-888-287-1915**

 

Satisfaction guaranteed – Or we'll
replace it or give you your money
back. For questions or comments or to
report an undesired reaction or side
effect, please call **1-888-287-1915.**

Distributed by: Wal-Mart Stores, Inc.,
Bentonville, AR 72716
© Wal-Mart Stores, Inc.     *F1672702*
*This product is not manufactured or distributed by
Combe Inc., distributor of Vagisil® Feminine Wash.

GA 2524.34062

6  81131 06007  3

: 15340 2E B1

F1572702





Sensitive skin formula
Gently washes away odor
causing bacteria from the
external vaginal area.

Soap-free

The intimate cleansing needs of
today's woman demand a gentle,
yet effective alternative to
traditional soap and water.
This product for sensitive skin is a
non-soap cleanser, specially
formulated to be hypoallergenic.
This product gently removes
odor-causing bacteria leaving you
fresh, clean and confident. Use it in
the bath or shower everyday or just
when you feel the need for cleansing.

**DIRECTIONS:** For external use only.
Wet area. Pour small amount onto
hand or washcloth, and apply.
Rinse thoroughly.

**Ingredients:** Water, Ammonium Laureth
Sulfate, Ammonium Lauryl Sulfate, Decyl
Glucoside, Cocamidopropyl Betaine,
Disodium Cocoamphodiacetate, Sodium
Chloride, Sodium Glycolate, Citric Acid,
Disodium EDTA, Glyceryl Oleate,
Coco-Glucoside, Butylene Glycol,
Iodopropynyl Butylcarbamate, Ammonium
Chloride, Fragrance, Hexyl
Cinnamal, Amyl Cinnamal,
Alpha-Isomethyl Ionone,
Benzyl Salicylate, DMDM
Hydantoin, Benzethonium
Chloride, Red 33, Blue 1

*Questions or comments?*
**1-888-287-1915**

Satisfaction guaranteed - Or we'll replace it,
or give you your money back. For questions
or comments please call **1-888-287-1915**.

DISTRIBUTED BY: Wal-Mart Stores, Inc.,
Bentonville, AR 72716
*This product is not manufactured or distributed
by Fleet Laboratories, the marketer of Summer's
Eve® Island Splash®.                    8452

F1662102

: 3Y33b 2E B2

F1662102







Sensitive skin formula
Gently washes away odor
causing bacteria from the
external vaginal area
Soap-free
The intimate cleansing needs of
today's woman demand a
gentle, yet effective alternative to
traditional soap and water. This
product for sensitive skin is a
non-soap cleanser, specially
formulated to be hypoallergenic.
This product gently removes
odor-causing bacteria leaving you
fresh, clean and confident. Use it in
the bath or shower everyday or just
when you feel the need for cleansing.
**DIRECTIONS:** For external use only.
Wet area. Pour small amount onto
hand or washcloth and apply.
Rinse thoroughly.

**Ingredients:** Water, Ammonium Laureth
Sulfate, Ammonium Lauryl Sulfate, Decyl
Glucoside, Cocamidopropyl Betaine,
Disodium Cocoamphodiacetate,
Ammonium Chloride, Citric Acid,
Disodium EDTA,
Coco-Glucoside, Glyceryl
Oleate, Sodium Chloride,
Fragrance, Benzyl Benzoate,
Hexyl Cinnamal, Magnesium
Chloride, Magnesium Nitrate,
Methylchloroisothiazolinone,
Methylisothiazolinone,
Ext. Violet 2, Blue 1

**Questions or comments?**
**1-888-287-1915**
Distributed by: Wal-Mart Stores, Inc.,
Bentonville, AR 72716
© Wal-Mart Stores, Inc.

*This product is not
manufactured or distributed
by Fleet Laboratories, the
marketer of Summer's
Eve® Delicate Blossom®
Cleansing Wash.

