Exhibit 1 – Part 5





†Independent lab testing shows these wipes meet INDA Flushable Product Guidelines. **Not all systems can accept flushable wipes.** Ignoring Disposal Instructions may lead to clogs, property damage, or regulatory violations.

**Disposal Instructions**

**Do not flush if:**
- Violates local rules
- Using RV, marine, or aviation system
- Using macerator toilet or household pump
- Fat or grease are put in any drain or you are unsure of system capability

**Flushing Ok if:**
- Permitted by local rules
- One wipe per flush
- No history of clogs or back ups
- Septic follows EPA schedule for alternative systems (annual inspection & pumping)

If a problem is noticed, dispose of in trash and stop flushing.

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE.

**DISTRIBUTED BY: Wal-Mart Stores, Inc.,** Bentonville, AR 72716          82401-801

**Great Quality. Guaranteed.**
Return the package for replacement or money back.
1-877-505-2267 or visit us online at walmart.com

0  78742 02172  0

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE.









| BENEFITS: | INGREDIENTS: |
|---|---|
| SKIN CONDITIONING | WATER, GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE |
| GENTLE CLEANSING | COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE |
| KEEPS PRODUCT FRESH | SODIUM BENZOATE, CITRIC ACID |
| PLEASANT SCENT | FRAGRANCE |

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.
**DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716**
POP-UPS® is a registered in the United States Patent and Trademark Office to Rockline Industries, Inc.

Not For Individual Retail Sale.

*Independent lab testing shows these wipes meet INDA Flushable Product Guidelines. **Not all systems can accept flushable wipes.** Ignoring Disposal Instructions may lead to clogs, property damage, or regulatory violations. For disposal do not flush if flushing violates local rules. If using RV, marine, or aviation system, if using macerator toilet or household pump, if fat or grease are put in any drain or if you are unsure of system capacity. Flushing is ok if it is permitted by local rules, if using one wipe per flush, and if there is no history of clogs or back ups. Septic follows EPA schedule for alternative systems (annual inspection & pumping). If a problem is noticed, dispose of in trash and stop flushing.

**DIRECTIONS:**

USE AS A REFILL PACK WITH YOUR EXISTING TUB OR USE AS A TRAVEL PACK WITH THE CONVENIENT RECLOSABLE LABEL!

Walmart
**Great Quality. Guaranteed.**
Return the package for replacement or money back.
1-877-505-2267 or visit us online at walmart.com

Made in the USA

PLASTIC POUCH



| BENEFITS: | INGREDIENTS: |
|---|---|
| SKIN CONDITIONING | WATER, GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE |
| GENTLE CLEANSING | COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE |
| KEEPS PRODUCT FRESH | SODIUM BENZOATE, CITRIC ACID |
| PLEASANT SCENT | FRAGRANCE |







†Independent lab testing shows these wipes meet INDA Flushable Product Guidelines. **Not all systems can accept flushable wipes.** Ignoring Disposal Instructions may lead to clogs, property damage, or regulatory violations.

**Disposal Instructions**

**Do not flush if:**
- Violates local rules
- Using RV, marine, or aviation system
- Using macerator toilet or household pump
- Fat or grease are put in any drain or you are unsure of system capability

If a problem is noticed, dispose of in trash and stop flushing.

**Flushing Ok if:**
- Permitted by local rules
- One wipe per flush
- No history of clogs or back ups
- Septic follows EPA schedule for alternative systems (annual inspection & pumping)

**DISTRIBUTED BY: Wal-Mart Stores, Inc.,**
Bentonville, AR 72716                  82401-801

**Great Quality. Guaranteed.**
Return the package for replacement or money back.
1-877-505-2267 or visit us online at walmart.com

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE.

0  78742 02172  0



**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE.







†Independent lab testing shows these wipes meet INDA Flushable Product Guidelines. **Not all systems can accept flushable wipes.** Ignoring Disposal Instructions may lead to clogs, property damage, or regulatory violations.

