Exhibit 1 – Part 6





Healthy Glow™
Daily Moisturizer
Medium/Tan Skin Tones

● Moisturize and get a healthy glow with Equate™
Healthy Glow™ Daily Moisturizer

● With essential moisturizers and a subtle skin
darkening complex

● Hypoallergenic

**Ingredients:**  water, glycerin, cetearyl alcohol, talc,
dihydroxyacetone, petrolatum, mineral oil, ceteareth-20,
ethylhexyl isononanoate, steareth-2, dimethicone,
octyldodecyl myristate, stearic acid, fragrance,
hydroxyethyl acrylate/sodium acryloyldimethyl taurate
copolymer, isohexadecane, DMDM hydantoin,
methylparaben, BHT, propylparaben, ethylparaben,
polysorbate 60, citric acid, butylene glycol, Cocos nucifera
(coconut) water, hydrolyzed collagen, polyimide-1, Withania
somnifera root extract, hydrolyzed elastin, Centella asiatica
extract, Fucus vesiculosus extract, caramel, erythrulose.

**Warnings: For external use only.**  Avoid eye contact. If eye
contact occurs, rinse thoroughly with water. Do not apply
to broken skin. Discontinue use if rash develops.

This product does not contain sunscreen and does not
protect against sunburn. Repeated exposure of
unprotected skin while tanning may increase the risk of skin
aging, skin cancer, and other harmful effects to the skin
even if you do not burn.

**Directions:**

1. For best results, use daily as your body lotion.
2. Smooth on evenly, allowing several minutes to dry
   before dressing.
3. Wash your hands after application.
4. You should begin to see a subtle development of
   color within a few days.

Satisfaction guaranteed – Or we'll replace it or
give you your money back. For questions or
comments or to report an undesired reaction or
side effect, please call **1-888-287-1915**.

Distributed by: Wal-Mart Stores, Inc.,
Bentonville, AR 72716

*This product is not
manufactured or distributed
by Kao Brands Company,
owners of the registered
trademark Jergens®

**hydrates the skin giving the
skin a firm appearance

Made in
USA
with imported

539627

6  81131 07081  2

L00I1097TK

**Ingredients:** water, glycerin, cetearyl alcohol, talc, dihydroxyacetone, petrolatum, mineral oil, ceteareth-20, ethylhexyl isononanoate, steareth-2, dimethicone, octyldodecyl myristate, stearic acid, fragrance, hydroxyethyl acrylate/sodium acryloyldimethyl taurate copolymer, isohexadecane, DMDM hydantoin, methylparaben, BHT, propylparaben, ethylparaben, polysorbate 60, citric acid, butylene glycol, Cocos nucifera (coconut) water, hydrolyzed collagen, polyimide-1, Withania somnifera root extract, hydrolyzed elastin, Centella asiatica extract, Fucus vesiculosus extract, caramel, erythrulose.





**Broad Spectrum SPF 50**

**KIDS**
**Sunscreen**
Lotion

## Drug Facts

| Active ingredients | Purpose |
|---|---|
| Homosalate 15.0%<br>Octinoxate 7.5%<br>Octisalate 5.0%<br>Titanium Dioxide 2.4% | Sunscreen |

### Uses
- helps prevent sunburn
- if used as directed with other sun protection measures (see *Directions*), decreases the risk of skin cancer and early skin aging caused by the sun

### Warnings
**For external use only**

**Do not use** • on damaged or broken skin

**When using this product** keep out of eyes. Rinse with water to remove.

**Stop use and ask a doctor if** • rash occurs

**Keep out of reach of children.** If product is swallowed, get medical help or contact a Poison Control Center right away.

### Directions
- apply liberally 15 minutes before sun exposure
- reapply:
  - after 80 minutes of swimming or sweating
  - immediately after towel drying
  - at least every 2 hours
- **Sun Protection Measures.** Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a broad-spectrum SPF of 15 or higher and other sun protection measures including:
  - limit time in the sun, especially from 10 a.m. - 2 p.m.
  - wear long-sleeve shirts, pants, hats, and sunglasses
- children under 6 months: Ask a doctor

### Other information
- protect this product from excessive heat and direct sun
- may stain or damage some fabrics/materials or surfaces

### Inactive ingredients
water, isohexadecane, ozokerite, cetyl PEG/PPG-10/1 dimethicone, dibutyl adipate, PEG-8, C30-38 olefin/isopropyl maleate/MA copolymer, glycerin, sodium citrate, sodium chloride, aloe barbadensis (aloe vera) leaf juice, tocopheryl acetate (vitamin E), sodium ascorbyl phosphate, retinyl palmitate, dimethicone, phenoxyethanol, methylparaben, butylparaben, ethylparaben, propylparaben, isobutylparaben, disodium EDTA, alumina

**Questions or comments?** 1-888-287-1915

Satisfaction guaranteed -
For questions or comments
please call **1-888-287-1915**.

