# Exhibit 1 – Part 7







**Flushable cloths leave you feeling clean and fresh anytime of the month. Alcohol-free, quick drying, and hypoallergenic refill.**

USE ONLY ONE WIPE PER FLUSH. Only for properly maintained and code-approved toilets, sewer and septic systems. Follow EPA schedule for alternative septic systems of annual inspections and pumping as needed (see EPA website.) Not all systems can or will scroll flushable wipes, including, but not limited to, those listed below: RV or marine systems, systems in which grease or fat dismisal share a drain pipe, systems with history of slow flow and/or clogs, macerator toilets or household pump systems, if advised by system operator, if unsure of system capabilities. For these systems, do not flush wipes but dispose in trash receptacles. If problems develop or persist, discontinue use immediately. Failure to follow these instructions may result in clogged systems and/or property damage. Flushable per INDA Guidelines; tested in scope by IPS Testing, an ISO/IEC 17025 accredited lab.

**WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS FROM CHILDREN AND PETS.**

Learn more

Made in the
★USA

65372-184
285254

INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL, ACETATE, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID, VACCINIUM MACROCARPON (CRANBERRY) FRUIT EXTRACT, FRAGRANCE.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915**

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by Playtex Products, Inc.,owner of the registered trademark Playtex®.

INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID, VACCINIUM MACROCARPON (CRANBERRY) FRUIT EXTRACT, FRAGRANCE.







## POLISHED & RADIANT FACIAL SCRUB

Polished & Radiant Facial Scrub combines lemon & orange extracts with natural exfoliants to gently buff away minor imperfections to leave skin looking brighter, even, and polished.

**DIRECTIONS:**

Moisten face with water. Apply product with wet fingertips and massage over face. Rinse with water.

**WARNINGS:** Avoid contact with eyes. If contact occurs, flush thoroughly with water.

**INGREDIENTS:** WATER, HYDRATED SILICA, SODIUM METHYL 2-SULFOLAURATE, GLYCERIN, DECYL GLUCOSIDE, ACRYLATES/PALMETH-25 ACRYLATE COPOLYMER, ACRYLATES COPOLYMER, COCAMIDOPROPYL BETAINE, DISODIUM 2-SULFOLAURATE, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, FRAGRANCE, DISODIUM EDTA, PPG-2 METHYL ETHER, PHENETHYL ALCOHOL, SODIUM HYDROXIDE, METHYLISOTHIAZOLINONE, CITRUS LIMON (LEMON) FRUIT EXTRACT, CITRUS NOBILIS (MANDARIN ORANGE) PEEL EXTRACT, RED 30, TITANIUM DIOXIDE.

Satisfaction guaranteed — Or we'll replace it or give you your money back. For questions or comments please call **1-888-287-1915.**

DISTRIBUTED BY:
Wal-Mart Stores, Inc.,
Bentonville, AR 72716

*This product is not manufactured or distributed by Unilever, distributor of St. Ives Even & Bright Pink Lemon & Mandarin Orange Scrub.

L0015823TA

539627





Pure Cornstarch
# Baby Powder
HYPOALLERGENIC

## Lavender and Chamomile

- Dermatologist and pediatrician tested
- Soothing comfort
- Keeps skin soft, smooth and dry
- This product does not contain talc

**Directions:** Shake powder into your hand and smooth onto skin. Apply powder liberally as often as necessary.

**CAUTION:** FOR EXTERNAL USE ONLY. DO NOT APPLY TO BROKEN, IRRITATED SKIN. KEEP POWDER AWAY FROM CHILD'S FACE TO AVOID INHALATION, WHICH CAN CAUSE BREATHING PROBLEMS. KEEP OUT OF REACH OF CHILDREN. CLOSE TIGHTLY AFTER USE. STORE IN A COOL, DRY PLACE.

**INGREDIENTS:** ZEA MAYS (CORN) STARCH, TRICALCIUM PHOSPHATE, FRAGRANCE (LAVENDER, CHAMOMILE).

This product is sold by weight, not by volume. Some settling may occur during handling and shipping.

†This product would not normally contain parabens or quaternium 15.

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments please call **1-888-287-1915**.

**DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716**

*This product is not manufactured or distributed by Johnson & Johnson Consumer Products Company, distributor of Johnson's® Baby Powder Lavender & Chamomile.



Made in the
★USA
90% OR MORE
US MATERIALS
Factory Certified



AFTER USE. STORE IN A COOL, DRY PLACE.

