# Exhibit 1 – Part 8





| INGREDIENTS* |
| --- |
| WATER, GLYCERIN, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE |
| CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, BISABOLOL, CALENDULA OFFICINALIS FLOWER EXTRACT |
| SODIUM BENZOATE, CITRIC ACID |

ISTED IN DESCENDING ORDER







**DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.**

**NO LO ECHE AL INODORO. GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE. TIRE LAS TOALLITAS USADAS EN UN BASURERO. CIERRA LA TAPA CUANDO NO USE EL PRODUCTO.**

**INGREDIENTS\*:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE (GENTLY CLEANS), GLYCERIN, BISABOLOL, CALENDULA OFFICINALIS FLOWER EXTRACT, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, SIMETHICONE, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE (SOFTEN AND SOOTHE), PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID (KEEPS PRODUCT FRESH AND PURE).
\*INGREDIENTS GREATER THAN 1% LISTED IN DESCENDING ORDER.

**INGREDIENTES\*:** AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIAMONIO (LIMPIA SUAVEMENTE), GLICERINA, BISABOLOL, EXTRACTO DE FLOR DE CALENDULA, EXTRACTO DE FLOR DE MANZANILLA (CHAMOMILLA RECUTITA (MATRICARIA)), SIMETICONA, EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFEROL (SUAVIZA Y ALIVIA), FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, ACIDO CITRICO (MANTIENE EL PRODUCTO FRESCO Y PURO).
\*LOS INGREDIENTES CON MÁS DE 1 % SE INDICAN EN ORDEN DESCENDENTE.

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

**ADVERTENCIA:** PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.

**Parent's Choice Wipes** are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This container design ensures that each wipe comes out open and ready to use on any part of a baby's delicate skin.

**Las toallitas Parent's Choice** son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé. El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.



You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll happily replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

DISTRIBUTED BY:/DISTRIBUIDO POR: Wal-Mart Stores, Inc., Bentonville, AR 72716
Ensamblado en EE.UU.



DO NOT FLUSH
NO DESECHARLAS
EN EL INODORO



Assembled in the
**USA**
Factory Certified

285254

PAPER BOX | PLASTIC POUCH

how2recycle.info




















Walmart+ New! Free shipping with no order min. Restrictions apply. Learn more

Baby / Diapering / Baby Wipes

ONLY AT WALMART

Report incorrect product information

Parent's Choice

**Parent's Choice Sensitive with Soothing Aloe Baby Wipes (Choose Your Count)**

★★★★½ (4.7) 2078 ratings 432 comments Walmart # 565591657

**$12.88** (1.7 ¢/ea)

**Count:** 768 ct

[redacted]

480 ct
$8.68
$ 0.02 / each
NextDav deliverv

Best value
768 ct
$12.88
$ 0.02 / each
NextDav deliverv

[redacted]

Qty: 1

Add to cart

Get free shipping, no order minimum. Sign up

**Free NextDay delivery** on $35+ orders of **only** NextDay items.

**Free 2-day delivery** on $35+ orders
Arrives by Sat, Feb 13

Pickup not available

More delivery & pickup options

**Gifting note:** Ships in the manufacturer's original packaging, which may reveal the contents.

Sold & shipped by Walmart | Return policy

Add to list Add to registry

Huggies Nourish & Care Scented Baby Wipes, 6 Flip-Top Packs (336 Wipes Total)
★★★★½ 453
**$7.34**
Shop Now

Advertisemen

## Customers also considered

New

Parent's Choice Fragrance Free Baby Wipes (Choose Your... ★★★★½ 6342 **$4.22 - $18.48** 2-day delivery

Parent's Choice Cotton Wipes (Choose Your Count) ★★★★½ 353 **$4.22 - $15.16** 2-day delivery

Parent's Choice Fresh Scent Baby Wipes (Choose Your... ★★★★½ 2346 **$4.22 - $18.48** 2-day delivery

Parent's Choice Shea Butter Baby Wipes (Choose Your... ★★★★½ 1810 **$12.88 - $18.48**

Parent's Choice Cucumber Scent Baby Wipes (Choose... ★★★★½ 1519 **$12.88 - $19.84** 2-day delivery

