Exhibit 1 – Part 9





**INGREDIENTS:** WATER, PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, FRAGRANCE, TETRASODIUM EDTA, POLYQUATERNIUM-10, PEG-175 DIISOSTEARATE, PHENOXYETHANOL, CAPRYLYL GLYCOL, SODIUM HYDROXIDE, SODIUM CHLORIDE, YELLOW 10, ORANGE 4.







## Tear Free wash & shampoo

♥ **Paraben, Phthalate & Quaternium-15 Free**

**DIRECTIONS:** Squeeze a small amount onto a wet washcloth, sponge, net pouf or hand and apply to body and hair. Work into a rich lather and rinse off.

**CAUTION:** For external use only. Keep out of reach of children. Avoid contact with eyes. In case of contact, rinse thoroughly with water.

**INGREDIENTS:** WATER (AQUA), PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, SODIUM CHLORIDE, FRAGRANCE (PARFUM), TETRASODIUM EDTA, POLYQUATERNIUM-10, CITRIC ACID, ETHYLHEXYLGLYCERIN, PHENOXYETHANOL.

You'll love this Parent's Choice product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us and we'll replace it or refund your money. **Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

**DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716**
PRODUCT OF CANADA

This product is not manufactured or distributed by Johnson & Johnson Inc., distributor of Johnson's® Head-To-Toe® Baby Wash.

**INGREDIENTS:** WATER (AQUA), PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, SODIUM CHLORIDE, FRAGRANCE (PARFUM), TETRASODIUM EDTA, POLYQUATERNIUM-10, CITRIC ACID, ETHYLHEXYLGLYCERIN, PHENOXYETHANOL.



Parent's Choice Tear-Free Baby Wash & Shampoo, 9 fl oz

★★★★☆ 3 reviews | Parent's Choice   Walmart # 555598036

**$0.98** $0.11 / each

Price for in-store purchase only
In stock at Alexandria, 6303 Richmond Hwy

More delivery & pickup options

Sold by Walmart | Return policy

Add to list | Add to registry

Report incorrect product information

## Customers also viewed these products



| Baby Magic Hair & Body Wash, Soft Powder Scent, 2 fl oz | (3 pack) Johnson's Baby Soap Bar Gentle for Baby Bath and Skin Car... | Baby Dove Tip to Toe Wash and Shampoo Rich Moisture 13 oz | Eucerin Baby Wash and Shampoo, Fragrance Free, 13.5 fl oz | (2 Pack) Cetaphil Baby Wash & Shampoo with Organic Calendula... | Johnson's Baby Vanilla Oatmeal Wash To Soothe Skin, 28 Fl. Oz. |
|---|---|---|---|---|---|
| Sponsored | | | | | |
| ★★★★☆ 1 | ★★★★☆ 327 | ★★★★★ 396 | ★★★★☆ 23 | ★★★★★ 44 | ★★★★★ 79 |
| $5.99 | $1.92 - $5.49 | $5.86 $0.5¢/fl oz | $7.47 55.0¢/fl oz | $4.97 - $9.64 | $6.86 |
| | 2-day delivery | 2-day delivery | 2-day delivery | 2-day delivery | |

## Customers also bought these products



| Pampers Sensitive Baby Wipes (Choose Your Count) | Baby Magic Hair & Body Wash, Original Baby Scent | Cetaphil Baby Ultra Soothing Lotion with Shea Butter, 8 oz | Eucerin Baby Lotion, Fragrance Free, 13.5 fl oz | Baby Dove Rich Moisture Baby Lotion | Tree Hut Shea Moisturizing Body Lotion Tropical Mango, 9oz, Ultra... |
|---|---|---|---|---|---|
| ★★★★★ 16402 | ★★★★☆ 27 | ★★★★★ 15 | ★★★★☆ 25 | ★★★★★ 337 | ★★★★☆ 13 |
| $5.48 | $2.53 - $4.36 | $7.92 99.0¢/oz | $9.29 69.0¢/fl oz | $4.98 | $4.05 45.0¢/oz |
| 2-day delivery | 2-day delivery | 2-day delivery | 2-day delivery | 2-day delivery | 2-day delivery |

