Exhibit 2









FOAMING CLEANSER
2-IN-1

Foaming 2-IN-1 Cleanser is two steps
into one to gently remove make-up and
cleanse skin at the same time. This
gentle formula dissolves dirt, oil, and
stubborn make-up. Leaving skin fresh,
revitalized, and residue free.

• Soap-free • Alcohol-free • Oil-free

**DIRECTIONS:** Wet hands and face.
Work cleanser into lather and gently
massage onto face with a circular
motion. Close eyes and massage
around eye area to remove make-up.
Rinse well and pat dry.

**INGREDIENTS:** WATER, GLYCERIN,
AMMONIUM LAURETH SULFATE, LAURYL
GLUCOSIDE, GLYCOL DISTEARATE,
LAURETH-4, COCAMIDOPROPYL
BETAINE, SODIUM COCOYL
SARCOSINATE, GLYCERETH-7,
ACRYLATES COPOLYMER, DECYL
GLUCOSIDE, PEG-120 METHYL GLUCOSE
DIOLEATE, COCAMIDE MEA, DMDM
HYDANTOIN, FRAGRANCE, SODIUM
HYDROXIDE, TETRASODIUM EDTA.

Satisfaction guaranteed – Or we'll replace it
or give you your money back. For questions
or comments please call 1-888-287-1915.

**DISTRIBUTED BY:**
**Wal-Mart Stores, Inc.,**
**Bentonville, AR 72716**

*This product is not
manufactured or
distributed by
Neutrogena Corp.
owner of the registered
trademark Neutrogena
Fresh Foaming
Cleanser®.
EP3006.7OZ-2

1823

6  81131 12539  0





**DIRECTIONS:**
Squeeze desired
amount of body
wash onto a wet
washcloth, sponge or
net pouf and apply to
body. Work into a rich
lather and rinse off.

**CAUTION:** FOR EXTERNAL
USE ONLY. AVOID CONTACT
WITH EYES. SHOULD THIS
OCCUR, RINSE THOROUGHLY
WITH WATER.
**KEEP OUT OF REACH OF CHILDREN.**

**INGREDIENTS:** WATER (AQUA),
COCAMIDOPROPYL BETAINE, SODIUM
HYDROXYPROPYL STARCH
PHOSPHATE, LAURIC ACID, SODIUM
LAUROYL METHYL ISETHIONATE,
SODIUM LAUROYL GLYCINATE, GLYCINE
SOJA (SOYBEAN) OIL, HYDROGENATED
CASTOR OIL, FRAGRANCE (PARFUM),
GUAR HYDROXYPROPYLTRIMONIUM
CHLORIDE, STEARIC ACID, GLYCERIN,
TETRASODIUM EDTA,
METHYLCHLOROISOTHIAZOLINONE,
METHYLISOTHIAZOLINONE

Satisfaction guaranteed – Or we'll replace it
or give you your money back. For questions
or comments or to report an undesired reaction
or side effect, please call **1-888-287-1915.**

**DISTRIBUTED BY: Walmart Inc.,**
**Bentonville, AR 72716**
PRODUCT OF CANADA
*This product is not manufactured or
distributed by Unilever, owner of the
registered trademark Dove®.
Created responsibly at a *LEED*-certified facility.

Empty Bottle
Recycling
PLASTIC
BOTTLE

06-24388





## Deep Moisture
### Body Wash

**Directions:**
For daily use in shower: Squeeze onto wet pouf, wash cloth or hands. Work into rich lather and rinse.

**Caution: For external use only. Avoid contact with eyes. Should this occur, rinse thoroughly with water. Keep out of reach of children.**

**Ingredients:** Water (Aqua), Sodium Trideceth Sulfate, Glycine Soja (Soybean) Oil, Sodium Chloride, Cocamide MEA, Sodium Lauroamphoacetate, Sodium Cocoyl Glycinate, Lauric Acid, Fragrance (Parfum), Sodium Lauroyl Isethionate, Stearic Acid, DMDM Hydantoin, Citric Acid, Glycerin, Guar Hydroxypropyltrimonium Chloride, Cyamopsis Tetragonoloba (Guar) Gum, Palmitic Acid, Sodium Isethionate, BHT, Tetrasodium EDTA, Methylisothiazolinone, Iodopropynyl Butylcarbamate, Etidronic Acid, Titanium Dioxide.

