# Exhibit 4

# Ingredient Disclosure

| PRODUCT AND COMPANY INFORMATION |
| :---: |
| (Required for all products) |

1. **Product Name:**

   Parent's Choice Baby Laundry Detergent

2. **Description of Product:**

   Liquid Laundry Detergent

3. **UPC:**

   681131234849

4. **GS1 Category:**

   10000424 - Laundry Detergents

5. **Manufacturer Information:**

   Henkel Corporation

   1 Henkel Way

   Rocky Hill, CT 06067

   1-800-457-8739

6. **Distributor:**

   Walmart, Inc.

7. **Date of Disclosure:**

   11/22/2019

| OTHER INFORMATION |
| :---: |
| (Required for all products) |

8. **Safety Data Sheet:**

   attached

**Resources:**

California Cleaning Right to Know Act
https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=201720180SB258

| INGREDIENTS |
|---|
| (Required for all products) |

9. **Ingredients:**

Water, 7732-18-5, Intentionally added non-fragrance, Solvent

Alcohols C12-15, Ethoxylated, 68131-39-5, Intentionally added non-fragrance, Surfactant

Sodium Dodecylbenzenesulfonate, 25155-30-0, Intentionally added non-fragrance, Surfactant

Sodium Citrate, 6132-04-3, Intentionally added non-fragrance, Chelating agent

Sodium Chloride, 7647-14-5, Intentionally added non-fragrance, Viscosity modifier

Sodium Cocoate, 61789-31-9, Intentionally added non-fragrance, Surfactant

Trisodium Dicarboxymethyl Alaninate, 164462-16-2, Intentionally added non-fragrance, Chelating agent

Mono-C10-13-alkylBenzene, 129813-58-7, Intentionally added non-fragrance, Surfactant

Calcium Chloride, 10043-52-4, Intentionally added non-fragrance, Viscosity Increasing Agent

Protease, 9014-01-1, Intentionally added non-fragrance, Enzyme, Present on EU Respiratory Sensitizers, AOEC Asthmagens lists

Benzisothiazolinone, 2634-33-5, Intentionally added non-fragrance, Antioxidant, Preservative

Methylisothiazolinone, 2682-20-4, Intentionally added non-fragrance, Antioxidant, Preservative

Amylase, 9000-90-2, Intentionally added non-fragrance, Enzyme, Present on EU Respiratory Sensitizers, AOEC Asthmagens lists

Methylchloroisothiazolinone, 26172-55-4, Intentionally added non-fragrance, Preservative

Fragrance, CBI, Intentionally added fragrance, Scent

Ethoxydiglycol, 111-90-0, Intentionally added fragrance, Fragrance Ingredient

Phenethyl Alcohol, 60-12-8, Intentionally added fragrance, Fragrance Ingredient

Isobutyl Methyl Tetrahydropyranol, 63500-71-0, Intentionally added fragrance, Fragrance Ingredient

Ethylene Brassylate, 105-95-3, Intentionally added fragrance, Fragrance Ingredient

Anisaldehyde, 123-11-5, Intentionally added fragrance, Fragrance Ingredient

Ethyl Cinnamate, 103-36-6, Intentionally added fragrance, Fragrance Ingredient

Trimethylhexyl Acetate, 58430-94-7, Intentionally added fragrance, Fragrance Ingredient

Dihydrocitronellol, 106-21-8, Intentionally added fragrance, Fragrance Ingredient

Terpineol, 98-55-5, Intentionally added fragrance, Fragrance Ingredient

Rhodinol, 6812-78-8, Intentionally added fragrance, Fragrance Ingredient

Benzyl Acetate, 140-11-4, Intentionally added fragrance, Fragrance Ingredient

Ethyl Linalool, 10339-55-6, Intentionally added fragrance, Fragrance Ingredient

Phenethyl Acetate, 103-45-7, Intentionally added fragrance, Fragrance Ingredient

Ethyl Vanillin, 121-32-4, Intentionally added fragrance, Fragrance Ingredient

TPO-L Ethyl Trimethylcyclopentene Butenol, 28219-61-6, Intentionally added fragrance, Fragrance Ingredient

Phenylisohexanol, 55066-48-3, Intentionally added fragrance, Fragrance Ingredient

Methyldihydrojasmonate, 24851-98-7, Intentionally added fragrance, Fragrance Ingredient

10. **Chemicals of Concern Resources:**

EU Respiratory Sensitizers

https://echa.europa.eu/information-on-chemicals/cl-inventory-database?p_p_id=dissclinventory_WAR_dissclinventoryportlet&p_p_lifecycle=0&p_p_state=normal&p_p_mode=view&p_p_col_id=column-1&p_p_col_pos=1&p_p_col_count=2

AOEC Asthmagens

http://www.aoecdata.org/