## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERNANDA BRITO-MUNOZ and TAMIKA WILLIAMS, on behalf of themselves and all others similarly situated, | : : : : : | Civil No. 1:21-CV-00903 |
| Plaintiffs, | : | |
| v. | : | |
| WALMART, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of June, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendant's motion to dismiss, Doc. 36, is **GRANTED WITHOUT PREJUDICE** to Plaintiffs filing an amended complaint.

2. Plaintiffs may file an amended complaint in accordance with this order and the accompanying memorandum within **21 days**, on or before **July 5, 2022**.

3. If Plaintiffs fail to file an amended complaint by the above date, the Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania