# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| FERNANDA BRITO-MUNOZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC., <br> Defendant. | **Civil Action No. 1:21-CV-00903-JPW** <br> **Honorable Jennifer P. Wilson** |

### STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND PLEADING AND TO EXTEND WALMART INC.'S DEADLINE TO RESPOND TO AMENDED PLEADING

It is hereby stipulated and agreed by and between Plaintiffs Fernanda Brito-Munoz, Tamika Williams, and others similarly situated (collectively, "Plaintiffs"), and Defendant Walmart Inc. ("Walmart"), acting through their respective duly authorized counsel, that the deadline for Plaintiffs to amend their pleading is hereby extended up to and including July 19, 2022.  It is further stipulated that the deadline for Walmart to answer or otherwise respond to Plaintiffs' amended pleading is hereby extended up to and including August 23, 2022.

FRANCIS, MAILMAN SOUMILAS, P.C.

/s/ James A. Francis
JAMES A. FRANCIS, ESQUIRE
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Phone:  (215) 735-8600
Fax:     (215) 950-8000
jfrancis@consumerlawfirm.com

*Attorney for Plaintiffs*

SHOOK, HARDY AND BACON LLP

/s/ LaRae' C. Neal
LARAE' C. NEAL, ESQUIRE
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone:  (215) 278-2555
Fax:     (215) 278-2594
lneal@shb.com

*Attorney for Defendant Walmart Inc.*

**SO ORDERED:**

_____
**JENNIFER P. WILSON, J.**

2