F1491501

: 5G63b 2E B2

GN 26J4J5685

6   81131 00782   5





equate™

## Feminine Wash

This product has odor blocking protection to help stop odor from happening.

Safe and gentle enough to use everyday.

**DIRECTIONS:** For external use only. Pour into hand or washcloth and apply. Rinse thoroughly.

**WARNINGS:** Avoid contact with eyes. If contact occurs, rinse eyes with water. Keep out of reach of children.

**Ingredients:** Water, Sodium Laureth Sulfate, Lauryl Glucoside, Cocamidopropyl Betaine, Glycerin, Sodium Chloride, PEG-150 Pentaerythrityl Tetrastearate, Lactic Acid, Aloe Barbadensis Leaf Juice, PEG-6 Caprylic/Capric Glycerides, Polyquaternium-10, Butylene Glycol, Tocopheryl Acetate, Anthemis Nobilis Flower Extract, Iodopropynyl Butylcarbamate, Fragrance, DMDM Hydantoin, Benzethonium Chloride, Red 33

**Questions or comments? 1-888-287-1915**

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments please call **1-888-287-1915**.

**DISTRIBUTED BY: Walmart Inc.,** Bentonville, AR 72716
*This product is not manufactured or distributed by Combe Inc., owner of the registered trademarks Vagisil® and Odor Block®.

Empty & Replace Cap

how2recycle.info

PLASTIC BOTTLE

164152

81313 06007







## Feminine Wash

**pH Balance Wash**
**Light & Fresh Scent**

Contains prebiotic to help support a healthy pH balance.

**Directions:** For external use only. Pour into hand or washcloth and apply. Rinse thoroughly.

**WARNINGS:** Avoid contact with eyes. If contact occurs, rinse eyes with water. Keep out of reach of children.

**Ingredients:** Water, Sodium Laureth Sulfate, Lauryl Glucoside, Cocamidopropyl Betaine, Glycerin, Sodium Chloride, PEG-150 Pentaerythrityl Tetrastearate, Lactic Acid, PEG-6 Caprylic/Capric Glycerides, Aloe Barbadensis Leaf Juice, Polyquaternium-10, Butylene Glycol, Tocopheryl Acetate, Anthemis Nobilis Flower Extract, Iodopropynyl Butylcarbamate, DMDM Hydantoin, Benzethonium Chloride, Fragrance, Lactitol, Red 33

**Questions or comments? 1-888-287-1915**



Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915**.

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716

*This product is not manufactured or distributed by Combe Inc., distributor of Vagisil® pH Balance Wash.

16852

6  81131 07829  0

F1652700

: 6S440 2E B1

F1652700







*USE ONLY ONE WIPE PER FLUSH. Only for properly maintained and code-approved toilets, sewer and septic systems. Follow EPA schedule for alternative septic systems of annual inspections and pumping as needed (see EPA website.) Not all systems can or will accept flushable wipes, including, but not limited to, those listed below: RV or marine systems, systems in which grease or fat disposal share a drain pipe, systems with history of slow flow and/or clogs, macerator toilets or household pump systems, if advised by system operator, if unsure of system capabilities. For these systems, do not flush wipes but dispose in trash receptacles. If problems develop or persist, discontinue use immediately. Failure to follow these instructions may result in clogged systems and/or property damage. Flushable per INDA Guidelines; tested in scope by IPS Testing, an ISO/IEC 17025 accredited lab.

Learn more

Made in the USA
with imported parts

639-43-184
286254

WARNING: TO AVOID SUFFOCATION,
KEEP PLASTIC BAGS AWAY FROM
CHILDREN AND PETS.

INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE.

Satisfaction guaranteed - Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
*Always® is a registered trademark of Procter & Gamble. Equate™ Feminine Wipes
is not manufactured or distributed by Procter & Gamble

LOT 17098 D2096407145

48 WIPES   5.6 IN X 7.5 IN (14.2cm X 19cm)