### Disposal Instructions

**Do not flush if:**
- Violates local rules
- Using RV, marine, or aviation system
- Using macerator toilet or household pump
- Fat or grease are put in any drain or you

**Flushing OK if:**
- Permitted by local rules
- One wipe per flush
- No history of clogs or backups
- Septic follows EPA schedule for alternative

| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | SOFTEN AND SOOTHE |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

**Ingredients greater than 1% listed in descending order.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915.**

**DISTRIBUTED BY: Wal-Mart Stores, Inc.,** Bentonville, AR 72716
*This product is neither made nor distributed by Kimberly-Clark Corporation, the owner of the Cottonelle® Fresh Care™ registered trademark.

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

PLASTIC POUCH

Made in the USA
US MATERIALS Factory Certified

| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | SOFTEN AND SOOTHE |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

**Ingredients greater than 1% listed in descending order.





## About This Item

We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Ingredients** - Benefit
Water, Cocamidopropyl PG-Dimonium Chloride Phosphate - Gently cleans
Glycerin, Chamomilla Recutita (Matricaria) Flower Extract, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate - Soften and soothe
Phenoxyethanol, Iodopropynyl Butylcarbamate, Citric Acid - Keeps product fresh and pure
Fragrance - Pleasant scent
**Ingredients greater than 1% listed in descending order

Equate Fresh Scent Flushable Wipes are soft, fresh-scented wet wipes that provide a gentle, effective clean for your skin. Traditional wet wipes are made from coarse fabrics that do not break down in water, which can potentially cause expensive damage to your septic system. Our wet wipes easily break apart after flushing, reducing the chance for blockages in waste management systems. An excellent choice for sensitive skin, these wet wipes are hypoallergenic and free of alcohol and parabens. They're also infused with vitamin E and soothing aloe extract, perfect for an ultra moisturizing clean. These flushable wipes are great for any time you need a quick cleanup. The easy-to-use, resealable peeling pack ensures the wipes stay moist and allows for easy access whenever you need them. Wet wipes are better than dry tissue alone. Feel confident and refreshingly clean with Equate Fresh Scent Flushable Wipes.

- Plush, flushable wipes with a pleasant, fresh scent
- Hypoallergenic
- Paraben and alcohol-free
- Contains aloe and vitamin E for soothing
- Great for the entire family
- 18 wipes

## Ingredients:

**Inactive Ingredients:** Cocamidopropyl PG-Dimonium Chloride Phosphate Iodopropynyl Butylcarbamate Ingredients greater than 1% listed in descending order Tocopheryl Acetate Phenoxyethanol Citric Acid Water Glycerin Chamomilla Recutita (Matricaria) Flower Extract Fragrance Aloe Barbadensis Leaf Extract
**Ingredients:** Water, Cocamidopropyl PG-Dimonium Chloride Phosphate, Glycerin, Chamomilla Recutita (Matricaria) Flower Extract, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate, Phenoxyethanol, Iodopropynyl Butylcarbamate, Citric Acid, Fragrance, Ingredients greater than 1% listed in descending order





| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | SOFTEN AND SOOTHE |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

**Ingredients greater than 1% listed in descending order.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915.**

**DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716**

*This product is neither made nor distributed by Kimberly-Clark Corporation, the owner of the Cottonelle® Fresh Care™ registered trademark.

POP-UPS® is registered in the United States Patent and Trademark Office to Rockline Industries, Inc.

Made in the USA
80% US MATERIALS
Factory Certified

PLASTIC POUCH

Product guidelines: **Not all systems can accept flushable wipes.** Ignoring Disposal Instructions may lead to clogs, property damage, or regulatory violations.

- Violates local rules
- Using RV, marine, or aviation system
- Using macerator toilet or household pump
- Fat or grease are put in any drain or you are unsure of system capability
- If a problem is noticed, dispose of in trash and stop flushing.

- Permitted by local rules
- One wipe per flush
- No history of clogs or backups
- Septic follows EPA schedule for alternative systems (annual inspection & pumping)

**WARNING:** To avoid SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.









†Independent lab testing shows these wipes meet INDA Flushable Product Guidelines. **Not all systems can accept flushable wipes.** Ignoring Disposal Instructions may lead to clogs, property damage, or regulatory violations.