Distributed by: Wal-Mart Stores, Inc.,
Bentonville, AR 72716

*This product is not manufactured or
distributed by Playtex Products, LLC, owner
of the registered trademark Banana Boat®.

N5746

Made in the
**USA**
with over 90% U.S. parts

0 78742 14263 0



**Inactive ingredients**

water, isohexadecane, ozokerite, cetyl PEG/PPG-10/1 dimethicone, dibutyl adipate, PEG-8, C30-38 olefin/isopropyl maleate/MA copolymer, glycerin, sodium citrate, sodium chloride, aloe barbadensis (aloe vera) leaf juice, tocopheryl acetate (vitamin E), sodium ascorbyl phosphate, retinyl palmitate, dimethicone, phenoxyethanol, methylparaben, butylparaben, ethylparaben, propylparaben, isobutylparaben, disodium EDTA, alumina

**Questions or comments?** 1-888-287-1915

Satisfaction guaranteed –
For questions or comments
please call **1-888-287-1915**.

Screenshot



## Drug Facts

| Active ingredients | Purpose |
| --- | --- |
| Homosalate 15.0% | |
| Octinoxate 7.5% | Sunscreen |
| Octisalate 5.0% | |
| Titanium Dioxide 2.4% | |







4691766A
EXP06/2019

Equate™ Kids Sunscreen Stick protects kids' skin with broad spectrum UVA/UVB protection that is photostable, water resistant, and non-irritating for sensitive skin. Easy-on for on-the-go!

## Drug Facts

| Active Ingredients | Purpose |
|---|---|
| Avobenzone 3.0% | |
| Homosalate 15.0% | |
| Octisalate 5.0% | Sunscreen |
| Octocrylene 10.0% | |
| Oxybenzone 6.0% | |

### Uses
- helps prevent sunburn
- if used as directed with other sun protection measures (see *Directions*), decreases the risk of skin cancer and early skin aging caused by the sun

### Warnings
**For external use only**

**Do not use on** • damaged or broken skin

**When using this product** • keep out of eyes. Rinse with water to remove.

**Stop use and ask a doctor** • if rash occurs

**Keep out of reach of children.** If product is swallowed, get medical help or contact a Poison Control Center right away.

### Directions
- apply liberally 15 minutes before sun exposure
- reapply:
  - after 80 minutes of swimming or sweating
  - immediately after towel drying
  - at least every 2 hours
- **Sun Protection Measures.** Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a broad-spectrum SPF of 15 or higher and other sun protection measures including:
  - limit time in the sun, especially from 10 a.m. - 2 p.m.
  - wear long-sleeve shirts, pants, hats, and sunglasses
- children under 6 months: Ask a doctor

### Other information
- protect this product from excessive heat and direct sun
- may stain or damage some fabrics/materials or surfaces

### Inactive ingredients
beeswax (apis mellifera), cetearyl behenate, cetyl alcohol, lauryl laurate, myristyl myristate, ozokerite, phenoxyethanol, polybutene, retinyl palmitate (vitamin A), styrene acrylates copolymer, tetrahexyldecyl ascorbate (vitamin C), theobroma cacao (cocoa) seed butter, tocopherol (natural vitamin E)

### Questions or comments?
Call **1-888-287-1915**

Satisfaction guaranteed – For questions or comments please call **1-888-287-1915**.

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by Schering-Plough HealthCare Products, Inc., owner of the registered trademark Coppertone®.