**INGREDIENTS:** ZEA MAYS (CORN) STARCH, TRICALCIUM PHOSPHATE, FRAGRANCE (LAVENDER, CHAMOMILE).

This product is sold by weight, not by volume. Some settling may occur during handling and shipping.









**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE, CAMELLIA SINENSIS LEAF EXTRACT, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT

· STORE AT ROOM TEMPERATURE
· KEEP TIGHTLY CLOSED WHEN NOT IN USE
· DISPOSE OF PROPERLY, DO NOT FLUSH

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

DO NOT FLUSH

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915.**

DISTRIBUTED BY: WAL-MART STORES, INC. BENTONVILLE, AR 72716
*This product is not manufactured or distributed by Kimberly-Clark Corporation, owner of the registered trademarks Huggies® and One & Done®.

63959-184K

6 81131 07747 5

Each *Equate™ Refreshing Cucumber & Green Tea Wipe* is thick, cushiony-soft, and alcohol-free so it is gentle on baby's delicate skin. Light, refreshing fragrance is great for many uses beyond cleaning your baby's bottom! This mild cleaning lotion contains Aloe and Vitamin E to help moisturize baby's skin.

**GREAT TO TAKE WITH YOU!**

**Wipes for Babies, Kids & Adults To Use On Hands, Faces & Bottoms**

LOT 17 114 A 23070091S





LOT

**Cleansing Facial Wipes** - use daily to restore, soften and smooth your skin. Developed especially for sensitive skin, these wipes are enriched with gentle cleansers, soothing Chamomile, Aloe Vera, and Pro-Vitamin B5. Hypoallergenic and non comedogenic, this formulation respects skin's natural pH and contains no harsh irritants.

• Removes waterproof mascara
• Suitable for contact lens wearers
• Dermatologist, ophthalmologist
  & allergy tested

**Do Not Flush**

**DIRECTIONS:**

Open lid & remove label to access towelettes. Gently wipe face, neck & eye area to remove makeup & impurities. No rinse needed. Keep lid tightly closed after use to retain moisture. Dispose of used towelette in trash. Do not flush.

Satisfaction guaranteed - for questions or comments please call **1-888-287-1915.**

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is not manufactured by or distributed by Unilever®, the owner of the registered trademark Simple® Cleansing Facial Wipes.

PALMITATE, PENTADECALACTONE, CITRIC ACID.
NO ANIMAL-DERIVED INGREDIENTS.
**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS. KEEP OUT OF REACH OF CHILDREN. FOR EXTERNAL USE ONLY. IF PRODUCT GETS INTO EYES, IT MAY CAUSE STINGING. IF STINGING OCCURS, RINSE EYES THOROUGHLY WITH WARM WATER.

0  78742 02456  1



LOT 17084  N228220407

Cleansing Facial Wipes - use daily to restore, soften and smooth your skin. Developed especially for sensitive skin, these wipes are enriched with gentle cleansers, soothing Chamomile, Aloe Vera, and Pro-Vitamin B5. Hypoallergenic and non comedogenic, this formulation respects skin's natural pH and contains no harsh irritants.

**DIRECTIONS:**
Open lid & remove label to access towelettes. Gently wipe face, neck & eye area to remove makeup & impurities. No rinse needed. Keep lid tightly closed after use to retain moisture. Dispose of used towelette in trash. Do not flush.

Satisfaction guaranteed - for questions or comments please call 1-888-387-1815

69820-184
285254

**INGREDIENTS:** WATER, GLYCERIN, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, PANTHENOL, GUAR HYDROXYPROPYLTRIMONIUM CHLORIDE, POLYSORBATE 20, PHENOXYETHANOL, DMDM HYDANTOIN, IODOPROPYNYL BUTYLCARBAMATE, CETETH-2, CETEARETH-25, GLYCERYL STEARATE, OCTYLDODECANOL, DIMETHICONE, CETYL PALMITATE, ETHYLHEXYL PALMITATE, PENTADECALACTONE, CITRIC ACID.
NO ANIMAL-DERIVED INGREDIENTS.
**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS. KEEP OUT OF REACH OF CHILDREN. FOR EXTERNAL USE ONLY. IF PRODUCT GETS INTO EYES, IT MAY CAUSE STINGING. IF STINGING OCCURS, RINSE EYES THOROUGHLY WITH WARM WATER.