Sponsored
Luvs Pro Level Leak Protection Diapers (Choose Size & Count) ★★★★½ 10010 **$15.97 - $49.94** 2-day delivery

## Customers also bought these products

Parent's Choice Diapers, Size 3, 144 Diapers ★★★★ 9389 **$17.57** (12.2 ¢/ea) 2-day delivery

Luvs Pro Level Leak Protection Diapers (Choose Size & Count) ★★★★½ 10010 **$15.97 - $49.94** 2-day delivery

Parent's Choice Dry and Gentle Baby Diapers, Size 1, 50 Count **$4.42** (8.8 ¢/ea) 2-day delivery

Parent's Choice Dry and Gentle Baby Diapers, Size 5, 108 Count ★★★★ 200 **$17.57** (16.3 ¢/ea) 2-day delivery

Parent's Choice Gentle Dreams Overnight Diapers (Choose... ★★★★ 299 **$13.16** 2-day delivery

Sponsored
Purex Baby, 57 Loads, Liquid Laundry Detergent Baby, 75 fl. ★★★★½ 906 **$4.47** (6.0 ¢/fl oz) 2-day delivery

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.
See our disclaimer

Parent's Choice Sensitive with Soothing Aloe Baby Wipes are unique, ultra-thick, cloth-like wipes that are as gentle as water, yet extremely strong. Our baby wipes are specially designed to be gentle on your little one's delicate skin, but effective in wiping away the toughest messes. Each wipe is moistened with a mild cleaning solution with soothing aloe extract that is gentle enough for use on baby's face and hands. You can feel comfortable knowing that these wipes are fragrance free, pH balanced, and hypoallergenic, so you can confidently provide your child with the utmost care. The flip-top container design ensures that each wipe remains moist and fresh when the resealable lid is closed and allows each wipe to come out ready to use on any part of your baby's delicate skin. Pamper and clean your sweet little one with Parent's Choice Sensitive with Soothing Aloe Baby Wipes.

Since 1998, Walmart's Parent's Choice has been trusted by parents across the country to provide quality, affordable baby products. We offer a wide range of products including diapers, wipes, toiletries, baby food, formula and baby feeding products. With a quality guarantee to back up all its baby, toddler, infant and newborn products, Parent's Choice takes care of your little one's needs for less.

**Parent's Choice Sensitive with Soothing Aloe Baby Wipes (Choose Your Count):**

- Extra gentle formula to clean and soothe
- Free from phenoxyethanol, parabens, dyes, phthalates, and alcohol
- Ultra-soft premium wipes
- Hypoallergenic and pH balanced
- Fragrance-free and infused with soothing aloe extract
- Dermatologically tested
- 99% water and plant-based ingredients
- Flip top lid to keep in moisture

**WARNING:**

To avoid suffocation, keep plastic bags away from children and pets.

Ingredients:

**Ingredients:** Purified Water, Decyl Glucoside, Aloe Barbadensis Leaf Juice, Calendula Officinalis Flower Extract, Chamomile Recutita Flower Extract, Cucumis Sativus Fruit Extract, Glycyrrhiza Glabra Root Extract, Glycerin, Tocopheryl Acetate, Phenoxyethanol, Sodium Benzoate, Tetrasodium Glutamate Diacetate, Citric Acid, Sodium Citrate, Sodium Bicarbonate.

INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE, PEG-50 SHEA BUTTER

DO NOT FLUSH

LOT 172032 R23110 0922

Satisfaction guaranteed -
Or we'll replace it or give you
your money back. For questions
or comments or to report an
undesired reaction or side effect,
please call 1-888-287-1915

DISTRIBUTED BY: Wal-Mart Stores, Inc.,
Bentonville, AR 72716
*This product is not manufactured or
distributed by Kimberly-Clark Corporation,
distributor of Huggies® Soft Skin Wipes

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE, PEG-50 SHEA BUTTER







**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE, PEG-50 SHEA BUTTER.

• STORE AT ROOM TEMPERATURE
• KEEP TIGHTLY CLOSED WHEN NOT IN USE
• DISPOSE OF PROPERLY, DO NOT FLUSH

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

DO NOT FLUSH

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915**.