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Make bathtime fun time again with Parent's Choice Tear Free Wash & Shampoo. Harsh chemicals present in other child's washes and shampoos can irritate skin and be dangerous if it comes in contact with eyes. That is why we formulated our wash and shampoo to be tear-free and gentle enough for newborn skin and hair. It is also hypoallergenic, and paraben, phthalate, and quaternium-15-free, making it an excellent choice for even the most sensitive tiny tots. Pediatrician-tested, you can give your little one a safe and confident clean that you can feel good about. To use, simply squeeze a small amount onto a wet washcloth, sponge, net pouf, or hand and apply to your child's body and hair. Work into a rich lather, then rinse off. It's that easy! Your little one will love bathtime when you use Parent's Choice Tear-Free Wash & Shampoo.

Parent's Choice provides parents with baby and toddler products you need at a price that won't push your budget over the edge. We offer everything you need from bath time to bed time and every time in between, all with the high quality we know your little one needs. Parent's Choice is conveniently available online and in Walmart stores nationwide, allowing you to stock up, save money and live better.

- Wash & shampoo
- Tear-free
- Pediatrician tested
- Hypoallergenic
- Paraben, phthalate, and quaternium-15-free
- Gentle enough for newborn skin & hair







INGREDIENTS: WATER (AQUA), PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, SODIUM CHLORIDE, FRAGRANCE (PARFUM), TETRASODIUM EDTA, POLYQUATERNIUM-10, CITRIC ACID, ETHYLHEXYLGLYCERIN, PHENOXYETHANOL.













Apply to skin and hair. Lather and rinse.

**INGREDIENTS:** WATER, PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, TETRASODIUM EDTA, SODIUM CHLORIDE, POLYQUATERNIUM-10, FRAGRANCE, PEG-175 DIISOSTEARATE, PHENOXYETHANOL, CAPRYLYL GLYCOL, SODIUM HYDROXIDE.





Parent's Choice™ Wash & Shampoo gently cleanses baby's sensitive skin and hair without causing dryness. It effectively cleans baby's entire body with a rich lather that rinses easily and does not irritate eyes or skin.

DIRECTIONS: Put a small amount on a wet wash cloth or your hand. Apply to skin and hair. Lather and rinse.

SAFETY TIP: KEEP THIS PRODUCT OUT OF REACH OF CHILDREN.

INGREDIENTS: WATER, PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, TETRASODIUM EDTA, SODIUM CHLORIDE, POLYQUATERNIUM-10, FRAGRANCE, PEG-175 DIISOSTEARATE, PHENOXYETHANOL, CAPRYLYL GLYCOL, SODIUM HYDROXIDE.

You'll love this Parent's Choice® product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us with the receipt, and we'll happily replace it or refund your money.
Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.

DISTRIBUTED BY:
Wal-Mart Stores, Inc., Bentonville, AR 72716

539627

6  81131 05155  2

LO0141598B

**INGREDIENTS:** WATER, PEG-80 SORBITAN LAURATE, COCAMIDOPROPYL BETAINE, SODIUM LAURETH SULFATE, PEG-150 DISTEARATE, TETRASODIUM EDTA, SODIUM CHLORIDE, POLYQUATERNIUM-10, FRAGRANCE, PEG-175 DIISOSTEARATE, PHENOXYETHANOL, CAPRYLYL GLYCOL, SODIUM HYDROXIDE.



**Parent's Choice™ Wipes** are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This convenient, resealable zipper pack keeps wipes moist and makes refilling your existing tub quick and easy.

**Las toallitas Parent's Choice™** son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé. Este paquete con cierre cómodo y resellable mantiene húmedas las toallitas, además de facilitar y agilizar el llenado del envasente.

**Your baby might also like...** Other Parent's Choice™ products. Our products meet strict national brand standards to take care of every need, big or small. So you can be sure your baby will grow up healthy, comfortable, and strong.
• Baby food • Formula • Toiletries • Baby feeding products

**A su bebé también podrían gustarle...** otros productos de Parent's Choice™. Nuestros productos cumplen con estándares igual de estrictos a los productos de marca para asegurarnos de cubrir todo tipo de necesidades, tanto grandes como pequeñas. Así que puede tener la seguridad de que su bebé crecerá sano, cómodo y fuerte.
• Alimentos para bebé • Fórmula • Artículos de higiene • Productos para la alimentación del bebé

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID.