Satisfaction guaranteed – for questions or comments please call **1-888-287-1915.**

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716 © Wal-Mart Stores, Inc.
Made in Canada
**\*This product is not manufactured or distributed by Unilever, the distributor of Dove® Deep Moisture Body Wash.**



6  81131 05002  9

06-19242





**Drug Facts**

| Active ingredient | Purpose |
|---|---|
| Petrolatum 41% | ...Skin protectant |

**Uses**
- temporarily protects minor: ■ cuts ■ scrapes ■ burns
- temporarily protects and helps relieve chapped or cracked skin and lips
- helps protect from the drying effects of wind and cold weather

**Warnings**

For external use only

When using this product ■ do not get into eyes

Stop use and ask a doctor if
■ condition worsens ■ symptoms last more than 7 days or clear up and occur again within a few days

Do not use on ■ deep or puncture wounds ■ animal bites ■ serious burns

Keep out of reach of children. If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
■ apply as needed

**Inactive ingredients** mineral oil, ceresin, lanolin alcohol, panthenol, glycerin, bisabolol

**Questions?** 1-888-287-1915

Satisfaction guaranteed – for questions or comments please call 1-888-287-1915

Distributed by: Wal-Mart Stores, Inc, Bentonville, AR 72716
© Wal-Mart Stores, Inc.
Made in USA of U.S. and imported parts
This product is not manufactured or distributed by
Beiersdorf Inc., distributor of Aquaphor® Healing Ointment

GN 2874.85189

6  81131 06179  7





Soothing *Aloe*

**After Sun** Gel
With Pure Aloe Vera

Helps moisturize and sooth skin on contact, providing relief for dry, sunburned skin. This gentle formula uses natural moisturizers to hydrate skin on contact to help restore skin's natural moisture balance. Aloe Vera helps bring fast relief to uncomfortable skin irritations like sunburn, minor burns, minor cuts, scrapes, insect bites and windburn.

**Directions:**

Apply liberally to affected areas as needed. Gently massage until completely absorbed.

**Warnings: For external use only.** Avoid contact with the eyes. If contact with eyes occurs, rinse with water to remove. If irritation or rash develops, condition worsens or symptoms persist for 7 days, stop use and ask a doctor. **Keep out of reach of children.** If swallowed, seek medical help or contact a Poison Control Center immediately.

**Ingredients:** water, aloe barbadensis (aloe vera) leaf juice, glycerin, polysorbate-20, triethanolamine, carbomer, diazolidinyl urea, iodopropynyl butylcarbamate, benzophenone-4, propylene glycol, fragrance, blue 1, yellow 5.

Satisfaction guaranteed • For questions or comments please call **1-888-287-1915**

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by Playtex Products, LLC, owner of the registered trademark Banana Boat®.

Made in the
**USA**
with over 90% U.S. parts

0  78742 14289  0







**INGREDIENTS:** WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN, PHENOXYETHANOL, IODOPROPYNYL BUTYLCARBAMATE, CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT, ALOE BARBADENSIS LEAF EXTRACT, TOCOPHERYL ACETATE, CITRIC ACID, FRAGRANCE.

**DISTRIBUTED BY:** Wal-Mart Stores, Inc., Bentonville, AR 72716

**Great Quality. Guaranteed.**
Return the package and the receipt
for replacement or money back.
1-877-505-2267 or visit us
online at walmart.com

**WARNING:** TO AVOID SUFFOCATION, KEEP PLASTIC BAGS AWAY FROM CHILDREN AND PETS. THIS BAG IS NOT INTENDED FOR REUSE. DO NOT FLUSH THIS BAG.

Learn more

**HYDRASPUN**
**F L U S H A B L E**   Hydraspun® is a registered
trademark of Suominen.

285254

NOT LABELED FOR RESALE

64853-801J

... systems, systems in which grease or fat disposal share a drain pipe, systems with history of slow flow and/or clogs, macerator toilets or household pump systems, if advised by system operator, if unsure of system capabilities. For these systems, do not flush wipes but dispose in trash receptacles. If problems develop or persist, discontinue use immediately. Failure to follow these instructions may result in clogged systems and/or property damage.
Flushable per INDA Guidelines; tested in scope by IPS Testing, an ISO/IEC 17025 accredited lab.

**REFILL DIRECTIONS:**
• Tear open refill and simply place wipes in your existing tub. • Insert corner of sheet through the lid opening.
• Replace the tub lid and dispense. The next sheet pops up automatically.  • Keep lid tightly closed.



INGREDIENTS: WATER, COCAMIDOPROPYL PG-DIMONIUM CHLORIDE PHOSPHATE, GLYCERIN,

*USE ONLY ONE WIPE PER FLUSH. Safe for properly maintained and code-approved toilets, sewer and septic systems. Follow EPA schedule for alternative septic systems of annual inspections and pumping as needed (see EPA website.) Not all systems can or will accept flushable wipes, including, but not limited to, those listed below. RV or marine systems, systems in which grease or fat disposal share a drain pipe, systems with history of slow flow and/or clogs, macerator toilets or household pump systems, if advised by system operator, if unsure of system capabilities. For these systems, do not flush wipes but dispose in trash receptacles. If problems develop or persist, discontinue use immediately. Failure to follow these instructions may result in clogged systems and/or property damage.

Flushable per INDA Guidelines; tested in scope by IPS Testing, an ISO/IEC 17025 accredited lab.

**REFILL DIRECTIONS:**
• Tear open refill and simply place wipes in your existing tub. • Insert corner of sheet through the lid opening.
• Replace the tub lid and dispense. The next sheet pops up automatically. • Keep lid tightly closed.