**Disposal Instructions**

| Do not flush if: | Flushing OK if: |
| --- | --- |
| • Violates local rules | • Permitted by local rules |
| • Using RV, marine, or aviation system | • One wipe per flush |
| • Using macerator toilet or household pump | • No history of clogs or backups |
| • Fat or grease are put in any drain or you are unsure of system capability | • Septic follows EPA schedule for alternative systems (annual inspection & pumping) |

If a problem is noticed, dispose of in trash and stop flushing.

| INGREDIENTS**: | BENEFIT: |
| --- | --- |
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | SOFTEN AND SOOTHE |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

**ingredients greater than 1% listed in descending order.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915.**

**DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716**
*This product is neither made nor distributed by Kimberly-Clark Corporation, the owner of the Cottonelle® Fresh Care™ registered trademark.

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

PLASTIC POUCH

Made in the USA
US MATERIALS
Factory Certified

0 81131-10455 5












| BENEFIT: | INGREDIENTS: |
|---|---|
| HELPS SOFTEN AND SOOTHE | WATER, GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL, ACETATE |
| GENTLY CLEANS | COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE |
| KEEPS PRODUCT FRESH AND PURE | SODIUM BENZOATE, CITRIC ACID |
| PLEASANT SCENT | FRAGRANCE |

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.
**DISTRIBUTED BY:** Walmart Inc., Bentonville, AR 72716
POP-UPS® is registered in the United States Patent and Trademark Office to Rockline Industries, Inc.

**Not For Individual Retail Sale.**

28824

62924-801

*Independent lab testing shows these wipes meet INDA Flushable Product Guidelines. **Not all systems can accept flushable wipes.** Ignoring Disposal Instructions may lead to clogs, property damage, or regulatory violations. For disposal, do not flush if flushing violates local rules, if using RV, marine, or aviation system, if using macerator toilet or household pump, if fat or grease are put in any drain or if you are unsure of system capacity. Flushing is ok if it is permitted by local rules, if using one wipe per flush, and if there is no history of clogs or back ups. Septic follows EPA schedule for alternative systems (annual inspection & pumping). If a problem is noticed, dispose of in trash and stop flushing.

**DIRECTIONS:**

USE AS A REFILL PACK WITH YOUR EXISTING TUB OR USE AS A TRAVEL PACK WITH THE CONVENIENT RECLOSABLE LABEL!

**Great Quality. Guaranteed.**
Return the package for replacement or money back.
1-877-505-2267 or visit us online at walmart.com

Made in the USA
Factory Certified

PLASTIC POUCH

**INGREDIENTS:**

WATER, GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE

COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE

SODIUM BENZOATE, CITRIC ACID

FRAGRANCE









†USE ONLY ONE WIPE PER FLUSH. Only for properly maintained and code-approved toilets, sewer and septic systems. Follow EPA schedule for alternative septic systems of annual inspections and pumping as needed (see EPA website.) Not all systems can or will accept flushable wipes, including, but not limited to, those listed

Learn more

INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is neither made nor distributed by Kimberly-Clark Corporation, the owner of the Cottonelle® Fresh Care™ registered trademark.
POP-UPS® is registered in the United States Patent and Trademark Office to Rockline Industries, Inc.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | SOFTEN AND SOOTHE |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

**Ingredients greater than 1% listed in descending order.











| INGREDIENTS<sup></sup>: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | SOFTEN AND SOOTHE |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

*Ingredients greater than 1% listed in descending order.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915.**

**DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716**
*This product is neither made nor distributed by Kimberly-Clark Corporation, the owner of the Cottonelle® Fresh Care™ registered trademark.

POP-UPS® is registered in the United States Patent and Trademark Office to Rockline Industries, Inc.

Made in the USA
US MATERIALS Factory Certified

PLASTIC POUCH

systems can accept flushable wipes.
Ignoring Disposal instructions may lead to clogs, property damage, or regulatory violations.

• Using RV, marine, or aviation system
• Using macerator toilet or household pump
• Fat or grease are put in any drain or you are unsure of system capability
If a problem is noticed, dispose of in trash and stop flushing.