**Made in the ★ USA**
with over 75% U.S. parts

10526

6  8 11310 7375  2





**Drug Facts**

**Active ingredient**                                              **Purpose**

Zinc oxide 40% ...................................................Skin protectant

**Uses**
■ helps treat and prevent diaper rash
■ protects chafed skin due to diaper rash and helps seal
  out wetness

**Warnings**

**For external use only**

**When using this product**

**Drug Facts** (continued)

■ do not get into eyes

**Stop use and ask a doctor if**
■ condition worsens
■ symptoms last more than 7 days or clear up and occur again within
  a few days

**Keep out of reach of children.** If swallowed, get medical help or
contact a Poison Control Center right away.

**Directions**
■ change wet and soiled diapers promptly
■ cleanse the diaper area

**Drug Facts** (continued)

■ allow to dry
■ apply ointment liberally as often as necessary, with each diaper change,
  especially at bedtime or anytime when exposure to wet diapers may be
  prolonged

**Other information** store between 20° and 25°C (68° and 77° F)

**Inactive ingredients** petrolatum, cod liver oil, lanolin, Zea mays
(corn) starch, glycerin, sorbitan sesquioleate, beeswax, tocopheryl acetate, fragrance

**Questions?** Call 1-877-307-2192.

539627

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll replace it or refund your money.
**Your opinion means a lot to us, so if you'd like to talk, call us at 1-877-307-2192.**
**DISTRIBUTED BY:**
**Wal-Mart Stores, Inc.,**
**Bentonville, AR 72716**

PAPER BOX   PLASTIC TUBE

*This product is not manufactured or distributed by Johnson & Johnson Consumer Products Company, owner of the registered trademark Desitin® Maximum Strength Diaper Rash Paste.







**Ingredients:** water, glycerin, stearic acid, isopropyl palmitate, glycol stearate, PEG-100 stearate, mineral oil, dimethicone, petrolatum, glyceryl stearate, phenoxyethanol, cetyl alcohol, methylparaben, acrylates/C10-30 alkyl acrylate crosspolymer, triethanolamine, disodium EDTA, stearamide AMP, cedrol, hydroxyethyl urea





0330431

**Moisture Care
Advanced Recovery**
Body Lotion

This product contains glycerin and other
ingredients that attract moisture to the
skin and lock it in for moisturization.

• This fragrance-free, hypoallergenic
  formula is ideal for sensitive skin and
  helps soothe severely dry skin.

**Directions:**
Use daily as necessary.

Warnings: For external use only.

Ingredients: water, glycerin, stearic
acid, isopropyl palmitate, glycol
stearate, PEG-100 stearate, mineral oil,
dimethicone, petrolatum, glyceryl
stearate, phenoxyethanol, cetyl alcohol,
methylparaben, acrylates/C10-30 alkyl
acrylate crosspolymer, triethanolamine,
disodium EDTA, stearamide AMP,
cedrol, hydroxyethyl urea

Satisfaction guaranteed – For questions or
comments please call 1-888-287-1915.

Distributed by: Wal-Mart Stores, Inc.,
Bentonville, AR 72716

*This product is not manufactured or distributed
by Unilever, distributor of Vaseline Intensive
Care Advanced Repair Fragrance Free Lotion.

6   81131 03913   0

L0013002BB

Ingredients: water, glycerin, stearic acid, isopropyl palmitate, glycol stearate, PEG-100 stearate, mineral oil, dimethicone, petrolatum, glyceryl stearate, phenoxyethanol, cetyl alcohol, methylparaben, acrylates/C10-30 alkyl acrylate crosspolymer, triethanolamine, disodium EDTA, stearamide AMP, cedrol, hydroxyethyl urea







**Night-Time
Baby Bath**

This gentle formula is enriched with a blend of soothing aromas. When mixed with warm bath water, this product releases fragrant aromas that help calm and relax your baby while it gently cleanses.

**Directions:** Infant tubs use 1 capful, full size tubs use 3 capfuls poured into warm water.

**SAFETY TIP:** KEEP THIS PRODUCT OUT OF REACH OF CHILDREN.

**INGREDIENTS:** WATER, PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, SODIUM LAUROAMPHOACETATE, POLYSORBATE 20, PEG-150 DISTEARATE, SODIUM BENZOATE, FRAGRANCE, CITRIC ACID.

Satisfaction guaranteed ~ Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

**DISTRIBUTED BY:** Wal-Mart Stores, Inc., Bentonville, AR 72716

*This product is not manufactured or distributed by Johnson & Johnson Consumer Products Company, distributor of Johnson's® Bedtime Bath.