0  78742 02456  1







**INGREDIENTS:** Aqua (Water), Helianthus Annuus (Sunflower) Seed Oil, Glycerin, Cetyl Alcohol, CI 77947 (Zinc Oxide), Zea Mays (Corn) Starch, Gossypium Herbaceum (Cotton) Flower Extract, Oryza Sativa (Rice) Extract, Beta Vulgaris (Beet) Root Exract, Artemisia Umbelliformis Extract, Euphrasia Officinalis Extract, Butyrospermum Parkii (Shea) Butter, Saccharum Officinarum (Sugar Cane) Extract, Aloe Barbadensis Leaf Juice, Jojoba Esters, Hydrolyzed Jojoba Esters, Kaolin, Lecithin, Sucrose, Fructose, Glucose, Inositol, Citric Acid, Benzoic Acid, Trehalose, Xanthan Gum, Glyceryl Laurate, Potassium Sorbate, Sucrose Stearate, Sucrose Polystearate, Sodium Benzoate, Sodium Stearoyl Lactylate, Sodium PCA, Alcohol Denat., Phenoxyethanol.



Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915.**

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
© Wal-Mart Stores, Inc.
Manufactured in USA
*This product is not manufactured or distributed by Clorox Co, owner of the registered trademark Burt's Bees®.



Made in the
**USA**
with over 90% U.S. parts



105346

6   81131 12992   3







# Sensitive Skin
## Body Wash

A soap free, moisture rich formula to help keep your sensitive skin feeling soft and smooth.

**Directions:**

1. For daily use in shower or bath, squeeze desired amount of product onto wet cloth or cleansing pouf.
2. Work into a lather, rinse off.

Equate™ Body Wash is cruelty free and is not tested on animals.

**Caution:** For external use only. **Keep out of reach of children.** Avoid contact with eyes. If contact occurs, rinse thoroughly with water.

**Ingredients:** Water (Aqua), Sodium Trideceth Sulfate or Sodium Laureth Sulfate, Glycine Soja (Soybean) Oil, Sodium Chloride, Cocamide MEA, Sodium Lauroamphoacetate, Lauric Acid, Sodium Cocoyl Glycinate, Stearic Acid, Sodium Lauroyl Isethionate, Citric Acid, Glycerin, Guar Hydroxypropyltrimonium Chloride, Cyamopsis Tetragonoloba (Guar) Gum, Palmitic Acid, Sodium Isethionate, BHT, Fragrance (Parfum), DMDM Hydantoin,Tetrasodium EDTA, Methylchloroisothiazolinone, Methylisothiazolinone, Iodopropynyl Butylcarbamate, Etidronic Acid, Titanium Dioxide (CI 77891).

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

Distributed by:
Wal-Mart Stores, Inc.,
Bentonville, AR 72716
© Wal-Mart Stores, Inc.

PRODUCT OF CANADA

*This product is not manufactured or distributed by Unilever, the owner of the registered trademark Dove®.

456080

6 81131 07079 9





**DIRECTIONS:** Squeeze desired amount of body wash onto a wet washcloth, sponge, net pouf or hand and apply to body. Work into a rich, creamy lather and rinse off.

**CAUTION:** FOR EXTERNAL USE ONLY. AVOID CONTACT WITH EYES. SHOULD THIS OCCUR, RINSE THOROUGHLY WITH WATER. **KEEP OUT OF REACH OF CHILDREN.**

**INGREDIENTS:** WATER (AQUA), SODIUM TRIDECETH SULFATE OR SODIUM LAURETH SULFATE, GLYCINE SOJA (SOYBEAN) OIL, SODIUM CHLORIDE, COCAMIDE MEA, SODIUM LAUROAMPHOACETATE, SODIUM COCOYL GLYCINATE, LAURIC ACID, FRAGRANCE (PARFUM), SODIUM LAUROYL ISETHIONATE, STEARIC ACID, CITRIC ACID, GLYCERIN, GUAR HYDROXYPROPYLTRIMONIUM CHLORIDE, CYAMOPSIS TETRAGONOLOBA (GUAR) GUM, PALMITIC ACID, SODIUM ISETHIONATE, BHT, TETRASODIUM EDTA, ETIDRONIC ACID, METHYLCHLOROISOTHIAZOLINONE, METHYLISOTHIAZOLINONE, TITANIUM DIOXIDE (CI 77891).

*Created responsibly at a LEED–certified facility.*

Satisfaction guaranteed - Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915.**

**DISTRIBUTED BY: Walmart Inc.,** Bentonville, AR 72716
PRODUCT OF CANADA
*This product is not manufactured or distributed by Unilever, owner of the registered trademark Dove®.