**DISTRIBUTED BY: Wal-Mart Stores, Inc.,** Bentonville, AR 72716

*This product is not manufactured or distributed by Kimberly-Clark Corporation, distributor of Huggies® Soft Skin Wipes.

63882-184

28254







| INGREDIENTS**: | BENEFIT: |
| --- | --- |
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, PEG-50 SHEA BUTTER, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | HELPS TO MOISTURIZE AND SOOTHE SKIN |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

**ingredients greater than 1% listed in descending order

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.

• STORE AT ROOM TEMPERATURE.
• KEEP TIGHTLY CLOSED WHEN NOT IN USE.
• DISPOSE OF PROPERLY.

DO NOT FLUSH

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915**.

**DISTRIBUTED BY: Wal-Mart Stores, Inc.,** Bentonville, AR 72716

*This product is not manufactured or distributed by Kimberly-Clark Corporation, owner of the registered trademark Huggies®.

Each Equate Soft & Smooth Baby Wipe is thick, cushiony-soft, and alcohol-free so it is gentle on baby's delicate skin. This mild cleaning lotion contains Aloe, Vitamin E, and Shea Butter to help moisturize. Great for many uses beyond cleaning your baby's bottom.

Assembled in the USA
Factory Certified

PLASTIC POUCH

| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, PEG-50 SHEA BUTTER, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | HELPS TO MOISTURIZE AND SOOTHE SKIN |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

**Ingredients greater than 1% listed in descending order

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.





## Customers also bought these products

Equate Maxi Pads with Aloe, Moderate, Super, 48 Count
$3.76 - $17.75
2-day delivery

A D Original Diaper Rash Ointment, Skin Protectant, 4 oz
$4.42 $1.11 / oz

Equate Maxi Pads with Flexi-Wings, Extra Heavy Overnight, Size 5, 20...
$3.76 $0.02 / each
2-day delivery

Equate Thin Daily Liners, Regular, Unscented, 120 Ct
$3.88 $0.02 / each

U by Kotex Security Maxi Pads, Overnight, Unscented, 40 Ct
$6.44
2-day delivery

Cottonelle FreshCare Flushable Wipes, resealable pack, 168 wipes...
$6.98

## About This Item

We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Ingredients** - Benefit
Water, Cocamidopropyl PG-Dimonium Chloride Phosphate - Gently cleans
Glycerin, PEG-50 Shea Butter, Chamomilla Recutita (Matricaria) Flower Extract, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate - Helps to moisturize and soothe skin
Phenoxyethanol, Iodopropynyl Butylcarbamate, Citric Acid - Keeps product fresh and pure
Fragrance - Pleasant scent
**Ingredients greater than 1% listed in descending order

Each Equate Baby Soft & Smooth Baby Wipe is thick, cushiony-soft, and alcohol-free so it is gentle on baby's delicate skin. This mild cleansing lotion contains aloe, vitamin E, and shea butter to help moisturize. Great for many uses beyond cleaning your baby's bottom.

Equate Baby Shea Butter Soft & Smooth Wipes are ultra-moisturizing, cloth-like wipes that make the perfect addition to your baby bag and gently clean and cleanse your baby's delicate skin. Our wipes are thick, feature a cushiony quilted fabric, are hypoallergenic, and contain no alcohol or parabens. Change those tears into smiles by providing soothing relief to your little one's diaper time with our gentle cleansing formula. The mild liquid infused in each wipe is enriched with aloe extract, vitamin E, and shea butter to help moisturize, soothe, and gently clean your little one's skin while leaving a long-lasting pleasant scent. Use on your baby's face, hands, and bottom for quick cleanups and diaper changes. These wipes come loaded inside an easy dispensing package that tightly seals shut, keeping your wipes fresh and moist. Make sure your bundle of joy is fresh and clean with Equate Baby Shea Butter Soft & Smooth Wipes.