**INGREDIENTES:** AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIAMONIO, GLICERINA, FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, EXTRACTO DE FLOR DE MANZANILLA (CHAMOMILLA RECUTITA (MATRICARIA)), EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFEROL, ACIDO CITRICO.

### DIRECTIONS / INSTRUCCIONES

   

**WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS. THIS BAG NOT INTENDED FOR REUSE. DISPOSE OF PLASTIC DIVIDER INSIDE BAG PROPERLY. DO NOT USE. DO NOT FLUSH.**

**ADVERTENCIA: PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS. ESTA BOLSA NO DEBE SER REHUSADA. DESECHE LA DIVISION DE PLÁSTICO QUE VIENE DENTRO DE LA BOLSA EN FORMA APROPIADA EN RECIPIENTES PARA LA BASURA. NO LA USE. NO LAS TIRE EN EL INODORO.**

 Made in the **USA** with imported parts

DISTRIBUTED BY:/DISTRIBUIDO POR:
Wal-Mart Stores, Inc., Bentonville, AR 72716
Hecho en EE.UU.



**DO NOT FLUSH**
**NO LAS TIRE EN EL INODORO**



You'll love this Parent's Choice™ product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us with the receipt, and we'll happily replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

A usted le encantará este producto de Parents Choice™. Se lo garantizamos. Pero si usted (o su bebé) no se siente completamente satisfecho, devuélvanos el producto con el recibo, y gustosamente lo reemplazaremos o le devolveremos su dinero.
**Su opinión es muy importante para nosotros, así que si desea comunicarse con nosotros, llámenos al 1-877-307-2192.**



**Parent's Choice™ Wipes** are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This container ensures that each wipe comes out open and ready to use on any part of a baby's delicate skin.

**Las toallitas Parent's Choice™** son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y en las manitas del bebé. El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.

**Your baby might also like...** Other Parent's Choice™ products. Our products meet strict national brand standards to take care of every need, big or small. So you can be sure your baby will grow up healthy, comfortable, and strong.

· Baby food · Formula · Toiletries · Baby feeding products

**A su bebé también podrían gustarle...** otros productos de Parent's Choice™. Nuestros productos cumplen con estándares igual de estrictos a los productos de marca para asegurarnos de cubrir todo tipo de necesidades, tanto grandes como pequeñas. Así que puede tener la seguridad de que su bebé crecerá sano, cómodo y fuerte.
·Alimentos para bebé ·Fórmula· Artículos de higiene· Productos para la alimentación del bebé

**INGREDIENTS:** WATER, ALOE BARBADENSIS LEAF JUICE, TOCOPHERYL ACETATE, DISODIUM COCOAMPHODIACETATE, POLYSORBATE 20, CITRIC ACID, DISODIUM PHOSPHATE, DISODIUM EDTA, PHENOXYETHANOL, SODIUM BENZOATE.

**INGREDIENTES:** AGUA, ZUMO DE HOJAS DE ALOE BARBADENSIS, ACETATO DE TOCOFERILO, COCOAMFODIACETATO DISÓDICO, POLISORBATO 20, ÁCIDO CÍTRICO, FOSFATO DISÓDICO, EDTA DISÓDICO, FENOXIETANOL, BENZOATO DE SODIO.



**DIRECTIONS / INSTRUCCIONES**



You'll love this Parent's Choice™ product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us with the receipt, and we'll happily replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

A usted le encantará este producto de Parents Choice™. Se lo garantizamos. Pero si usted (o su bebé) no se siente completamente satisfecho, devuélvanos el producto con el recibo, y gustosamente lo reemplazaremos o le devolveremos su dinero.
**Su opinión es muy importante para nosotros, así que si desea comunicarse con nosotros, llámenos al 1-877-307-2192.**

DO NOT FLUSH. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE. STORAGE: STORE AT ROOM TEMPERATURE.
NO LO ECHE AL INODORO. TIRE LAS TOALLITAS USADAS EN UN BASURERO. CIERRE LA TAPA CUANDO NO USE EL PRODUCTO.
ALMACENAMIENTO: GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE.