• One wipe per flush
• No history of clogs or backups
• Septic follows EPA schedule for alternative systems (annual inspection & pumping)

SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | SOFTEN AND SOOTHE |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

**Ingredients greater than 1% listed in descending order.



     

## Customers also bought these products

     

(2 Pack) Equate 70% Isopropyl Alcohol, 32 Oz
★★★★⯪ 13277
**$3.92**
*NextDay eligible*

Equate Moisturizing Hand Sanitizer, 60 fl oz
★★★ 7879
**$7.46**
*NextDay eligible*

Angel Soft Toilet Paper, 12 Mega Rolls (= 48 Regular Rolls)
★★★★⯪ 5839
**$9.97** (83.1 ¢/ea)
2-day delivery

Softsoap Liquid Hand Soap Refill, Refreshing Citrus - 50
★★★★⯪ 5839
**$4.70** (9.4 ¢/oz)
*NextDay eligible*

Equate Moisturizing Hand Sanitizer with Vitamin E, 34 fl
★★★★ 2298
**$2.58**
*NextDay eligible*

Great Value Plastic Party Cups, 18 oz, 120 Count
★★★★⯪ 553
**$5.98** (5.0 ¢/ea)
2-day delivery

· · · ·

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.
See our disclaimer

Equate Fresh Scent Flushable Wipes are soft, fresh-scented wet wipes that provide a gentle, effective clean for your skin. Traditional wet wipes are made from coarse fabrics that do not break down in water, which can potentially cause expensive damage to your septic system. Our wet wipes easily break apart after flushing, reducing the chance for blockages in waste management systems. An excellent choice for sensitive skin, these wet wipes are hypoallergenic and free of alcohol and parabens. They're also infused with vitamin E and soothing aloe extract, perfect for an ultra-moisturizing clean. These flushable wipes are great for any time you need a quick cleanup. This value pack contains five packages with 48 wipes each - totaling 240 wipes. The easy-to-use, resealable peeling packs ensure the wipes stay moist and allow for easy access whenever you need them. Wet wipes are better than dry tissue alone. Feel confident and refreshingly clean with Equate Fresh Scent Flushable Wipes.

**Equate Flushable Wipes, Fresh Scent, 5 Packs Of 48 Wipes, 240 Wipes Total**

- Easy-dispensing wipes
- Alcohol free and hypoallergenic
- Soothing aloe and vitamin E
- 5 pack of 48 wipes each- totaling 240 wipes

Ingredients:

**Inactive Ingredients:** Cocamidopropyl PG-Dimonium Chloride Phosphate Iodopropynyl Butylcarbamate Ingredients greater than 1% listed in descending order Tocopheryl Acetate Phenoxyethanol Citric Acid Water Glycerin Chamomilla Recutita (Matricaria) Flower Extract Fragrance Aloe Barbadensis Leaf Extract
**Ingredients:** Water, Cocamidopropyl PG-Dimonium Chloride Phosphate, Glycerin, Phenoxyethanol, Iodopropynyl Butylcarbamate, Chamomilla Recutita (Matricaria) Flower Extract, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate, Citric Acid, Fragrance

Directions:

**Instructions:** Independent lab testing shows these wipes meet INDA Flushable Product Guidelines. Not all systems can accept flushable wipes. Ignoring Disposal Instructions may lead to clogs, property damage, or regulatory violations. Disposal Instructions Do not flush if: </br> - Violates local rules</br> - Using RV, marine, or aviation system</br> - Using macerator toilet or household pump</br> - Fat or grease are put in any drain or you are unsure of system capability</br> </br> Flushing OK if: </br> - Permitted by local rules</br> - One wipe per flush</br> - No history of clogs or backups</br> - Septic follows EPA schedule for alternative systems (annual inspection & pumping)</br> </br> **If a problem is noticed, dispose of in trash and stop flushing.





**Learn more**

*USE ONLY ONE WIPE PER FLUSH.* Only for properly maintained and code-approved toilets, sewer and septic systems. Follow EPA schedule for alternative septic systems of annual inspections and pumping as needed (see EPA website.) Not all systems can or will accept flushable wipes, including, but not limited to, those listed below: RV or marine systems, systems in which grease or fat disposal share a drain pipe, systems with history of slow flow and/or clogs, macerator toilets or household pump systems, if advised by system operator, if unsure of system capabilities. For these systems, do not flush wipes but dispose in trash receptacles. If problems develop or persist, discontinue use immediately. Failure to follow these instructions may result in clogged systems and/or property damage. Flushable per INDA Guidelines; tested in scope by IPS Testing, an ISO/IEC 17025 accredited lab.

LOT  17080  N209640532

Made in the USA
with imported parts

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is neither made nor distributed by Kimberly-Clark Corporation, the owner of the Cottonelle® registered trademark.

WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

63989-184

6  81131 10455 1





Fresh Scent   WIPES

†USE ONLY ONE WIPE PER FLUSH. Only for properly maintained and code-approved toilets, sewer and septic systems. Follow EPA schedule for alternative septic systems of annual inspections and pumping as needed (see EPA website). Not all systems can or will accept flushable wipes, including, but not limited to, those listed below: RV or marine systems, systems in which grease or fat disposal share a drain pipe, systems with history of slow flow and/or clogs, macerator toilets or household pump systems, if advised by system operator, if unsure of system capabilities. For these systems, do not flush wipes but dispose in trash receptacles. If problems develop or persist, discontinue use immediately. Failure to follow these instructions may result in clogged systems and/or property damage. Flushable per INDA Guidelines; tested in scope by IPS Testing, an ISO/IEC 17025 accredited lab.

WARNING: TO AVOID SUFFOCATION, KEEP
PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

Learn more

Made in the
USA
with imported parts

28254

6 81131 10457 9

62310-184

INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is neither made nor distributed by Kimberly-Clark Corporation, the owner of the Cottonelle® Fresh Care™ registered trademark.
POP-UPS® is registered in the United States Patent and Trademark Office to Rockline Industries, Inc.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.









Walmart+ New! Free shipping with no order min. Restrictions apply. Learn more

Baby / Diapering / Baby Wipes

ONLY AT WALMART

Report incorrect product information

Parent's Choice

## Parent's Choice Flushable for Toddlers Melonberry Scented Wipes, 3 packs of 48 (144 count)

★★★★½ (4.6) 544 ratings 93 comments Walmart # 557430824

**$3.47** (2.4 cents/EA)

**Count:** 144 ct

| 144 ct | Best value 288 ct |
|---|---|
| $3.47 | $6.47 |
| $ 0.02 / each | $ 0.02 / each |
| | 2-dav deliverv |

Qty: 1 Add to cart

**Free pickup today**
**In stock** at Washington, 99 H Street Nw

Delivery not available

More delivery & pickup options

Sold & shipped by Walmart | Return policy

Add to list Add to registry

Huggies Nourish & Care Scented Baby Wipes, 6 Flip-Top Packs (336 Wipes Total)
★★★★½ 453
**$7.34**
2-day delivery
Shop Now

Advertisement

### Customers also considered

- New / Parent's Choice Fresh Scent Babv Wipes (Choose Your... ★★★★½ 2346 — **$4.22 - $18.48** — *NextDay eligible*
- Parent's Choice Cotton Wipes (Choose Your Count) ★★★★½ 353 — **$4.22 - $15.16** — *NextDay eligible*
- Sponsored — Fisher-Price Cucumber Wipes (Choose Count) ★★★★½ 244 — **$19.87 - $29.13** — *NextDay eligible*
- Parent's Choice Shea Butter Babv Wipes (Choose Your... ★★★★½ 1810 — **$12.88 - $18.48**
- Equate Baby Everyday Clean Fragrance Free Wipes. 240... ★★★★½ 1147 — **$4.74 - $65.00** — *NextDay eligible*
- Parent's Choice Cucumber Scent Babv Wipes (Choose... ★★★★½ 1519 — **$12.88 - $19.84** — *NextDay eligible*

### Customers also bought these products

- Parent's Choice Gentle Dreams Overnight Diapers (Choose... ★★★★ 299 — **$13.16** — *NextDay eligible*
- New — Olay Ultra Moisture Body Wash with Shea Butter, 22 fl oz ★★★★ 100250 — **$5.97** (27.1 ¢/fl oz) — 2-day delivery
- Parent's Choice Gentle Dreams Overnight Diapers, Size 6 ★★★★★ 1 — **$13.16** (22.7 ¢/ea) — *NextDay eligible*
- Equate Sensitive Skin Body Wash, 2X 22 fl oz (2 pack) ★★★★½ 490 — **$5.97** (13.6 ¢/fl oz) — 2-day delivery
- Parent's Choice Girls Training Pants (Choose Size & Count) ★★★★½ 1306 — **$24.84** — *NextDay eligible*
- Sponsored — Quilted Northern Ultra Plush Toilet Paper, 12 Mega Rolls (=... ★★★★½ 627 — **$12.48** (3.5 ¢/sq ft) — *NextDay eligible*

### About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.
See our disclaimer

Parent's Choice Flushable for Toddlers Melonberry Scented Wipes are strong yet soft and clean wipe that is better than bathroom tissue alone. These flushable technology wipes are made with 100 percent plant-based material, are hypoallergenic and dermatologist tested. These wipes are free from phenoxyethanol, parabens, dyes, phthalates, alcohol and suitable for well-maintained sewers and septics.* Clean your sweet little one with Parent's Choice Flushable for Toddlers Melonberry Scented Wipes.