Made in the
★USA
90% OR MORE
US MATERIALS
Factory Certified

PLASTIC
BOTTLE

6  81131 05245  0







**Tear Free**

Night-Time

## Baby Bath

Hypoallergenic

• Dermatologist and Pediatrician Tested
This gentle formula is enriched with a gentle blend of soothing aromas. When mixed with warm bath water, this formula releases fragrant aromas which help calm and relax your baby while you gently cleanse him/her. Night-Time Baby Bath is a natural way to help your baby have a restful night.

**Directions:**

Infant tubs use 1 capful, full size tubs use 3 capfuls poured into warm water.

**Ingredients:** water, PEG-80 sorbitan laurate, cocamidopropyl betaine, sodium laureth sulfate, sodium lauroamphoacetate, polysorbate 20, PEG-150 distearate, sodium benzoate, fragrance, citric acid.

**Safety Tip:** Keep this product out of reach of young children.

Satisfaction guaranteed – for questions or comments please call **1-888-287-1915**.

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
© Wal-Mart Stores, Inc.
Made in the USA with US and foreign components.

*Johnson's® is a registered trademark of Johnson & Johnson Corporation. Equate® Night-Time Baby Bath is not manufactured or distributed by Johnson & Johnson Corporation, distributor of Bedtime Bath®.

6  81131 05245  0

L0011052BD

**Ingredients:** water, PEG-80 sorbitan laurate, cocamidopropyl betaine, sodium laureth sulfate, sodium lauroamphoacetate, polysorbate 20, PEG-150 distearate, sodium benzoate, fragrance, citric acid.





calming Lavender
**Night-Time
Baby Lotion**

♥ Paraben, Phthalate
& Quaternium-15 Free

**DIRECTIONS:** Massage gently over entire body.
**CAUTION:** For external use only. Avoid contact with eyes.
In case of contact, rinse eyes thoroughly with water. Keep out of reach of children.
**INGREDIENTS:** WATER (AQUA), MINERAL OIL, GLYCERIN, CARBOMER,
CETEARETH-6, FRAGRANCE (PARFUM), SODIUM CITRATE, STEARYL ALCOHOL, SODIUM
HYDROXIDE, PHENOXYETHANOL, ETHYLHEXYLGLYCERIN.

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby)
aren't completely happy, please return the product to us and we'll replace it or refund
your money. **Your opinion means a lot to us so if you'd
like to talk, call us at 1-877-307-2192.**
**DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716**
PRODUCT OF CANADA

This product is not manufactured or distributed by Johnson & Johnson Inc.,
distributor of Johnson's® Baby Bedtime® Lotion.



Night-Time Soothing Makeup Remover Towelettes – use daily for superior cleansing. Clear away your makeup after a stressful day with a calming fragrance to help prepare you for a restful night. Hypoallergenic, suitable for sensitive skin.

* Dermatologist, ophthalmologist & allergy tested
* Safe for use around eye area & for contact lens wearers
* Alcohol-free



Do Not Flush

**DIRECTIONS:**

Open lid & remove label to access towelettes. Gently wipe face, neck & eye area to remove makeup & impurities. No rinse needed. Keep lid tightly closed after use to retain moisture. Dispose of used towelette in trash. Do not flush.

Satisfaction guaranteed - for questions or comments please call 1-888-287-1915.

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716 © Wal-Mart Stores, Inc.

*This product is not manufactured by or distributed by Neutrogena®, the owner of the registered trademark Neutrogena® Makeup Remover Cleansing Towelettes.

PARAGUARIENSIS LEAF EXTRACT, GUAR HYDROXYPROPYLTRIMONIUM CHLORIDE, POLYSORBATE 20, PHENOXYETHANOL, DMDM HYDANTOIN, IODOPROPYNYL BUTYLCARBAMATE, CETETH-2, CETEARETH-25, GLYCERYL STEARATE, OCTYLDODECANOL, DIMETHICONE, CETYL PALMITATE, ETHYLHEXYL PALMITATE, CITRIC ACID, FRAGRANCE.

WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS. KEEP OUT OF REACH OF CHILDREN. FOR EXTERNAL USE ONLY. IF PRODUCT GETS INTO EYES, IT MAY CAUSE STINGING. IF STINGING OCCURS, RINSE EYES THOROUGHLY WITH WARM WATER.