Empty & Discard Pump
PLASTIC BOTTLE
how2recycle.info

06-23415







equate™
*beauty*

Compare to Dove®
Sensitive Skin Nourishing Body Wash*

## Sensitive Skin
### BODY WASH

**DIRECTIONS:** Squeeze desired amount of body wash onto a
wet washcloth, sponge, net pouf or hand and apply to body.
Work into a rich, creamy lather and rinse off.

**CAUTION: FOR EXTERNAL USE ONLY.** AVOID CONTACT
WITH EYES. SHOULD THIS OCCUR, RINSE THOROUGHLY
WITH WATER. **KEEP OUT OF REACH OF CHILDREN.**

**INGREDIENTS:** WATER (AQUA), SODIUM TRIDECETH
SULFATE OR SODIUM LAURETH SULFATE, GLYCINE SOJA
(SOYBEAN) OIL, SODIUM CHLORIDE, COCAMIDE MEA,
SODIUM LAUROAMPHOACETATE, SODIUM COCOYL
GLYCINATE, LAURIC ACID, FRAGRANCE (PARFUM),
SODIUM LAUROYL ISETHIONATE, STEARIC ACID,
CITRIC ACID, GLYCERIN, GUAR HYDROXYPROPYLTRIMONIUM
CHLORIDE, CYAMOPSIS TETRAGONOLOBA (GUAR) GUM,
PALMITIC ACID, SODIUM ISETHIONATE, BHT,
TETRASODIUM EDTA, ETIDRONIC ACID,
METHYLCHLOROISOTHIAZOLINONE,
METHYLISOTHIAZOLINONE, TITANIUM DIOXIDE (CI 77891).

Empty Before
Recycling

how2recycle.info

PLASTIC      PAPER      PLASTIC
WRAP        INSERT      BOTTLE

*Created responsibly at a*
**LEED**-*certified facility.*

Satisfaction guaranteed - For
questions or comments please call
**1-888-287-1915.**

**DISTRIBUTED BY: Walmart Inc.,**
**Bentonville, AR 72716**
PRODUCT OF CANADA
*This product is not manufactured
or distributed by Unilever, owner
of the registered trademark Dove®







**Sensitive Skin**
Body Wash

**Directions:**

For daily use in shower: Squeeze onto wet pouf, washcloth or hands. Work into rich lather and rinse.

**Caution: For external use only. Avoid contact with eyes. Should this occur, rinse thoroughly with water. Keep out of reach of children.**

**Ingredients:** Water (Aqua), Sodium Trideceth Sulfate or Sodium Laureth Sulfate, Glycine Soja (Soybean) Oil, Sodium Chloride, Cocamide MEA, Sodium Lauroamphoacetate, Lauric Acid, Sodium Cocoyl Glycinate, Stearic Acid, Sodium Lauroyl Isethionate, Citric Acid, Glycerin, Guar Hydroxypropyltrimonium Chloride, Cyamopsis Tetragonoloba (Guar) Gum, Palmitic Acid, Sodium Isethionate, BHT, Fragrance (Parfum), Tetrasodium EDTA, DMDM Hydantoin, Methylchloroisothiazolinone, Methylisothiazolinone, Iodopropynyl Butylcarbamate, Etidronic Acid, Titanium Dioxide (CI 77891).

Satisfaction guaranteed – for questions or comments please call **1-888-287-1915**.

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
© Wal-Mart Stores, Inc.

Made in Canada

*This product is not manufactured or distributed by Unilever, the distributor of Dove® Sensitive Skin Body Wash.

6  81131 05248  1

06-21413

**Ingredients:** Water (Aqua), Sodium Trideceth Sulfate or Sodium Laureth Sulfate, Glycine Soja (Soybean) Oil, Sodium Chloride, Cocamide MEA, Sodium Lauroamphoacetate, Lauric Acid, Sodium Cocoyl Glycinate, Stearic Acid, Sodium Lauroyl Isethionate, Citric Acid, Glycerin, Guar Hydroxypropyltrimonium Chloride, Cyamopsis Tetragonoloba (Guar) Gum, Palmitic Acid, Sodium Isethionate, BHT, Fragrance (Parfum), Tetrasodium EDTA, DMDM Hydantoin, Methylchloroisothiazolinone, Methylisothiazolinone, Iodopropynyl Butylcarbamate, Etidronic Acid, Titanium Dioxide (CI 77891).