- Soft and smooth
- Hypoallergenic
- Infused with aloe, vitamin E, and shea butter
- Helps to moisturize and soothe skin
- 80 wipes
- Paraben and alcohol-free

## Ingredients:

Ingredients: Water, Glycerin, Polysorbate 20, Disodium Cocoamphodiacetate, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate, Peg-50 Shea Butter, Chamomilla Recutita (Matricaria) Flower Extract, Disodium Edta, Phenoxyethanol, Dimdm Hydantoin, Iodopropynyl Butylcarbamate, Citric Acid, Fragrance.
Active Ingredients: Water, Cocamidopropyl PG-Dimonium Chloride Phosphate <1% Glycerin, PEG-50 Shea Butter, Chamomilla Recutita (Matricaria) Flower Extract, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate <1% Phenoxyethanol, Iodopropynyl Butylcarbamate, Citric Acid, <1%.









Walmart+ New! Free shipping with no order min. Restrictions apply.
Learn more

Join Russell & Ciara Try All Good diapers. Shop now

Customers also bought these products

Equate-WipesFreshScent-240CT
★★★★½ 5425
$6.42
2-day delivery

Low in Stock

The First Years Take & Toss Spill-Proof Straw Cups With...
★★★★½ 15
$14.10

Arm & Hammer Sensitive Skin Free & Clear, 107 Loads Liquid...
★★★★½ 272
$7.97 (5.0 ¢/fl oz)
2-day delivery

Arm & Hammer Clean Burst, 140 Loads Liquid Laundry...
★★★★½ 897
$9.98 (4.8 ¢/fl oz)
2-day delivery

Nuby Active Sipeez Flex Straw Sippy Cup, 10oz, 3 pack
★★★★ 76
$7.99 $7.99 / each
*NextDay eligible*

Always Incredibly Thin Liners Wrapped, Unscented 120...
★★★★ 1142
$21.37

Baby / Diapering / Baby Wipe Best Sellers

Equate

**Equate Baby Soft & Smooth Shea Butter Wipes, 240 Count**

★★★★½ (4.5) 117 ratings Walmart # 248491

**$4.53** (1.9 ¢/ea)

Out of stock

Qty: 1

Get in-stock alert

Delivery not available

Pickup not available

Sold & shipped by Walmart | Return policy

Add to list Add to registry

Huggies Nourish & Care Scented Baby Wipes, 6 Flip-Top Packs (336 Wipes Total)
★★★★½ 453
$7.34
Shop Now
Advertisement

Report incorrect product information

Customers also viewed these products

Parent's Choice Fresh Scent Baby Wipes (Choose Your...
★★★★½ 2346
$4.22 - $18.48
*NextDay eligible*

Parent's Choice Shea Butter Baby Wipes (Choose Your...
★★★★½ 1810
$12.88 - $18.48

Huggies Natural Care Wipes (Choose Your Count)
★★★★½ 8227
$5.38 - $19.97
*NextDay eligible*

Parent's Choice Fragrance Free Baby Wipes (Choose Your...
★★★★½ 6342
$4.22 - $18.48
*NextDay eligible*

Sponsored
Huggies Natural Care Refreshing Baby Wipes,...
★★★★½ 1994
$5.38 - $130.00
*NextDay eligible*

Parent's Choice Cucumber Scent Baby Wipes (Choose...
★★★★½ 1519
$12.88 - $19.84
*NextDay eligible*

Advertisement

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.
See our disclaimer

Each Equate Soft & Smooth Baby Wipe is thick, cushiony-soft, and alcohol-free so it is gentle on baby's delicate skin. This mild cleaning lotion contains aloe, vitamin E, and shea butter to help moisturize. Great for many uses beyond cleaning your baby's bottom.