Made in the USA
with imported materials

DISTRIBUTED BY/DISTRIBUIDO POR:
Wal-Mart Stores, Inc., Bentonville, AR 72716


DO NOT FLUSH
NO LAS TIRE
EN EL INODORO

**INGREDIENTS:** WATER, ALOE BARBADENSIS LEAF JUICE, TOCOPHERYL ACETATE, DISODIUM COCOAMPHODIACETATE, POLYSORBATE 20, CITRIC ACID, DISODIUM PHOSPHATE, DISODIUM EDTA, PHENOXYETHANOL, SODIUM BENZOATE



**Parent's Choice™ Wipes** are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This container design ensures that each wipe comes out open and ready to use on any part of a baby's delicate skin.

**Las toallitas Parent's Choice™** son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé. El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.

**Your baby might also like...** Other Parent's Choice™ products. Our products meet strict national brand standards to take care of every need, big or small. So you can be sure your baby will grow up healthy, comfortable, and strong.

· Baby food · Formula · Toiletries · Baby feeding products

**A su bebé también podrían gustarle...** otros productos de Parent's Choice™. Nuestros productos cumplen con estándares igual de estrictos a los productos de marca para asegurarnos de cubrir todo tipo de necesidades, tanto grandes como pequeñas. Así que puede tener la seguridad de que su bebé crecerá sano, cómodo y fuerte.

·Alimentos para bebé· Fórmula· Artículos de higiene· Productos para la alimentación del bebé

**INGREDIENTS:** WATER, ALOE BARBADENSIS LEAF JUICE, TOCOPHERYL ACETATE, DISODIUM COCOAMPHODIACETATE, POLYSORBATE 20, CITRIC ACID, DISODIUM PHOSPHATE, DISODIUM EDTA, PHENOXYETHANOL, SODIUM BENZOATE

**INGREDIENTES:** AGUA, ZUMO DE HOJAS DE ALOE BARBADENSIS, ACETATO DE TOCOFERILO, COCOAMFODIACETATO DISÓDICO, POLISORBATO 20, ÁCIDO CÍTRICO, FOSFATO DISÓDICO, EDTA DISÓDICO, FENOXIETANOL, BENZOATO DE SODIO



## DIRECTIONS / INSTRUCCIONES



DO NOT FLUSH. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.
STORAGE: Store at room temperature.
NO LO ECHE AL INODORO. TIRE LAS TOALLITAS USADAS EN UN BASURERO. CIERRE LA TAPA CUANDO NO USE EL PRODUCTO.
ALMACENAMIENTO: Guarde el producto a temperatura ambiente.


**Made in the USA**
with imported materials

DISTRIBUTED BY:/DISTRIBUIDO POR:
Wal-Mart Stores, Inc., Bentonville, AR 72716

**DO NOT FLUSH**
**NO LAS TIRE**
**EN EL INODORO**

You'll love this Parent's Choice™ product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us with the receipt, and we'll happily replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

A usted le encantará este producto de Parents Choice™. Se lo garantizamos. Pero si usted (o su bebé) no se siente completamente satisfecho, devuélvanos el producto con el recibo, y gustosamente lo reemplazaremos o le devolveremos su dinero.
**Su opinión es muy importante para nosotros, así que si desea comunicarse con nosotros, llámenos al 1-877-307-2192.**





LOT 16230 C23110 0121

**Parent's Choice™ Wipes** are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This convenient, resealable zipper pack keeps wipes moist and makes refilling your existing tub quick and easy.

**Las Toallitas Parent's Choice™** son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé. Este paquete con cierre cómodo y resellable mantiene húmedas las toallitas, además de facilitar y agilizar el llenado del envase existente.

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE.

**INGREDIENTES:** AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIAMONIO, GLICERINA, FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, EXTRACTO DE FLOR DE MANZANILLA (CHAMOMILLA RECUTITA (MATRICARIA)), EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFEROL, ACIDO CITRICO, FRAGANCIA.

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.   **ADVERTENCIA:** PARA ANULAR EL RIESGO DE SUFOCACIÓN, MANTENGA LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.



**Parent's Choice™ Wipes** are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This container design ensures that each wipe comes out open and ready to use on any part of a baby's delicate skin.