Since 1998, Walmart's Parent's Choice has been trusted by parents across the country to provide quality, affordable baby products. We offer a wide range of products including diapers, wipes, toiletries, baby food, formula and baby feeding products. With a quality guarantee to back up all its baby, toddler, infant and newborn products, Parent's Choice takes care of your little one's needs for less.

**Parent's Choice Flushable for Toddlers Melonberry Scented Wipes, 3 packs of 48 (144 Count):**

- Cleans better than bathroom tissue alone
- Ultra-soft, gentle on skin
- Hypoallergenic and Dermatologically tested
- Proven safe for well-maintained sewers and septics*
- Free from phenoxyethanol, parabens, dyes, phthalates & alcohol

*Not recommended for use with basement pump systems

Ingredients:

**Ingredients:** Purified Water, Disodium Cocoamphodiacetate, Polysorbate 20, Aloe Barbadensis Leaf Juice, Tocopheryl Acetate, Disodium Edta, Disodium Phosphate, Phenoxyethanol, Citric Acid, Sodium Benzoate, Fragrance.

Directions:

**Instructions:** Store at room temperature. Keep lid closed when not in use. Flush one wipe at a time.

**Cannot return by mail**

Due to federal restrictions, this item cannot be returned by mail. Before returning the item to your local Wal-Mart store, please be certain that all tanks are completely empty of any flammable liquids, if applicable. See our returns policy for more information.

### Specifications

| | |
|---|---|
| Features | Alcohol Free, Hypoallergenic, Scented, Flushable |
| Brand | Parent's Choice |
| Is Hypoallergenic | Y |
| Assembled Product Weight | 2 lbs |
| Assembled Product Dimensions (L x W x H) | 4.25 x 6.62 x 4.88 Inches |

**FOAMING 2-IN-1**
Cleanser

Foaming 2-IN-1 Cleanser is two steps in one to gently remove make-up and cleanse skin at the same time.
This gentle formula dissolves dirt, oil, and stubborn make-up. Leaving skin fresh, revitalized, and residue-free.

Soap-free • Alcohol-free • Oil-free
Dermatology Tested • Non-Comedogenic
Hypoallergenic

**DIRECTIONS:**

Wet hands and face. Work cleanser into lather and gently massage onto face with a circular motion. Close eyes and massage around eye area to remove make-up. Rinse well and pat dry.

INGREDIENTS: Water, Glycerin, Ammonium Laureth Sulfate, Lauryl Glucoside, Glycol Distearate, Laureth-4, Cocamidopropyl Betaine, Sodium Cocoyl Sarcosinate, Glycereth-7, Acrylates Copolymer, Decyl Glucoside, PEG-120 Methyl Glucose Dioleate, Cocamide MEA, DMDM Hydantoin, Fragrance, Sodium Hydroxide, Tetrasodium EDTA.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments please call 1-888-287-1915.

DISTRIBUTED BY:
Wal-Mart Stores, Inc.,
Bentonville, AR 72716
*This product is not manufactured or distributed by Neutrogena Corp., the owner of the registered trademark Neutrogena Fresh Foaming Cleanser®.
R300EQU6.FGE-1

1552

545165   0 81131 12539 0

INGREDIENTS: Water, Glycerin, Ammonium Laureth Sulfate, Lauryl Glucoside, Glycol Distearate, Laureth-4, Cocamidopropyl Betaine, Sodium Cocoyl Sarcosinate, Glycereth-7, Acrylates Copolymer, Decyl Glucoside, PEG-120 Methyl Glucose Dioleate, Cocamide MEA, DMDM Hydantoin, Fragrance, Sodium Hydroxide, Tetrasodium EDTA.