INGREDIENTS: WATER, GLYCERIN, ALOE BARBADENSIS LEAF EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ASPALATHUS LINEARIS LEAF EXTRACT, CAMELLIA SINENSIS LEAF EXTRACT, ILEX PARAGUARIENSIS LEAF EXTRACT, GUAR HYDROXYPROPYLTRIMONIUM CHLORIDE, POLYSORBATE 20, PHENOXYETHANOL, DMDM HYDANTOIN, IODOPROPYNYL BUTYLCARBAMATE, CETETH-2, CETEARETH-25, GLYCERYL STEARATE, OCTYLDODECANOL, DIMETHICONE, CETYL PALMITATE, ETHYLHEXYL PALMITATE, CITRIC ACID, FRAGRANCE.







LOT 17137  N228221856

**Night-Time Soothing Makeup Remover Towelettes** – use daily for superior cleansing. Clear away your makeup after a stressful day with a calming fragrance to help prepare you for a restful night. Hypoallergenic, suitable for sensitive skin.
• Dermatologist, ophthalmologist & allergy tested
• Safe for use around eye area & for contact lens wearers
• Alcohol-free

Do Not Flush

**DIRECTIONS:**

Open lid & remove label to access towelettes. Gently wipe face, neck & eye area to remove makeup & impurities. No rinse needed. Keep lid tightly closed after use to retain moisture. Dispose of used towelette in trash. Do not flush.

Satisfaction guaranteed - for questions or comments please call 1-888-287-1915.
Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716 © Wal-Mart Stores, Inc.
*This product is not manufactured by or distributed by Neutrogena®, the owner of the registered trademark Neutrogena® Makeup Remover Cleansing Towelettes.

CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ASPALATHUS LINEARIS LEAF EXTRACT, CAMELLIA SINENSIS LEAF EXTRACT, ILEX PARAGUARIENSIS LEAF EXTRACT, GUAR HYDROXYPROPYLTRIMONIUM CHLORIDE, POLYSORBATE 20, PHENOXYETHANOL, DMDM HYDANTOIN, IODOPROPYNYL BUTYLCARBAMATE, CETETH-2, CETEARETH-25, GLYCERYL STEARATE, OCTYLDODECANOL, DIMETHICONE, CETYL PALMITATE, ETHYLHEXYL PALMITATE, CITRIC ACID, FRAGRANCE.
WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS. KEEP OUT OF REACH OF CHILDREN. FOR EXTERNAL USE ONLY. IF PRODUCT GETS INTO EYES, IT MAY CAUSE STINGING. IF STINGING OCCURS, RINSE EYES THOROUGHLY WITH WARM WATER.

6  81131 04336  6



LOT 17137 N228221856

**Night-Time Soothing Makeup Remover Towelettes** – use daily for superior cleansing. Clear away your makeup after a stressful day with a calming fragrance to help prepare you for a restful night. Hypoallergenic, suitable for sensitive skin.

**DIRECTIONS:**
Open lid & remove label to access towelettes. Gently wipe face, neck & eye area to remove makeup & impurities. No rinse needed. Keep lid tightly closed after use to retain moisture. Dispose of used towelette in trash. Do not flush.

Satisfaction guaranteed - for questions or comments please call. 1-888-

65883-184A
GN 2874.81207

5  81131  04336  6

INGREDIENTS: WATER, GLYCERIN, ALOE BARBADENSIS LEAF EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ASPALATHUS LINEARIS LEAF EXTRACT, CAMELLIA SINENSIS LEAF EXTRACT, ILEX PARAGUARIENSIS LEAF EXTRACT, GUAR HYDROXYPROPYLTRIMONIUM CHLORIDE, POLYSORBATE 20, PHENOXYETHANOL, DMDM HYDANTOIN, IODOPROPYNYL BUTYLCARBAMATE, CETETH-2, CETEARETH-25, GLYCERYL STEARATE, OCTYLDODECANOL, DIMETHICONE, CETYL PALMITATE, ETHYLHEXYL PALMITATE, CITRIC ACID, FRAGRANCE.
WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS. KEEP OUT OF REACH OF CHILDREN. FOR EXTERNAL USE ONLY. IF PRODUCT GETS INTO EYES, IT MAY CAUSE STINGING. IF STINGING OCCURS, RINSE EYES THOROUGHLY WITH WARM WATER.





# OIL-FREE
## Ultra-Gentle
## Facial Moisturizer

Ultra-Gentle Facial Moisturizer is oil-free and won't clog pores, which can cause breakouts.

This light, non-greasy lotion keeps skin moisturized all day. It absorbs quickly into skin leaving it softer and smoother.