Ingredients** - Benefit
Water, Cocamidopropyl PG-Dimonium Chloride Phosphate - Gently cleans
Glycerin, PEG-50 Shea Butter, Chamomilla Recutita (Matricaria) Flower Extract, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate - Helps to moisturize and soothe skin
Phenoxyethanol, Iodopropynyl Butylcarbamate, Citric Acid - Keeps product fresh and pure
Fragrance - Pleasant scent
**Ingredients greater than 1% listed in descending order

Equate Baby Shea Butter Soft & Smooth Wipes are ultra-moisturizing, cloth-like wipes that make the perfect addition to your nursery and gently clean and cleanse your baby's delicate skin. Our wipes are thick, feature a cushiony quilted fabric, are hypoallergenic, and contain no alcohol or parabens. Change those tears into smiles by providing soothing relief to your little one at diaper time with our gentle cleansing formula. The mild liquid infused in each wipe is enriched with aloe extract, vitamin E, and shea butter to help moisturize, soothe, and gently clean your little one's skin while leaving a long-lasting pleasant scent. Use on your baby's face, hands, and bottom for quick cleanups and diaper changes. These wipes come loaded inside an easy dispensing resealable package, keeping your wipes fresh and moist between refills. Make sure your bundle of joy is fresh and clean with Equate Baby Shea Butter Soft & Smooth Wipes.

- Soft and smooth
- Hypoallergenic
- Infused with aloe, vitamin E, and shea butter
- Helps to moisturize and soothe skin
- 240 wipes refill package
- Paraben and alcohol-free

Advertisement

⚠ **WARNING:**

To avoid suffocation, keep plastic bags away from children And pets. This bag not intended for reuse. Dispose of plastic divider inside bag properly, do not use.

Ingredients:

**Ingredients:** Eau/Water, Glycerin, Polysorbate 20, Disodium Cocoamphodiacetate, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate, Peg 50 Shea Butter, Chamomilla Recutita (Matricaria) Flower Extract, Disodium Edta, Phenoxyethanol, Dmdm Hydantoin, Iodopropynyl Butylcarbamate, Citric Acid, Parfum/Fragrance.

**Active Ingredients:** Water, Cocamidopropyl PG-Dimonium Chloride Phosphate >1% Glycerin, PEG-50 Shea Butter, Chamomilla Recutita (Matricaria) Flower Extract. Aloe Barbadensis Leaf Extract, Tocopheryl Acetate >1% Phenoxyethanol, Iodopropynyl Butylcarbamate, Citric Acid. >1% Fragrance >1%

| INGREDIENTS**: | BENEFIT: |
|---|---|
| WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE | GENTLY CLEANS |
| GLYCERIN, PEG-50 SHEA BUTTER, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE | HELPS TO MOISTURIZE AND SOOTHE SKIN |
| PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CITRIC ACID | KEEPS PRODUCT FRESH AND PURE |
| FRAGRANCE | PLEASANT SCENT |

**Ingredients greater than 1% listed in descending order





# STRIKINGLY UNIQUE
## Moisturizing Lotion

Strikingly Unique Moisturizing Lotion works to provide all-day moisturization for your dry or combination skin. It leaves your skin feeling silky and smooth.

- Helps enhance skin's natural moisture barrier
- Soft, smooth texture
- 100% fragrance free
- Hypoallergenic
- Dermatologist tested

**DIRECTIONS:**

Apply twice a day to face and throat all over, or where needed. For best results, use after Clarifying Toner.

**CAUTION:**

For external use only. Avoid contact with eyes. If contact occurs, rinse thoroughly with water. Keep out of reach of children.

**INGREDIENTS:**

Water (Aqua), Mineral Oil, Glycerin, Petrolatum, Stearic Acid, Glyceryl Stearate Citrate, Sesamum Indicum (Sesame) Oil, Lanolin Alcohol, Saccharide Isomerate, Hordeum Vulgare Extract, Cucumis Sativus (Cucumber) Fruit Extract, Helianthus Annuus (Sunflower) Seedcake, Propylene Glycol Dicaprate, Sodium Hyaluronate, Butylene Glycol, Carbomer, Tetrasodium EDTA, Sodium Hydroxide, Phenoxyethanol, Ethylhexylglycerin, Yellow 6 (CI 15985), Yellow 5 (CI 19140), Red 33 (CI 17200).





**INGREDIENTS:** WATER, PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, PEG-175 DIISOSTEARATE, FRAGRANCE (LAVENDER, CHAMOMILE), POLYQUATERNIUM-10, TETRASODIUM EDTA, PHENOXYETHANOL, CAPRYLYL GLYCOL, SODIUM CHLORIDE, SODIUM HYDROXIDE, VIOLET 2.