**Las toallitas Parent's Choice™** son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela.  Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé.  El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.

**Your baby might also like...** Other Parent's Choice™ products. Our products meet strict national brand standards to take care of every need, big or small. So you can be sure your baby will grow up healthy, comfortable, and strong.
· Baby food · Formula · Toiletries · Baby feeding products

**A su bebé también podrían gustarle...** otros productos de Parent's Choice™. Nuestros productos cumplen con estándares igual de estrictos a los productos de marca para asegurarnos de cubrir todo tipo de necesidades, tanto grandes como pequeñas. Así que puede tener la seguridad de que su bebé crecerá sano, cómodo y fuerte.
Alimentos para bebé ·Fórmula· Artículos de higiene· Productos para la alimentación del bebé

**INGREDIENTS:** WATER, ALOE BARBADENSIS LEAF JUICE, TOCOPHERYL ACETATE, DISODIUM COCOAMPHODIACETATE, POLYSORBATE 20, FRAGRANCE, CITRIC ACID, DISODIUM PHOSPHATE, DISODIUM EDTA, PHENOXYETHANOL, SODIUM BENZOATE

**INGREDIENTES:** AGUA, ZUMO DE HOJAS DE ALOE BARBADENSIS, ACETATO DE TOCOFERILO, COCOAMFODIACETATO DISÓDICO, POLISORBATO 20, FRAGANCIA, ÁCIDO CÍTRICO, FOSFATO DISÓDICO, EDTA DISÓDICO, FENOXIETANOL, BENZOATO DE SODIO

You'll love this Parent's Choice™ product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us with the receipt, and we'll happily replace it or refund your money.
**Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.**

A usted le encantará este producto de Parents Choice™. Se lo garantizamos. Pero si usted (o su bebé) no se siente completamente satisfecho, devuélvanos el producto con el recibo, y gustosamente lo reemplazaremos o le devolveremos su dinero.
**Su opinión es muy importante para nosotros, así que si desea comunicarse con nosotros, llámenos al 1-877-307-2192.**

## DIRECTIONS / INSTRUCCIONES

    

DO NOT FLUSH. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.
STORAGE: Store at room temperature.
NO LO ECHE AL INODORO. TIRE LAS TOALLITAS USADAS EN UN BASURERO.
CIERRE LA TAPA CUANDO NO USE EL PRODUCTO.
ALMACENAMIENTO: Guarde el producto a temperatura ambiente.


Made in the
**USA**
with imported materials

DISTRIBUTED BY:/DISTRIBUIDO POR:
Wal-Mart Stores, Inc., Bentonville, AR 72716


**DO NOT FLUSH
NO LAS TIRE
EN EL INODORO**





DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.

NO LO ECHE AL INODORO. GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE. TIRE LAS TOALLITAS USADAS EN UN BASURERO. CIERRA LA TAPA CUANDO NO USE EL PRODUCTO.

INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE, CAMELLIA SINENSIS LEAF EXTRACT, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT.

INGREDIENTES: AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIMONIO, GLICERINA, FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, EXTRACTO DE FLOR DE CHAMOMILLA RECUTITA (MANZANILLA), EXTRACTO DE HOJA DE ALOE BARBADENSIS, ACETATO DE TOCOFEROL, ACIDO CITRICO, FRAGANCIA, EXTRACTO DE HOJA DE CAMELLIA SINENSIS, EXTRACTO DE FRUTA DE CUCUMIS SATIVUS (PEPINO).

WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS.   ADVERTENCIA: PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA LAS BOLSAS PLASTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.

DO NOT FLUSH
NO LAS TIRE
EN EL INODORO

63187-710K

2183254

Parent's Choice™ Wipes are unique cloth-like wipes that are strong, yet very soft. Each wipe is moistened with a mild cleansing solution that is even gentle enough for use on baby's face and hands. This container design ensures that each wipe comes out open and ready to use on any part of a baby's delicate skin.

Las toallitas Parent's Choice™ son exclusivas toallitas, resistentes y muy suaves a la vez, de un material similar a la tela. Cada toallita está humedecida con una solución limpiadora, lo suficientemente delicada como para usarse en la cara y las manitas del bebé. El diseño del envase garantiza que cada toallita salga abierta y lista para usarse en cualquier parte de la tierna piel del niño.