- Hypoallergenic
- Won't clog pores
- Fragrance & alcohol free
- Dermatologist tested

**DIRECTIONS:**

Use 1 pump and smooth onto face and neck. Use daily, alone or under makeup. May be used morning and night.

**WARNINGS:**

For external use only. When using this product, keep out of eyes. Rinse with water to remove. Stop use and ask a doctor if rash or irritation develops and lasts. **KEEP OUT OF REACH OF CHILDREN.** If swallowed, get medical help or contact a Poison Control Center right away.

L0011071CC



**INGREDIENTS:** Water, Glycerin, Ethylhexyl Palmitate, Dimethicone, Petrolatum, Cyclomethicone, Glycine Soja (Soybean) Sterols, Isopropyl Isostearate, Cetyl Alcohol, PEG-10 Soy Sterol, Glyceryl Stearate, PEG-100 Stearate, C12-15 Alkyl Benzoate, Carbomer, Tetrasodium EDTA, Sodium Hydroxide, Diazolidinyl Urea, Ethylparaben, Methylparaben, Propylparaben.





**Ingredients:**

**Ingredients:** Water, Cetearyl Alcohol, Cetearyl Isononanoate, Ceteareth-20, Glyceryl Stearate, Glycerin, Cetyl Palmitate, Ceteareth-12, Propylene Glycol, Chamomilla Recutita (Matricaria) Flower Extract, Centaurea Cyanus Flower Extract, Cucumis Sativus (Cucumber) Fruit Extract, Camella Oleifera Leaf Extract, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Fragrance, Phenoxyethanol, Sodium Citrate, Citric Acid, Disodium Edta, Benzoic Acid, Dehydroacetic Acid.







With a fresh clean fragrance, these soft and textured cloths nurture and soothe your skin while cleansing, and gently removing make-up—even waterproof mascara, dirt, and impurities. All the while hydrating, moisturizing, and toning your skin to minimize the appearance of pores. These cloths will leave your face feeling healthy and refreshed. Alcohol and oil free. Dermatologist and ophthalmologist tested. Hypoallergenic and safe for contact lens wearers. Paraben Free.

Satisfaction guaranteed — For questions or comments please call **1-888-287-1915.**

Distributed by: Wal-Mart Stores, Inc.,
Bentonville, AR 72716
*This product is not manufactured or distributed by Conopco, Inc. dba Unilever, owner of the registered trademark Pond's® Original Fresh Wet Cleansing Towelettes.

**Made in the USA**
with domestic and imported materials

249557

**Not For Individual Sale**

L170580804301

may cause stinging. If this occurs, rinse eyes thoroughly with warm water. **DO NOT FLUSH.**



With a fresh clean fragrance, these soft and textured cloths nurture and soothe

**INGREDIENTS:** WATER, CETEARYL ALCOHOL, CETEARYL ISONONANOATE, CETEARETH-20, GLYCERYL STEARATE, GLYCERIN, CETYL PALMITATE, CETEARETH-12, PROPYLENE GLYCOL, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, CENTAUREA CYANUS FLOWER EXTRACT, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT, CAMELLIA OLEIFERA LEAF EXTRACT, TOCOPHERYL ACETATE, ALOE BARBADENSIS LEAF JUICE, FRAGRANCE, PHENOXYETHANOL, SODIUM CITRATE, CITRIC ACID, DISODIUM EDTA, BENZOIC ACID, DEHYDROACETIC ACID.

**WARNINGS:** **KEEP OUT OF REACH OF CHILDREN. For external use only.** Getting product in eyes may cause stinging. If this occurs, rinse eyes thoroughly with warm water. **DO NOT FLUSH.**

Walmart+ New! Free shipping with no order min. Restrictions apply. Learn more

Eucerin Relieve, calm, & soothe Skincare from Eucerin. Shop now

Beauty / Skin Care / Facial Cleansers / Facial Wipes

Report incorrect product information

Equate

## Equate Beauty Original Clean Wet Cleansing Towelettes, 120 Count

★★★★½ (4.8) 21 ratings Walmart # 553802008

**$5.97** (5.0 cents/EA)

Only 2 left!