DISTRIBUTED BY/DISTRIBUIDO POR: Wal-Mart Stores, Inc., Bentonville, AR 72716
Hecho en EE.UU.

Made in the USA

You'll love this Parent's Choice® product. In fact, we guarantee it. If you (or your baby) aren't completely happy, please return the product to us with the receipt, and we'll replace it or refund your money. Your opinion means a lot to us so if you'd like to talk, call us at 1-877-307-2192.

A usted le encantará este producto de Parent's Choice®. Se lo garantizamos. Pero si usted (o su bebé) no se siente completamente satisfecho, devuélvanos el producto con el recibo, y gustosamente lo reemplazaremos o le devolveremos su dinero. Su opinión es muy importante para nosotros, así que si desea comunicarse con nosotros, llámenos al 1-877-307-2192.

**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE, CAMELLIA SINENSIS LEAF EXTRACT, CUCUMIS SATIVUS (CUCUMBER) FRUIT EXTRACT.





DO NOT FLUSH. STORE AT ROOM TEMPERATURE. DISPOSE OF USED WIPES IN TRASH
RECEPTACLE. KEEP LID CLOSED WHEN NOT IN USE.
NO LO ECHE AL INODORO. GUARDE EL PRODUCTO A TEMPERATURA AMBIENTE. TIRE LAS
TOALLITAS USADAS EN UN BASURERO. CIERRE LA TAPA CUANDO NO USE EL PRODUCTO.
INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, CALENDULA OFFICINALIS FLOWER
EXTRACT, BISABOLOL, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE,
PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, SIMETHICONE, CITRIC ACID.
INGREDIENTES: AGUA, CLORURO FOSFATO DE COCAMIDOPROPIL PG-DIAMONIO, GLICERINA, EXTRACTO DE FLOR DE
LY'NDULA, BISABOLOL, EXTRACTO DE FLOR DE MANZANILLA (CHAMOMILLA RECUTITA), EXTRACTO DE HOJA DE ALOE BARBADENSIS,
ALETATO DE TOCOFEROL, FENOXIETANOL, BUTILCARBAMATO DE IODOPROPINILO, SIMETICONA, ACIDO CITRICO.
WARNING: TO AVOID SUFFOCATION, KEEP PLASTIC BAGS
AWAY FROM CHILDREN AND PETS.   ADVERTENCIA: PARA ANULAR EL RIESGO DE SOFOCACIÓN, MANTENGA
LAS BOLSAS PLÁSTICAS FUERA DEL ALCANCE DE LOS NIÑOS Y MASCOTAS.

DO NOT FLUSH
NO LAS TIRE
EN EL INODORO

288254

6  811531 10159  2

67944-710J

Parent's Choice™ Sensitive Wipes are gentle, hypoallergenic, and dermatologist tested. Each wipe is alcohol-free
and rich with aloe & vitamin E to help condition with each use, leaving your baby's skin feeling soft & smooth.

Las toallitas para piel sensible Parent's Choice™ son delicadas, hipoalergénicas y están probadas
dermatológicamente. Las toallitas no tienen alcohol y están impregnadas con aloe y vitamina E para acondicionar en cada uso,
lo cual deja la piel de su bebé suave y fresca.

You'll love the Parent's Choice™ product. In fact, we guarantee it. If you (or your baby) aren't completely
happy, please return the product to us with the receipt, and we'll happily replace it or refund your money.
Your opinion means a lot to us so if you'd like to talk, call
us at 1-877-307-2192.

A usted le es _ ___ producto de Parent's Choice™. Se lo garantizamos. Pero si usted (o su bebé) no se
siente completamente satisfecho, devuélvanos el producto con el recibo, y gustosamente lo reemplazaremos o le
devolveremos su dinero.
Su opinión es muy importante para nosotros, así que si deseas
comunicarte con nosotros, llámenos al 1-877-307-2192.

Made in the
USA
with imported parts

• DISTRIBUTED BY:/DISTRIBUIDO POR: Wal-Mart Stores, Inc., Bentonville, AR 72716
Hecho en EE.UU.

LOT171140 N24010 22 30