Price for in-store purchase only
**In stock** at Washington, 5929 Georgia Ave Nw

More pickup options

Available for purchase online

120 Count, 2 Pack Equate Beauty... ★★★★½ 214 **$5.97** (5.0 ¢/ea) NextDay eligible

Equate Beauty Sensitive Makeup... ★★★★ 35 **$3.48** (8.7 ¢/ea) 2-day delivery

Sponsored Simple Kind to Skin Cleansing Facial... ★★★★½ 5301 **$6.92** (13.8 ¢/ea)

80 Count, 2 Pack Equate Beauty... ★★★★½ 303 **$5.97** (7.5 ¢/ea) NextDay eligible

Sponsored Neutroge Remover ★★★★ **$6.49 - $6** NextDay

Sold by Walmart | Return policy

Add to list Add to registry

21 Count, Single Pack Neutrogena Makeup Remover Facial Cleansing Towelettes ★★★★½ 2653 **$4.97** NextDay eligible Shop Now

Advertisement

Customers also bought these products

CoverGirl Clean Pressed Powder Compact, Classic Ivor... ★★★½ 542 **$20.86**

Maybelline Fit Me Matte Poreless Pressed Face Powder... ★★★★½ 370 **$16.25**

Q Tips Original Cotton Swabs 500 count ★★★★½ 3022 **$3.23** 2-day delivery

Pond's Face Cream Dry Skin, 6.5 oz ★★★★½ 1863 **$9.98**

Sponsored Revlon Colorsilk Beautiful Color, Permanent Hair Dye ★★★★½ 4787 **$2.68 - $8.22** NextDay eligible

Sponsored ARM & HAMMER Advanced White Extreme Whitening... ★★★★½ 1146 **$3.12 - $5.44** 2-day delivery

Consider these popular products

7 Count, Single Pack Neutrogena Makeup Remover... ★★★½ 913 **$1.97** $1.97 / each NextDay eligible

Simple Kind to Skin Cleansing Facial Cleansing Face Wipes,... ★★★★½ 5301 **$6.92** (13.8 ¢/ea)

30 Count, Burt's Bees Facial Cleansing Towelettes, Sensitiv... ★★★★ 161 **$4.97** (16.6 ¢/ea) NextDay eligible

30 Count, Burt's Bees Grapefruit Facial Towelettes,... ★★★★½ 190 **$4.97** NextDay eligible

(1 pack) e.l.f. Makeup Remover Cleansing Cloths, 20 Count P... ★★★★ 744 **$3.00 - $11.64** NextDay eligible

1 Pack, Simple Kind to Skin Exfoliating Face Wipes, 25... ★★★★ 209 **$4.35** (17.4 ¢/ea) NextDay eligible

Eucerin Relieve, calm, & soothe Care for your skin with Eucerin. Shop now

Advertisement

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Upgrade your beauty regimen with these Equate Beauty Original Clean Wet Cleansing Towelettes. They're specially designed to gently remove make-up, even waterproof mascara, dirt and other impurities. They also help moisturize and tone your skin. Free of oil, alcohol and parabens, these makeup remover towelettes will leave your face feeling healthy and refreshed. They come in two packs of 60, each with a resealable closure to retain moisture.
Equate Beauty understands that beauty isn't just skin deep. With a large selection of the latest beauty products, Equate Beauty helps you be your best you.

**Equate Beauty Fresh Wet Cleansing Towelettes 120 Sheets:**

- 120 sheets
- With vitamin E
- Fresh clean fragrance
- Completely removes makeup
- Soft and textured
- Alcohol-, oil- and paraben-free
- Hypoallergenic Equate towelettes
- 2 packs with resealable closures

Indications:

**Skin Care Concern:** Dull Skin

**WARNING:**

Keep out of reach of children. For external use only. Do not flush. Getting product in eyes may cause stinging. If this occurs, rinse eyes thoroughly with warm water.

Ingredients:

**Ingredients:** Water, Cetearyl Alcohol, Cetearyl Isononanoate, Ceteareth-20, Glyceryl Stearate, Glycerin, Cetyl Palmitate, Ceteareth-12, Propylene Glycol, Chamomilla Recutita (Matricaria) Flower Extract, Centaurea Cyanus Flower Extract, Cucumis Sativus (Cucumber) Fruit Extract, Camellia Oleifera Leaf Extract, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Fragrance, Phenoxyethanol, Sodium Citrate, Citric Acid, Disodium Edta, Benzoic Acid, Dehydroacetic Acid.

Relieve, calm, & soothe
Care for your skin with Eucerin.
Eucerin
Shop now

Advertisement

